UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com<br><br>　　　Defendant. | Civil Action No. 05-11639 NG<br><br>CERTIFICATE OF SERVICE FOR:<br><br>(1) APPLICATION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY<br><br>(2) [PROPOSED] ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY |

I, Irwin B. Schwartz, certify as follows:

　　　1.　　On the 8th day of August 2005, I served upon on defendant Tim Robinson ("Robinson") the following documents: (i.) Application for Temporary Restraining Order and Expedited Discovery (the "Application"); (ii.) Memorandum in Support of Application for Temporary Restraining Order and Expedited Discovery (the "Memorandum"); (iii.) [Proposed] Order on Application for Temporary Restraining Order and Expedited Discovery (the "[Proposed] Order") and (iv.) Affidavit of David Kaemmer in Support of Application for Temporary Restraining Order and Expedited Discovery by Federal Express at 2104 Poppy Lane, Richardson, Texas 75081.

　　　2.　　I also served the same documents in PDF form upon Robinson at swdiecast@ow-racing.com.

　　　3.　　While my office attached a certificate of service to the Memorandum and the Affidavit, we omitted the same certificate of service in the ECF filing of the Application and the [Proposed] Order.

    4.       I file this certification to correct that omission.

Executed on August 12, 2005, at Boston, Massachusetts.

        /s/ Irwin Schwartz
Irwin B. Schwartz BBO #548763
Petrie Schwartz LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800
(617) 421-1810 (fax)