AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN  District of  MASSACHUSETTS

IRACING.COM MOTORSPORT SIMULATIONS, LLC

V.

TIM ROBINSON, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 11639 NG

TO: (Name and address of Defendant)

TIM ROBINSON d/b/a www.torn8oalley.com
2104 Poppy Lane
Richardson, TX 75081-4709

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Irwin B. Schwartz, Esquire
Petrie Schwartz LLP
Suite 1860
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              8/4/2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8-10-05 @ 7:35 P.M. |
| NAME OF SERVER (PRINT) Clinton Wallace | TITLE | Authorized Process Server ID-SCH-1283 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2104 Poppy LN. Richardson, TX 75081

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-10-05 @ 7:35 P.M.          _[signature]_
                        Date                        Signature of Server

ID-SCH-1283

2183 Buckingham Rd. #156
Richardson, TX 75081
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.