UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com,<br><br>　　　　　Defendant. | Civil Action No.05-11639 NG |

ASSENTED TO MOTION TO ADMIT ATTORNEY *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3

　　　In accordance with Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Plaintiff iRacing.com Motorsport Simulations, LLC, by the undersigned, hereby moves with the assent of Defendant Tim Robinson, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, to admit Lisa Lee Jordan to practice in this Court in the above-entitled action, and in support thereof states as follows:

　　　1.　　Irwin B. Schwartz is duly admitted to this Court and has filed an appearance in this action.

　　　2.　　In support of the Motion, attached hereto is the Certificate of Lisa Lee Jordan, which comports with the requirements of Rule 83.5.3 in that:

　　　　　a.　　Ms. Jordan is a member in good standing in every jurisdiction in which she is admitted to practice;

　　　　　b.　　There are no disciplinary proceedings pending against Ms. Jordan in any jurisdiction; and

  c. Ms. Jordan has obtained copies of and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(A)(2), I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certifies that I have attempted in good faith to resolve any dispute that may exist with respect to the foregoing Motion prior to its filing and it was assented to by Tim Robinson, *pro se*, via his email address at swdiecast@ow-racing.com on August 19, 2005 at 6:51 a.m.

Dated: August 20, 2005      Respectfully submitted,

             /s/ Irwin B. Schwartz
             Irwin B. Schwartz BBO#548763
             PETRIE SCHWARTZ LLP
             500 Boylston Street, Suite 1860
             Boston, Massachusetts 02116
             (617) 421-1800

             Counsel for Plaintiff
             Riverdeep, Inc., LLC

Certificate of Service

 I, Irwin B. Schwartz, attorney for Plaintiff, iRacing.com Motorsport Simulations, LLC, hereby certify that on this 20th day of August, 2005, the foregoing document was e-filed with the Court using the CM/ECF system and served on Defendant by delivering the same, via United States mail, postage prepaid to Tim Robinson, 2104 Poppy Lane, Richardson, Texas 75081.

             /s/ Irwin B. Schwartz
             Irwin B. Schwartz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com,<br><br>    Defendant. | Civil Action No.05-11639 NG |

CERTIFICATE OF LISA LEE JORDAN IN SUPPORT OF
MOTION TO ADMIT ATTORNEY *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3

  I, Lisa Lee Jordan, hereby certify as follows:

  1. I submit this Certificate in support of the motion that I be admitted *pro hac vice* before this Court in the above-entitled matter.

  2. I am a member in good standing of the Colorado and Missouri bars and I am admitted to practice in all Colorado and Missouri state courts, the United States District Court for the District of Colorado and the United States Tenth Circuit Court of Appeals.

  3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

  4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

  Dated this 19th day of August, 2005.

                _____
                Lisa Lee Jordan

Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff, iRacing.com Motorsport Simulations, LLC, hereby certify that on this 20th day of August, 2005, the foregoing document was e-filed with the Court using the CM/ECF system and served on Defendant by delivering the same, via United States mail, postage prepaid to Tim Robinson, 2104 Poppy Lane, Richardson, Texas 75081.

                /s/ Irwin B. Schwartz
                Irwin B. Schwartz