UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com <br><br> Defendant. | Civil Action No. 05-11639 NG <br><br> [PROPOSED] STIPULATED PRELIMINARY INJUNCTION AND DOCUMENT PRESERVATION ORDER |

---

1. The undersigned hereby stipulate and respectfully request that the Court enter the following Preliminary Injunction and Document Preservation Order:

2. Robinson, his officers, agents, servants, employees, attorneys, and those persons in active concert or participation with him, shall not publish any derivative thereof or modification to NASCAR® Series 2003 Season ("NASCAR® 2003") source code or any software executables (such as "NO-CD") that defeat NASCAR® 2003's copy protection. Plaintiff iRacing.com Motorsport Simulations, LLC ("iRacing") may notify Robinson and others potentially subject to this Preliminary Injunction by electronic mail delivery of copies of this Order in PDF file format, followed by service by certified United States mail to such recipient's last known address.

3. Robinson shall preserve inviolate the software and information that makes up or contains source code, object code and/or documents relating to NASCAR® 2003 or any derivatives thereof, including, but not limited to applications called "owr2k5_v1.0.0.1.zip" and "owsc_nocd_temp.zip," as well as all records that reflect the identity or number of persons who downloaded those applications from Internet sites

that Robinson has registered or with which he is affiliated.

Dated: August 26, 2005.

                              SO ORDERED,

                              _____, J.

| Tim Robinson, pro se | iRacing Motorsport Simulations, LLC |
|---|---|
| | |
| _____ | By: /S/ Irwin Schwartz |
| 2104 Poppy Lane | Irwin B. Schwartz (BBO# 548763) |
| Richardson, Texas 75081 | Petrie Schwartz LLP |
| | 500 Boylston Street, Suite 1860 |
| Notarized by: | Boston, Massachusetts 02116 |
| | (617) 421-1800 |

_____

My commission expires on _____

Robinson has registered or with which he is affiliated.

Dated: August   , 2005

                            SO ORDERED,


                            _____, J.


Tim Robinson, pro se                iRacing Motorsport Simulations, LLC



2104 Poppy Lane                     By:_____
Richardson, Texas 75081                Irwin B. Schwartz (BBO# 548763)
                                    Petrie Schwartz LLP
Notarized by:                       500 Boylston Street, Suite 1860
                                    Boston, Massachusetts 02116
                                    (617) 421-1800

My commission expires on 2-3-07

KARI JO WENHOLZ
MY COMMISSION EXPIRES
February 3, 2007

2