UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS LLC, ) <br> a Delaware Limited Liability Company, Plaintiff ) <br> ) <br> V. ) <br> ) <br> TIM ROBINSON, individually and d/b/a ) <br> www.ow-racing.com and www.torn8oalley.com, ) <br> Defendant ) | Civil Action No. <br> 05-11639 NG |

-----------------------------------------------------------------------

A P P E A R A N C E

TO THE CLERK:

    Please enter my APPEARANCE for the Defendant Tim Robinson, individually and d/b/a

www.ow-racing.com and www.torn8oalley.com,

    By his attorneys,

    Joseph F. Ryan BBO# 435720
    Lyne Woodworth & Evarts LLP
    600 Atlantic Avenue
    Boston, MA 02210
    Telephone 617/523-6655 - Telecopy 617/248-9877
    E-mail: Jryan@LWELaw.com