UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS LLC, ) <br> a Delaware Limited Liability Company, Plaintiff ) <br> ) <br> V. ) <br> ) <br> TIM ROBINSON, individually and d/b/a ) <br> www.ow-racing.com and www.torn8oalley.com, ) <br> Defendant ) <br> ------------------------------------------------------------------- | Civil Action No. <br> 05-11639 NG |

JOINT PROPOSED SCHEDULE

Pursuant to the Court's directive at the December 14, 2005 Status Conference, the parties jointly propose the following schedule for the Court's approval:

Motion to Dismiss:

Jan 10     Defendant to file Motion to Dismiss and supporting materials

Feb 07     Plaintiff file Opposition to Motion

Feb 16     Hearing on Motion (3:00 p.m.)

Additional Document Production:

Dec 28     Defendant serve written response to numbered paragraphs of Plaintiff's Dec 13, 2005 letter

Jan 10     Defendant produce files per its December 28 written response

Jan 17     Plaintiff file Motion to Compel, if not satisfied with production

Feb 07     Defendant file Opposition to Motion to Compel

Feb 17     Hearing on Motion, with Motion to Dismiss (3:00 p.m.)

.
                By their attorneys,

/s/ Irwin Schwartz

| Irwin Schwartz BBO# 548763 | Joseph F. Ryan BBO# 435720 |
|---|---|
| Petrie | Schwartz LLP | Lyne Woodworth & Evarts LLP |
| 500 Boylston Street, Suite 1860 | 600 Atlantic Avenue |
| Boston, MA 02116 | Boston, MA 02210 |
| Tel 617.421.1800 - Fax 617.421.1801 | Tel 617/523-6655 - Fax 617/248-9877 |
| E-mail Ischwartz@PetrieSchwartz.com | E-mail: Jryan@LWELaw.com |