UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | X | |
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : | Civil Action No. 05-11639 NG |
| Plaintiff, | : | |
| v. | : | ASSENTED TO MOTION TO ADMIT ATTORNEY PRO HAC VICE PURSUANT TO LOCAL RULE 85.5.3 |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com, www.torn8oalley.com and www.First-Racing-Sucks.com | : | |
| Defendant. | : | |
| | X | |

In accordance with Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Plaintiff iRacing Motorsport Simulations, LLC, by the undersigned, hereby moves with the assent of Defendant Tim Robinson, to admit Michael G. Andrews to practice in this Court in the above-entitled action, and in support thereof states as follows:

1.    Irwin B. Schwartz is duly admitted to this Court and has filed an appearance in this action.

2.    In support of the Motion, attached hereto is the Certificate of Michael G. Andrews, which comports with the requirements of Rule 83.5.3 in that:

a.    Mr. Andrews is a member in good standing in every jurisdiction in which he is admitted to practice;

b.    There are no disciplinary proceedings pending against Mr. Andrews in any jurisdiction; and

c.    Mr. Andrews has obtained copies of and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.    A $50.00 check has been mailed to the United States District Court clerk's office to pay the fee for this motion.

Dated: December 21, 2005

Respectfully submitted,

iRacing.Com Motorsport Simulations, LLC.

By its attorneys,

/s/ Irwin B. Schwartz
Irwin B. Schwartz (# 548763)
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
Phone:  617-421-1800
Fax:  617-421-1810
Email:  ischwartz@petrieschwartz.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(A)(2), I, Irwin B. Schwartz, attorney for Plaintiff iRacing.Com Motorsport Simulations, LLC., hereby certifies that I have attempted in good faith to resolve any dispute that may exist with respect to the foregoing Motion prior to its filing and it was assented to by Joseph Ryan, attorney for defendant Tim Robinson on December 21, 2005 at 2:00 pm.

Dated: December 21, 2005

Respectfully submitted,

*/s/ Irwin B. Schwartz*
Irwin B. Schwartz (# 548763)
PETRIE SCHWARTZ LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
Phone: 617-421-1800
Fax: 617-421-1810
Email: ischwartz@petrieschwartz.com

<u>Certificate of Service</u>

I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 21st day of December 2005, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.


_/S/_ Irwin Schwartz_____
Irwin B. Schwartz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

iRACING.COM MOTORSPORT SIMULATIONS,  :     X
LLC, a Delaware Limited Liability Company,  :

    Plaintiff,  :

    v.  :

TIM ROBINSON, individually and d/b/a  :
www.ow-racing.com, www.torn8oalley.com and  :
www.First-Racing-Sucks.com  :

    Defendant.  :
    X

Civil Action No.
05-11639 NG

CERTIFICATE OF
MICHAEL G. ANDREWS IN
SUPPORT OF MOTION TO
ADMIT ATTORNEY PRO
HAC VICE PURSUANT TO
LOCAL RULE 85.5.3

I, Michael G. Andrews, hereby certify as follows:

1.    I submit this Certificate in support of the motion that I be admitted pro hac vice before this Court in the above-entitled matter.

2.    I am a member in good standing of the Massachusetts State Bar and I am admitted to practice in Massachusetts state courts.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this 21st day of December 2005.

Michael G. Andrews

<u>Certificate of Service</u>

I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 21st day of December 2005, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.


                      /S/  Irwin Schwartz
                      Irwin B. Schwartz