UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TIM ROBINSON, individually and d/b/a www.ow-racing.com, www.torn8oalley.com and www.First-Racing-Sucks.com<br><br>Defendant. | Civil Action No. 05-11639 NG<br><br><br>Assented to Motion to Extend Deadline for <u>Document Production</u> |

iRacing.com Motorsport Simulations, LLC's ("iRacing") brings this motion, with the assent of Defendant Tim Robinson ("Robinson") to extend to January 24, 2006 the deadline for iRacing to file a Motion to Compel based on Robinson's document production of January 10, 2006.

DATED: January 17, 2006

Respectfully submitted,

| | |
|---|---|
| __/S/  Irwin Schwartz__<br>Irwin B. Schwartz (#548763)<br>PETRIE SCHWARTZ LLP<br>500 Boylston Street, Suite 1860<br>Boston, Massachusetts 02116<br>Telephone: (617) 421-1800<br>Facsimile:  (617) 421-1810<br><br>Attorney for Plaintiff,<br><br>iRacing Motorsport Simulations, LLC | __/S/ Joseph Ryan__<br>Joseph Ryan (# 435720)<br>Lyne, Woodworth & Evans<br>600 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 523-6655<br>Facsimile:  (617) 248-9877<br><br>Attorney for Defendant,<br><br>Tim Robinson |

<u>Certificate of Service</u>

    I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 17th day of January 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.

                                                                        _/S/_ *Irwin Schwartz*  
                                                                        Irwin B. Schwartz