UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | X : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | Assented to Motion to Extend Deadline for |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com, www.torn8oalley.com and www.First-Racing-Sucks.com | : : : : | <u>Document Production</u> |
| Defendant. | : X | |

iRacing.com Motorsport Simulations, LLC's ("iRacing") brings this motion, with the assent of Defendant Tim Robinson ("Robinson") to extend to January 26, 2006 the deadline for iRacing to file a Motion to Compel based on Robinson's document production of January 10, 2006.

DATED:  January 24, 2006

Respectfully submitted,

| | |
|---|---|
| __/S/ Irwin Schwartz__ | __/S/ Joseph Ryan__ |
| Irwin B. Schwartz (#548763) | Joseph Ryan (#435720) |
| PETRIE SCHWARTZ LLP | Lyne, Woodworth & Evans |
| 500 Boylston Street, Suite 1860 | 600 Atlantic Avenue |
| Boston, Massachusetts 02116 | Boston, Massachusetts 02110 |
| Telephone: (617) 421-1800 | Telephone: (617) 523-6655 |
| Facsimile:  (617) 421-1810 | Facsimile:  (617) 248-9877 |
| Attorney for Plaintiff, | Attorney for Defendant, |
| iRacing Motorsport Simulations, LLC | Tim Robinson |

Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 24th day of January 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.

__/S/_ Irwin Schwartz_____
Irwin B. Schwartz