UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | X | |
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : | Civil Action No. 05-11639 NG |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com | : | |
| | : | |
| Defendant. | : | |
| | X | |

iRacing.com Motorsport Simulations, LLC, f/k/a First, LLC and First-Racing.Net ("iRacing") hereby respectfully requests that the Court enter the attached Order Compelling Discovery.

DATED:  February 17, 2005

Respectfully submitted,

iRacing.com Motorsport Simulations, LLC

By its attorneys,

 _/S/ Irwin Schwartz_____
Irwin B. Schwartz BBO #548763
Petrie Schwartz LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800
(617) 421-1810 (fax)

<u>Certificate of Service</u>

     I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 17th day of February 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.


     /S/ Irwin Schwartz_____
         Irwin B. Schwartz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | X | |
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : : : | Civil Action No. 05-11639 NG |
|    Plaintiff, | : : | |
|    v. | : : | [PROPOSED] ORDER COMPELLING DISCOVERY |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com | : : : | |
|    Defendant. | : : | |
| | X | |

Based on memoranda submitted by both parties and oral arguments heard before this Court on February 16, 2006, IT IS HEREBY ORDERED AS FOLLOWS:

1.     Defendant Tim Robinson ("Robinson") is ordered to produce all programming code, notes, and/or documentation referring to any modifications to NASCAR® Series 2003 Season ("NASCAR® 2003"), including any and all copies of source code or other programming code for any such modifications.

2.     Defendant is ordered to produce all notes and/or documentation related to the source of his knowledge of which values he changed in modifying NASCAR® 2003.

3.     Defendant is ordered to produce all files relevant to his modification of NASCAR® 2003, which were reflected on Robinson's computer desktop as of July 10, 2005 at 5:36 PM, as set forth in the schedule attached as Exhibit A to this order.

4.     To the extent that Robinson destroyed and/or disposed of any files, documents or notes subject to this Order, Robinson is ordered to submit an affidavit setting forth for each such document, the time, date, location, and the reason for disposal or destruction.

5.      Defendant shall have until March ___, 2006 in which to comply with the

Order.

Dated: February ___, 2006

SO ORDERED,

_____
                              , J.

**EXHIBIT A**[1]

| | | | |
|---|---|---|---|
| 1. | 7z310 | 27. | owr2k5_v1… |
| 2. | DatZ | 28. | kill_nr2003 |
| 3. | makedatx | 29. | MakeDat |
| 4. | Champ Cars | 30. | owr05_Mal… |
| 5. | DF_9.0.4.0… | 31. | owr2k5_v1… |
| 6. | OWSC-070805 | 32. | owsc_psp_t… |
| 7. | OWR-read… | 33. | Sprint_cars… |
| 8. | 48_QStateJ… | 34. | 1_PennzoilJ… |
| 9. | DateCracker | 35. | owsc_v1.htm |
| 10. | vegas40_m… | 36. | owsc_v1a |
| 11. | 48QStateJ… | 37. | 24_aero_mt… |
| 12. | making_upl… | 38. | owr_tman_… |
| 13. | papy_ai | 39. | 30_goodwr… |
| 14. | OWSC | 40. | owr_easter… |
| 15. | owr_setup | 41. | OWOR Text.txt |
| 16. | thepits_gtp… | 42. | at_ta_bridg… |
| 17. | C48_QState… | 43. | OWR beta cars |
| 18. | OWR_server | 44. | OWR_ReadMe |
| 19. | owr_easter… | 45. | 24_aero_mt… |
| 20. | track_OW… | 46. | new_owr_t… |
| 21. | track | 47. | rF SRA 15Jun05 |
| 22. | owsc_v1 | 48. | 37_pennzo… |
| 23. | extension | 49. | OWR_Read… |
| 24. | Instructions on how t… | 50. | Tools15Jun05 |
| 25. | Hex Workshop 4.2 | 51. | DF_9.0.3.0… |
| 26. | 24_aero_mt… | | |

---

[1]    This list of files is reflected on Robinson's computer desktop as of July 10, 2005 at 5:36 PM, an image of which he made publicly available over the Internet at USPits.com.  A true and correct copy of Robinson's post at uspits.com and the embedded image of Robinson's desktop is attached to this Exhibit.



**TRobinson**
Crew Chief



Joined: 06 May 2005
Posts: 83
Location: TX

Posted: Sun Jul 10, 2005 5:26 pm    Post subject:    [quote]

**jabroni wrote:**

this is what a real desktop looks like!

That's not a real desktop, this is a real desktop!

1280x960 338kb

My name is Tim, and I am a simoholic