UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | OPPOSITION TO MOTION TO EXTEND TIME |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, | : : : | |
| Defendant. | : | |

iRacing.com Motorsport Simulations, LLC, f/k/a First, LLC and First-Racing.Net ("iRacing") respectfully submits this opposition to Tim Robinson's ("Robinson") Motion to Extend Time Within Which Defendant May Submit Additional Briefs on Plaintiff's Motion to Compel Discovery and Defendant's Motion to Dismiss.

Based on orders by this Court after consideration of submitted memoranda and oral arguments heard on February 16, 2006, no matters were raised that require additional briefing, and thus no additional briefs were requested by this Court regarding the Motion to Dismiss or the Motion to Compel. Accordingly, allowing additional time to submit superfluous briefing on these motions is unwarranted. Moreover, it is the impression of the Plaintiff that this Court deferred judgment on these motions for two weeks in order to allow the parties to seek a mutually acceptable resolution to this action. In an effort to seek such a resolution, the undersigned counsel sent requests on February 22, 2006 to Robinson's counsel of record, Joseph F. Ryan, requesting Robinson to consider settlement. Ryan acknowledged receipt of the request, but as of

March 3, 2006 iRacing has received no response from Robinson on the matter.  iRacing does not wish to further delay the Court's rulings on the above matters.

For the above reasons, iRacing respectfully requests that this Court deny Robinson's motion to extend time to submit additional briefs.

DATED:  March 3, 2006

Respectfully submitted,

iRacing.com Motorsport Simulations, LLC

By its attorneys,

 /S/   Michael G. Andrews_____
Irwin B. Schwartz (BBO #548763)
Michael G. Andrews (BBO# 663452)
Petrie Schwartz LLP
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
(617) 421-1800
(617) 421-1810 (fax)

Certificate of Service

I, Michael G. Andrews, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 3rd Day of March, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.

 /S/   Michael G. Andrews_____
Michael G. Andrews