UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS LLC, ) <br> a Delaware Limited Liability Company, Plaintiff ) <br> ) <br> V. ) <br> ) <br> TIM ROBINSON, individually and d/b/a ) <br> www.ow-racing.com and www.torn8oalley.com, ) <br> and www.first-racing-sucks.com ) <br> ) <br> Defendant ) | Civil Action No. <br> 05-11639 NG |

-------------------------------------------------------------------

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL

Introduction

    At the hearing on Defendant's Motion to Dismiss and Plaintiff's Motion to Compel, iRacing's counsel introduced a picture of Robinson's computer home page. According to iRacing, the picture was posted by Robinson on July 10, 2005. There is no confirmation as to when the picture was made.

    Attached hereto as Attachment "A" is a listing received from Robinson identifying to the best of his knowledge all of the icons that appear in this picture.

    By his attorneys,

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com

ATTACHMENT "A"

Below is the list of icons that Schwartz and Company think hide some secret data.

I have attempted to describe what each is to the best of my knowledge based on looking at the image they provided.

Most of these icons/files no longer exist, so there is a small amount of guessing on a couple, which I have **bolded** for identification on those.

1 – 7z310 – Compression/Decompression software
2 – DatZ – NR2003 Utility widely distributed
3 – makedatx – NR2003 Utility widely distributed
**4 – Champ Cars – folder of paint schemes**
5 – DF_9.0.4.0 – CMS (Content Management Software) package
6 – OWSC-070805 – OWSC for rFactor Project Folder
7 – OWR-read – OWR Readme file
8 – 48QStateJ – GTP Paint scheme WINMIP
9 – DateCracker – date utility
10 – vegas40_m – video editing software
11 – 48QStateJ – GTP Paint scheme PSP
**12 – making_upl – php script for uploading files**
13 – papy_ai – NR2003 file for adjusting AI characteristics
14 – OWSC – icon for OWSC Mod
**15 – owr_setup – can't find the icon???**
16 – thepits_gtp - EZ install file for the GTP mod by The US Pits
17 – C48_Qstate – Pit Crew export from WINMIP
18 – OWR_Server – OWR Server file
19 – owr_easter – html file
20 – track_OW – OW Track .ini file
21 – track – track .ini file
22 – owsc_v1 – html web file
23 – extension – CMS file
24 – Instructions on how t.. – Word doc for Torn8oAlley.com Admins to upload league standings and exports
25 – Hex Workshop 4.2 – demo software icon
26 – 24_aero_mt – NR2003 paint scheme
27 – owr2k5_v1 – self installing .exe for owr
28 – kill_nr2003 – nr2003 utility for enduro events
29 – MakeDat – NR2003 utility widely distributed
30 - owr05_Mal – rFactor development folder
31 – owr2k5_v1 – zip file of self installing .exe above
32 – owsc_psp_t – OWSC PSP Templates
**33 – Sprint_Cars – no idea what this file is**
34 – 1_PennzoilJ – GTP paint scheme
35 – owsc_v1_htm – web page

36 – NR2003 OWSC Icon
37 – 24_aero_mt – PSP paint scheme
38 – owr_tman – video of a hot lap
39 – 30_goodwr – PSP paint scheme
40 – owr_easter – html backup file
41 – OWOR Text.txt – text backup file for OWR read me
42 – at_ta_bridg – NR2003 setup file
43 – OWR Beta Cars – folder of paint schemes
44 – OWR_ReadMe – readme file for OWR
45 – 24_aero_mt – WINMIP paint scheme
46 – new_owr_t.. – folder of new OWR templates
47 – rF SRA 15Jun05 – rFactor Development folder
48 – 37_pennzo – PSP paint scheme
49 – OWR_Read – bak file
50 – Tools15Jun05 – rFactor tools
51 – DF_9.0.3.0 – CMS Software package.