UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com<br><br>  Defendant. | Civil Action No.<br>05-11639 NG<br><br>ORDER COMPELLING DISCOVERY |

Based on memoranda submitted by both parties and oral arguments heard before this Court on February 16, 2006, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant Tim Robinson ("Robinson") is ordered to produce all programming code, notes, and/or documentation referring to any modifications to NASCAR® Series 2003 Season ("NASCAR® 2003"), including any and all copies of source code or other programming code for any such modifications.

2. Defendant is ordered to produce all notes and/or documentation related to the source of his knowledge of which values he changed in modifying NASCAR® 2003.

3. Defendant is ordered to produce all files relevant to his modification of NASCAR® 2003, which were reflected on Robinson's computer desktop as of July 10, 2005 at 5:36 PM, as set forth in the schedule attached as Exhibit A to this order.

4. To the extent that Robinson destroyed and/or disposed of any files, documents or notes subject to this Order, Robinson is ordered to submit an affidavit setting forth for each such document, the time, date, location, and the reason for disposal or destruction.

5. Defendant shall have until June 1, 2006 in which to comply with the Order.

Dated:

SO ORDERED,

_____, J.

## EXHIBIT A[1]

| | | | | |
|---|---|---|---|---|
| 1. | 7z310 | 27. | owr2k5_v1... |
| 2. | DatZ | 28. | kill_nr2003 |
| 3. | makedatx | 29. | MakeDat |
| 4. | Champ Cars | 30. | owr05_Mal... |
| 5. | DF_9.0.4.0... | 31. | owr2k5_v1... |
| 6. | OWSC-070805 | 32. | owsc_psp_t... |
| 7. | OWR-read... | 33. | Sprint_cars... |
| 8. | 48_QStateJ... | 34. | 1_PennzoilJ... |
| 9. | DateCracker | 35. | owsc_v1.htm |
| 10. | vegas40_m... | 36. | owsc_v1a |
| 11. | 48QStateJ... | 37. | 24_aero_mt... |
| 12. | making_upl... | 38. | owr_tman_... |
| 13. | papy_ai | 39. | 30_goodwr... |
| 14. | OWSC | 40. | owr_easter... |
| 15. | owr_setup | 41. | OWOR Text.txt |
| 16. | thepits_gtp... | 42. | at_ta_bridg... |
| 17. | C48_QState... | 43. | OWR beta cars |
| 18. | OWR_server | 44. | OWR_ReadMe |
| 19. | owr_easter... | 45. | 24_aero_mt... |
| 20. | track_OW... | 46. | new_owr_t... |
| 21. | track | 47. | rF SRA 15Jun05 |
| 22. | owsc_v1 | 48. | 37_pennzo... |
| 23. | extension | 49. | OWR_Read... |
| 24. | Instructions on how t... | 50. | Tools15Jun05 |
| 25. | Hex Workshop 4.2 | 51. | DF_9.0.3.0... |
| 26. | 24_aero_mt... | | |

---

[1]   This list of files is reflected on Robinson's computer desktop as of July 10, 2005 at 5:36 PM, an image of which he made publicly available over the Internet at USPits.com. A true and correct copy of Robinson's post at uspits.com and the embedded image of Robinson's desktop is attached to this Exhibit.



