UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : | Civil Action No. 05-11639 NG |
| Plaintiff, | : | |
| v. | : | Assented to Motion to Extend Deadlines for <u>Expert Discovery</u> |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com, www.torn8oalley.com and www.First-Racing-Sucks.com | : | |
| Defendant. | : | |

iRacing.com Motorsport Simulations, LLC's ("iRacing") brings this motion, with the assent of Defendant Tim Robinson, to extend the June 16, 2006 deadline to provide opposing counsel with expert reports until after the Court rules on iRacing's upcoming summary judgment motion, and the July 28, 2006 deadline for expert discovery until six weeks beyond that point.

DATED: May 16, 2006

Respectfully submitted,

__/S/ Irwin Schwartz_____    __/S/ Joseph Ryan_____
Irwin B. Schwartz (#548763)      Joseph Ryan (#435720)
PETRIE SCHWARTZ LLP              Lyne, Woodworth & Evans
500 Boylston Street, Suite 1860  600 Atlantic Avenue
Boston, Massachusetts 02116      Boston, MA 02110
Telephone: (617) 421-1800        Telephone: (617) 523-6655
Facsimile: (617) 421-1810        Facsimile: (617) 248-9877

Attorney for Plaintiff,          Attorney for Defendant,

iRacing Motorsport Simulations, LLC    Tim Robinson