UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

iRACING.COM MOTORSPORT SIMULATIONS LLC, )
a Delaware Limited Liability Company, Plaintiff )
                                                )
                V.                              )    Civil Action No.
                                                )    05-11639 NG
TIM ROBINSON, individually and d/b/a            )
www.ow-racing.com and www.torn8oalley.com,      )
Defendant                                       )
---------------------------------------------------------------------

DEFENDANT TIM ROBINSON'S OPPOSITION TO PLAINTIFF'S
CROSS-MOTION FOR REASONABLE COSTS AND ATTORNEY'S FEES

Defendant Tim Robinson respectfully OPPOSES Plaintiff's Cross-Motion for Reasonable Costs and Attorney's Fees, on the grounds that Defendant has NOT withheld any files or documents from Plaintiff.

This is not a case where defendant purposefully has withheld documents or files. Defendant's position has been that he does not have further files or documents responsive to plaintiff's motion to compel. Defendant cannot produce what he does not have.

The grounds for plaintiff's motion was a snapshot of icons that once appeared on defendant Robinson's computer, some of which icons indicated that they related to files relevant to this case. Robinson has reaffirmed, by affidavit under oath, that any such files were deleted long prior to the commencement of this action and, most probably, before the date of the snapshot of the icons. Thus, plaintiff's suspicions were unfounded and should not be rewarded. Robinson has paid enough of a price by being required to invest substantial time and effort into

Page -1-

attempting to again "prove a negative."

          By his attorneys,

          Joseph F. Ryan BBO# 435720
          Lyne Woodworth & Evarts LLP
          600 Atlantic Avenue
          Boston, MA 02210
          Telephone 617/523-6655 - Telecopy 617/248-9877
          E-mail: Jryan@LWELaw.com