UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | X | |
|---|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | AFFIDAVIT OF DAVID KAEMMER IN |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com, www.torn8oalley.com and www.First-Racing-Sucks.com | : : : | SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | : : X | |

I, David Kaemmer, upon oath depose and say as follows:

    1.    I am President and CEO of iRacing.com Motorsport Simulations, LLC ("iRacing").

    2.    NASCAR® Racing 2003 Season ("NASCAR® 2003") was developed by iRacing's predecessor-in-interest, Papyrus Design Group, Inc. ("Papyrus"), and released by Papyrus and its parent company, Sierra On-Line, Inc. ("Sierra"), in February 2003.

    3.    Papyrus registered NASCAR® 2003 with the United States Copyright Office, which was registered under copyright number PA-1-266-286 effective April 7, 2003. A true and correct copy of the United States Copyright Office Recordation Submission Form is attached as Exhibit A.

    4.    On May 28, 2004, Papyrus and Sierra sold their copyrights in the NASCAR® 2003 software to iRacing's predecessor, First, LLC and the associated assignment of the copyrights was recorded as June 28, 2005. The

Certificate of Recordation with the Copyright Office is attached as Exhibit B. The copyright registration is in full force and effect and covers nearly all aspects of NASCAR® 2003 as it is distributed in the marketplace.

5.  Thereafter, First, LLC changed its name to iRacing. A true and correct copy of the Certificate of Amendment to Certificate of Formation denoting the name change is attached as Exhibit C.

6.  NASCAR® 2003 is widely regarded as the most realistic computerized auto racing simulation ever created. Numerous NASCAR drivers have used it as a training tool. NASCAR® 2003 won the gamespy.com Racing Simulation of the Year award.

7.  Upon installation of NASCAR® 2003 on a user's computer, the software presents the user with the EULA and asks the user to accept or reject its terms. NASCAR® 2003 only installs on the user's computer if the user accepts the EULA's terms. A true and correct copy of the EULA for NASCAR® 2003 is attached as Exhibit D.

8.  iRacing has the right to enforce the NASCAR® 2003 EULA on its own behalf to the extent needed to protect and enforce its rights in and to NASCAR® 2003. A true and correct copy of a correspondence between Papyrus and iRacing confirming iRacing's rights to fully enforce the EULA as Exhibit E.

9.  I am informed that the Defendant Tim Robinson ("Robinson") created and operates the following three websites: www.ow-racing.com, www.torn8oalley.com and www.first-racing-sucks.com. I have reviewed these

websites and they relate to computerized auto racing simulation and, specifically, to NASCAR® 2003 and derivatives of NASCAR® 2003.

10. Each of these websites features an electronic bulletin board system ("BBS") that consists of electronic storage media (such as computer memories or hard drives) that network devices connect to other computers so that a remote user can connect to the BBS's stored information.  Thus, users of these websites can download information from the BBS to their own computers' memories, hard drives, or other storage devices.  These users can also pass the BBS information on to other computers.

11. In or around August 2005, iRacing discovered that Robinson was offering for free download the following computer files: (a) owr2k5_v1.0.0.1.zip (the "OW-Racing 2005 Mod") on www.ow-racing.com; and (b) owsc_nocd_temp.zip (the "NO-CD File") on www.torn8oalley.com and on www.ow-racing.com.  In or around August 2005, iRacing downloaded these files and saved the files on its own computers.

12. iRacing did not authorize Robinson to make or distribute derivative versions of NASCAR® 2003.  In fact, iRacing took steps to protect its copyrights by sending Robinson letters demanding that he cease and desist from offering the infringing files for download over the Internet.

13. In early November 2005, iRacing provided its counsel with the files it downloaded from Robinson's websites on a CD designated "Robinson Data".

14.     iRacing sent directly to Rance DeLong the original version of NASCAR® 2003 along with a software patch to create an updated version 1.2.0.1.

SUSCRIBED AND SWORN TO on this 11th day of August 2006.

*David Kaemmer*

### Certificate of Service

I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 11th day of August 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.

/S/ Irwin Schwartz
Irwin B. Schwartz

4

04/14/2005 09:06 FAX 1+310+342+0641    V.U. GAMES LEGAL    ☒003

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

13402136.

