UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | NOTICE OF FIRM NAME CHANGE |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com, www.torn8oalley.com and www.First-Racing-Sucks.com, | : : : : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that effective immediately, the firm name for undersigned counsel for Plaintiff iRacing Motorsports Simulations, LLC has changed to Business Litigation Associates, P.C. The address, phone number and fax number remain the same.

DATED: November 3, 2006

Respectfully submitted,
iRacing.com Motorsport Simulations, LLC

By its attorneys,

 /S/  Irwin Schwartz
**BUSINESS LITIGATION ASSOCIATES, P.C.**
Irwin B. Schwartz (#548763)
Michael G. Andrews (#663452)
500 Boylston Street, Suite 1860
Boston, Massachusetts 02116
Telephone: (617) 421-1800
Facsimile:  (617) 421-1810

## **Certificate of Service**

      I, Irwin B. Schwartz, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 3rd day of November, 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.

                                                                 /S/ *Irwin Schwartz*
                                                               Irwin B. Schwartz