UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | X : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | STIPULATED MOTION TO EXTEND TIME TO FILE |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, | : : : | <u>EXPERT REPORTS</u> |
| Defendant. | : X | |

Pursuant to Fed. R. Civ. P. 26(a)(2), plaintiff iRacing.com Motorsport Simulations, LLC ("iRacing") and defendant Tim Robinson ("Robinson") respectfully request that the Court extend the time to which the parties are to file expert reports until July 2, 2007. As grounds for this request, the parties state:

1. The Court, within its discretion, may establish expert discovery deadlines taking into consideration stipulation of the parties. Fed. R. Civ. P. 26(a)(2)(C).

2. The Court previously issued an Order setting the deadline for expert reports "one week after the court's ruling on dispositive motions" and setting the deadline for final expert discovery "seven weeks after the court's ruling on dispositive motions." (Electronic Order, <u>iRacing.com Motorsport Sim., LLC v. Robinson</u>, No. 05-11639 (May 18, 2006) (Gertner, J.)). On May 25, 2007, the Court granted in part and denied in part iRacing's motion for partial summary judgment. (Memo. & Order re: Pl's Mot. for Partial Summ. J., <u>iRacing.com</u>, No. 05-11639 (May 25, 2007)) (the "Order"). The Order significantly reduces the scope of the remaining matters properly subject to expert witnesses' testimony.

3. Under the present schedule, the deadline for filing expert reports is Friday, June 1, 2007, and the close of expert discovery is scheduled for July 13, 2007.

4. iRacing's expert witness, Rance J. DeLong, was traveling from Friday, May 25 through Tuesday, May 29, 2007 and counsel for iRacing has not been able to consult with Mr. DeLong regarding what efforts remain necessary to tailor his report to the factual issues left to be addressed following the Order.

5. Accordingly, the parties respectfully request a thirty day extension of the deadline for expert reports to more precisely focus on the factual matters left unresolved by the Order. The parties do not request an extension of the expert discovery deadline.

DATED: May 30, 2007                    Respectfully submitted,

Tim Robinson                           iRacing.com Motorsport Simulations, LLC

By his attorney,                       By its attorneys,

 /S/  Joseph F. Ryan                    /S/   Michael G. Andrews
Joseph F. Ryan (BBO #435720)           Irwin B. Schwartz (BBO #548763)
Lyne Woodworth & Evarts LLP            Michael G. Andrews (BBO# 663452)
600 Atlantic Avenue                    Business Litigation Associates, P.C.
Boston, Massachusetts 02210            500 Boylston Street, Suite 1860
(617) 523-6655                         Boston, Massachusetts 02116
(617) 248-9877 (fax)                   (617) 421-1800
                                       (617) 421-1810 (fax)