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-266-286

APR 07 2003

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
NASCAR RACING 2003 SEASON

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Audiovisual work

**2 a** NAME OF AUTHOR ▼
Sierra Entertainment, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in U.S.A. }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire audiovisual material and computer program

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of _____
     Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of _____
     Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month February  Day 10  Year 2003
United States of America  Nation

**4** COPYRIGHT CLAIMANT(S)
Sierra Entertainment, Inc.
14205 SE 36th Street, Suite 220
Bellevue, WA 98006

APR 07 2003  4/14/05
APR 07 2003  3/22/05
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
VG

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶

03/31/2005 12:58 FAX 3102580766         Knowledge Adventure Exec                                   ☒005

| EXAMINED BY TAH | FORM PA |
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
This work contains certain technology licensed from others.

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  Account Number ▼
Vivendi Universal Games, Inc.                           DA091367

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sierra Entertainment, Inc., Attn.: Pam Teller
3060 139th Avenue SE, Suite 500
Bellevue, WA 98005

**b**

Area code and daytime telephone number ( 425 ) 638-5146        Fax number ( 425 ) 818-2801
Email pam.teller@vugames.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                            ☐ author
                           Check only one ▶ ☐ other copyright claimant
                                            ☐ owner of exclusive right(s)
                                            ☒ authorized agent of Sierra Entertainment, Inc.
                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Pamela M. Teller                                                        Date 03/24/2003

Handwritten signature (X) ▼
         x  *Pamela M. Teller*

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Sierra Entertainment, Inc., Attn.: Pam Teller |
| | Number/Street/Apt ▼ 3060 139th Avenue SE, Suite 500 |
| | City/State/ZIP ▼ Bellevue, WA 98005 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev: June 2002—20,000   Web Rev: June 2002   ⊗ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021



# Certificate of Recordation

This is to certify that the attached document was recorded in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

| DATE OF RECORDATION |  |
|---|---|
| 28Jun05 |  |

| VOLUME | DOC. NO. |
|---|---|
| 3526 | 291 |

| VOLUME | DOC. NO. |
|---|---|

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services



# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

**For Recordation of Documents**

Volume **3526**   Document **291**

Volume _____   Document _____

Date of Recordation   M **JUN 2 8 2005** Y
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds Received _____

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document   Papyrus Design Group, Inc.
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document   NASCAR Racing 2003 Season

**3** Total number of titles in the document   1

**4** Amount of fee calculated   $80.00

**5** Fee enclosed
☑ Check   ☐ Money order
☐ Fee authorized to be charged to Copyright Office Deposit Account

Deposit Account number _____

Deposit Account name _____

**6** Completeness of document
☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document   Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____   Date _____

Duly authorized agent of _____

**8** Return to:
Name   Michael J. Cavaretta, c/o Morse, Barnes-Brown & Pendleton, P.C.
Number/Street   1601 Trapelo Rd.   Apt/Suite _____
City   Waltham   State   MA   Zip   02451
Phone number   781-622-5930   Fax number   781-622-5933
Email   mjc@mbbp.com

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, LM-462, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a Deposit Account or by check/money order payable to *Register of Copyrights*; and (3) your document.

DOCUMENT COVER SHEET   PRINT REV: 01/2005—60,000   WEB REV: 01/2005   Printed on recycled paper   U.S. Government Printing Office: 2004-310-462/60,096

V3526 D291

# NASCAR RACING 2003 SEASON
# BILL OF SALE

1. For good and valuable consideration, the receipt, adequacy and legal sufficiency of which are hereby acknowledged, and in accordance with Section 2 of that certain Assignment Agreement dated as of May 28, 2004 (the "Assignment Agreement"), to which Papyrus Design Group, Inc., a Massachusetts corporation ("Assignor"), Sierra On-Line Inc., a Delaware corporation and the parent of Assignor, and FIRST, LLC, a Delaware limited liability company ("Assignee"), are parties, Assignor hereby sells, assigns, conveys and otherwise transfers to Assignee, effective as of May 28, 2004, all of Assignor's right, title and interest in and to all of the NASCAR Racing 2003 Season assets described on Schedule A hereto.

2. The terms of the Assignment Agreement are incorporated herein by this reference.

IN WITNESS WHEREOF, Assignor has executed this Bill of Sale effective as of May 28, 2004.

Papyrus Design Group, Inc., a Massachusetts corporation

By: /s/ Rod Rigole
Rod Rigole
Assistant Secretary

V3526 D291 Page 1

SCHEDULE A

NASCAR RACING 2003 SEASON ASSETS

The assigned assets consist of the Game Technology (as defined below) and all intellectual property rights in the Game Technology, including all copyrights in the Game Technology, whether registered or unregistered.

"Game Technology" means the PC-based racing simulation engine and related tools used in the PC game **NASCAR Racing 2003 Season** (the "Game"), together with all patches and bug fixes made as of the Effective Date, and all related (i) data, text, compiler command files, build scripts, object libraries, scripts relating to the operation and maintenance thereof, application programming interfaces (API), graphical user interfaces (GUI), makefiles, protocols, specifications, database management code, data formats, utilities, methods of processing, software engines, platforms, encryption keys and other security features, 2D and 3D artwork, graphics, communications, animation, images, digital and/or audio clips or other content, (ii) contents of the "race", "psys", "gpl", "gpldata", "nl2", "ml2data", and "tools" Clearcase VOB's (Versioned Object Bases) from Assignor's source code control system, (iii) relevant instructions on building the object code thereof, all tools for creating cars, tracks, sounds and other individualized features, (iv) all documentation, developer notes, comments and annotations related to the Game, (v) other data and/or information necessary to build the latest patched version of the Game and (vi) source code and object code with respect to the foregoing, in each case, excluding Excluded Content (as defined below). In the event that a particular item of content in the Game (such as a car) includes both Excluded Content (such as logos on the car) and non-Excluded Content (such as the stick frame of the car), "Game Technology" shall include all content related to such item that is not Excluded Content.

"Excluded Content" means, (i) data, object code, source code, text, 2D and 3D artwork, graphics, communications, animation, images, digital and/or audio clips or other content, in each case, to the extent such items comprise or incorporate any trademarks, service marks, copyrights, trade dress or intellectual property rights of third parties, including, but not limited to, cars, tracks, sounds and other individualized features; and (ii) all trademarks, service marks, trade dress, and logos of Assignor and Sierra On-Line Inc., including, without limitation, Vivendi, Universal, Vivendi Universal, Vivendi Universal Games and Sierra.

V3526 D291 Page 2

04/14/2005 09:06 FAX 1+310+342+0641        V.U.GAMES LEGAL                                     ☒003

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

13402136.

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-266-286

APR 07 2003

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
NASCAR RACING 2003 SEASON

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Audiovisual work

**2  a  NAME OF AUTHOR ▼**
Sierra Entertainment, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in U.S.A. }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire audiovisual material and computer program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2003  Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month February   Day 10   Year 2003
United States of America   Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sierra Entertainment, Inc.
14205 SE 36th Street, Suite 220
Bellevue, WA 98006

APPLICATION RECEIVED
APR 07 2003   4/14/05
ONE DEPOSIT RECEIVED
APR 07 2003   3/22/05
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
VG

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

V3526 D291 Page 3

03/31/2005 12:58 FAX 3102580766          Knowledge Adventure Exec                    ☒005

|  |  |
|---|---|
| EXAMINED BY  TAH | FORM PA |
| CHECKED BY | |
| ☒ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
This work contains certain technology licensed from others.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                     Account Number ▼
Vivendi Universal Games, Inc.                              DA091367

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sierra Entertainment, Inc., Attn.: Pam Teller
3060 139th Avenue SE, Suite 500
Bellevue, WA 98005

Area code and daytime telephone number ( 425 ) 638-5146       Fax number ( 425 ) 818-2801
Email pam.teller@vugames.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Sierra Entertainment, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Pamela M. Teller                                          Date 03/24/2003

Handwritten signature (X) ▼
x  *Pamela M. Teller*

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Sierra Entertainment, Inc., Attn.: Pam Teller
Number/Street/Apt ▼
3060 139th Avenue SE, Suite 500
City/State/ZIP ▼
Bellevue, WA 98005

17 U.S.C. § Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

V3526 D291 Page 4

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "FIRST, LLC", CHANGING ITS NAME FROM "FIRST, LLC" TO "IRACING.COM MOTORSPORT SIMULATIONS, LLC", FILED IN THIS OFFICE ON THE TENTH DAY OF MAY, A.D. 2005, AT 5:26 O'CLOCK P.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3698486   8100         AUTHENTICATION: 4957168

060739397              DATE: 08-07-06

May 10 05 03:00p                                          781-541-6361                    p.2

# STATE OF DELAWARE

## CERTIFICATE OF AMENDMENT
## TO
## CERTIFICATE OF FORMATION
## OF
## FIRST, LLC

THIS CERTIFICATE OF AMENDMENT TO CERTIFICATE OF FORMATION of FIRST, LLC (the "Company"), dated as of May 10, 2005, is executed and filed by the Company for the purpose of amending the Company's Certificate of Formation pursuant to Delaware Limited Liability Company Act § 18-202.

1. The name of the Company is FIRST, LLC.

2. Section 1 of the Certificate of Formation is hereby amended to read in its entirety as follows:

   1. Name. The name of the limited liability company is iRacing.com Motorsport Simulations, LLC.

IN WITNESS WHEREOF, the Company has duly executed this Certificate of Amendment as of the date first above written.

FIRST, LLC

By: _____
David Kaemmer
Authorized Person

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 05:42 PM 05/10/2005*
*FILED 05:26 PM 05/10/2005*
*SRV 050381065 - 3698486 FILE*

EULA.txt
YOU SHOULD CAREFULLY READ THE FOLLOWING END USER LICENSE AGREEMENT BEFORE INSTALLING
THIS SOFTWARE PROGRAM. BY INSTALLING OR OTHERWISE USING THE SOFTWARE PROGRAM, YOU
AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS
OF THIS AGREEMENT, PROMPTLY RETURN THE UNUSED SOFTWARE PROGRAM TO THE PLACE OF
PURCHASE OR CONTACT SIERRA ENTERTAINMENT, INC. CUSTOMER SERVICE AT (310) 649-8008
FOR A FULL REFUND OF THE PURCHASE PRICE WITHIN 30 DAYS OF THE ORIGINAL PURCHASE.

This software program (the "Program"), any printed materials, any on-line or
electronic documentation, and any and all copies and derivative works of such
software program (including materials created with a so called level editor, if
included) and materials are the copyrighted work of Sierra Entertainment, Inc., a
division of Vivendi Universal Games, Inc. and/or its wholly owned subsidiaries, or
its suppliers.  All rights reserved, except as expressly stated herein.  All use of
the Program is governed by the terms of this End User License Agreement provided
below ("License Agreement"). The Program is solely for use by end users according to
the terms of the License Agreement. Any use, reproduction or redistribution of the
Program not in accordance with the terms of the License Agreement is expressly
prohibited.
END USER LICENSE AGREEMENT

        1. Limited Use License. Sierra Entertainment, Inc. ("Sierra ") hereby
grants, and by installing the Program you thereby accept, a limited, non-exclusive
license and right to install and use one (1) copy of the Program for your use on
either a home, business or portable computer. In addition, the Program has a
multi-player capability that allows users to utilize the Program over the Internet
via Sierra's online game network Sierra.com. Use of the Program over Sierra.com is
subject to your acceptance of Sierra.com's Terms of Use Agreement. Sierra
Entertainment, Inc. reserves the right to update, modify or change the Sierra.com
Terms of Use Agreement at any time. The Program is licensed, not sold. Your license
confers no title or ownership in the Program.

        2. Ownership. All title, ownership rights and intellectual property rights
in and to the Program and any and all copies thereof (including but not limited to
any titles, computer code, themes, objects, characters, character names, stories,
dialog, catch phrases, locations, concepts, artwork, animations, sounds, musical
compositions, audio-visual effects, methods of operation, moral rights, any related
documentation, and "applets" incorporated into the Program) are owned by Sierra
Entertainment, Inc. or its licensors. The Program is protected by the copyright laws
of the United States, international copyright treaties and conventions and other
laws. All rights are reserved. The Program contains certain licensed materials and
Sierra 's licensors may protect their rights in the event of any violation of this
Agreement.

        3. Responsibilities of End User.
                A. Subject to the Grant of License hereinabove, you may not, in
whole or in part, copy, photocopy, reproduce, translate, reverse engineer, derive
source code, modify, disassemble, decompile, create derivative works based on the
Program, or remove any proprietary notices or labels on the Program without the
prior consent, in writing, of Sierra.
                B. The Program is licensed to you as a single product. Its component
parts may not be separated for use on more than one computer.
                C. You are entitled to use the Program for your own use, but you are
not entitled to:
(i) sell, grant a security interest in or transfer reproductions of the Program to
other parties in any way, nor to rent, lease or license the Program to others
without the prior written consent of Sierra.
(ii) exploit the Program or any of its parts for any commercial purpose including,
but not limited to, use at a cyber café, computer gaming center or any other
location-based site. Sierra may offer a separate Site License Agreement to permit
you to make the Program available for commercial use; contact Sierra for details;
(iii) host or provide matchmaking services for the Program or emulate or redirect
the communication protocols used by Sierra in the network feature of the Program,
through protocol emulation, tunneling, modifying or adding components to the
Page 1

EULA.txt

Program, use of a utility program or any other techniques now known or hereafter developed, for any purpose including, but not limited to network play over the Internet, network play utilizing commercial or non-commercial gaming networks or as part of content aggregation networks without the prior written consent of Sierra ; (iv) create or maintain, under any circumstance, more than one simultaneous connection to Sierra.com. All such connections to Sierra.com, whether created by the Program or by other tools and utilities, may only be made through methods and means expressly approved by Sierra Entertainment, Inc. Under no circumstances may you connect, or create tools that allow you to connect to Sierra.com's private binary interface or interfaces other than those explicitly provided by Sierra Entertainment, Inc. for public use.

4. Program Transfer. You may permanently transfer all of your rights under this License Agreement, provided the recipient agrees to the terms of this License Agreement and you agree to remove the Program from your home or portable computer.

5. Termination. This License Agreement is effective until terminated. You may terminate the License Agreement at any time by destroying the Program. Sierra may, at its discretion, terminate this License Agreement in the event that you fail to comply with the terms and conditions contained herein. In such event, you must immediately destroy the Program.

6. Export Controls. The Program may not be re-exported, downloaded or otherwise exported into (or to a national or resident of) any country to which the U.S. has embargoed goods, or to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Denial Orders. By installing the Program, you are agreeing to the foregoing and you are representing and warranting that you are not located in, under the control of, or a national or resident of any such country or on any such list.

7. Limited Warranty. Sierra expressly disclaims any warranty for the Program, Editor and Manual(s). The Program, Editor and Manual(s) are provided "as is" without warranty of any kind, either express or implied, including, without limitation, the implied warranties of merchantability, fitness for a particular purpose, or noninfringement. The entire risk arising out of use or performance of the Program and Manual(s) remains with the User, however Sierra warrants up to and including 90 days from the date of your purchase of the Program that the media containing the Program shall be free from defects in material and workmanship. In the event that the media proves to be defective during that time period, and upon presentation to Sierra of proof of purchase of the defective Program, Sierra will at its option 1) correct any defect, 2) provide you with a product of equal or lesser value, or 3) refund your money. Some states do not allow the exclusion or limitation of implied warranties or liability for incidental damages, so the above limitations may not apply to you.

8. Limitation of Liability. NEITHER SIERRA, VIVENDI UNIVERSAL INTERACTIVE PUBLISHING NORTH AMERICA, INC., ITS PARENT, SUBSIDIARIES OR AFFILIATES SHALL BE LIABLE IN ANY WAY FOR LOSS OR DAMAGE OF ANY KIND RESULTING FROM THE USE OF THE PROGRAM OR USE OF SIERRA ENTERTAINMENT, INC.'S ONLINE GAME NETWORK, SIERRA.COM INCLUDING, BUT NOT LIMITED TO, LOSS OF GOODWILL, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, OR ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSSES. ANY WARRANTY AGAINST INFRINGEMENT THAT MAY BE PROVIDED IN SECTION 2-312(3) OF THE UNIFORM COMMERCIAL CODE AND/OR IN ANY OTHER COMPARABLE STATE STATUTE IS EXPRESSLY DISCLAIMED. FURTHER, SIERRA ENTERTAINMENT, INC. SHALL NOT BE LIABLE IN ANY WAY FOR THE LOSS OR DAMAGE TO PLAYER CHARACTERS, ACCOUNTS, STATISTICS OR USER PROFILE INFORMATION STORED ON SIERRA.COM. I UNDERSTAND AND ACKNOWLEDGE THAT SIERRA ENTERTAINMENT, INC. CANNOT AND WILL NOT BE RESPONSIBLE FOR ANY INTERRUPTIONS OF SERVICE ON SIERRA.COM INCLUDING, BUT NOT LIMITED TO ISP DISRUPTIONS, SOFTWARE OR HARDWARE FAILURES OR ANY OTHER EVENT WHICH MAY RESULT IN A LOSS OF DATA OR DISRUPTION OF SERVICE. Some states do not allow the exclusion or limitation of incidental or consequential damages, or allow limitations on how long an implied warranty lasts, so the above limitations may not apply.

EULA.txt

9. Equitable Remedies. You hereby agree that Sierra would be irreparably damaged if the terms of this License Agreement were not specifically enforced, and therefore you agree that Sierra shall be entitled, without bond, other security, or proof of damages, to appropriate equitable remedies with respect to breaches of this License Agreement, in addition to such other remedies as Sierra may otherwise have available to it under applicable laws. In the event any litigation is brought by either party in connection with this License Agreement, the prevailing party in such litigation shall be entitled to recover from the other party all the costs, attorneys' fees and other expenses incurred by such prevailing party in the litigation.

10. Limitations on License. Nothing in this License Agreement shall preclude you from making or authorizing the making of another copy or adaptation of the Program provided, however, that (1) such new copy or adaptation is created as an essential step in your utilization of the Program in accordance with the terms of this License Agreement and for NO OTHER PURPOSE; or (2) such new copy or adaptation is for archival purposes ONLY and all archival copies are destroyed in the event of your Transfer of the Program, the Termination of this Agreement or other circumstances under which your continued use of the Program ceases to be rightful.

11. Miscellaneous. This License Agreement shall be deemed to have been made and executed in the State of California and any dispute arising hereunder shall be resolved in accordance with the law of California. You agree that any claim asserted in any legal proceeding by one of the parties against the other shall be commenced and maintained in any state or federal court located in the State of California, County of Los Angeles, having subject matter jurisdiction with respect to the dispute between the parties. This License Agreement may be amended, altered or modified only by an instrument in writing, specifying such amendment, alteration or modification, executed by both parties. In the event that any provision of this License Agreement shall be held by a court or other tribunal of competent jurisdiction to be unenforceable, such provision will be enforced to the maximum extent permissible and the remaining portions of this License Agreement shall remain in full force and effect. This License Agreement constitutes and contains the entire agreement between the parties with respect to the subject matter hereof and supersedes any prior oral or written agreements.

I hereby acknowledge that I have read and understand the foregoing License Agreement and agree that the action of installing the Program is an acknowledgment of my agreement to be bound by the terms and conditions of the License Agreement contained herein. I also acknowledge and agree that this License Agreement is the complete and exclusive statement of the agreement between Sierra and I and that the License Agreement supersedes any prior or contemporaneous agreement, either oral or written, and any other communications between Sierra and myself.



March 29th, 2005

Rod Rigole
Papyrus Design Group, Inc.
6080 Center Drive, 10th Floor
Los Angeles, CA 90045

Rod Rigole
Sierra Entertainment, Inc.
6080 Center Drive, 10th Floor
Los Angeles, CA 90045

Re:     NASCAR Racing 2003 Season

Dear Rod:

This is to confirm that Papyrus Design Group, Inc., Sierra On-Line Inc. and any affiliates of either of the foregoing that have the right to enforce end user license agreements entered into by end users of NASCAR Racing 2003 Season (collectively, "Papyrus") authorize FIRST, LLC to enforce such end user license agreements on its own behalf to the extent needed to protect or enforce its rights in and to NASCAR Racing 2003.

Further, this is to confirm that upon FIRST, LLC's reasonable request Papyrus will execute such additional documents as may be required to further the foregoing, including without limitation the assignment of individual end user licenses on a case-by-case basis.

Please indicate your agreement to all of the foregoing by countersigning this letter agreement where indicated and returning one copy to me by first class mail at the address set forth below and by fax at 781-541-6361.

Very truly yours,

FIRST, LLC

David Kaemmer
President & CEO

ACCEPTED AND AGREED:

Sierra Entertainment, Inc.                        Papyrus Design Group, Inc.


Rod Rigole                                        Rod Rigole
Assistant Secretary                               Assistant Secretary

175 Middlesex Turnpike Suite 2B, Bedford MA, 01730