UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : | Civil Action No. |
| | : | |
| Plaintiff, | : | 05-11639 NG |
| | : | |
| v. | : | ASSENTED TO MOTION TO SCHEDULE STATUS CONFERENCE |
| | : | |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, | : | |
| | : | |
| Defendant. | : | |

Plaintiff iRacing.com Motorsport Simulations, LLC, with the assent of defendant Tim Robinson, respectfully requests that the Court schedule a status conference in early October 2007 to allow the parties to attempt to significantly narrow the issues for trial in this matter with the guidance of the Court.

DATED:  June 21, 2007                                         Respectfully submitted,

ASSENTED TO:                                                  iRacing.com Motorsport Simulations, LLC
Tim Robinson

By his attorney,                                              By its attorneys,

 /S/  Joseph F. Ryan                                           /S/   Michael G. Andrews
Joseph F. Ryan (BBO# 435720)                                  Irwin B. Schwartz (BBO# 548763)
Lyne Woodworth & Evarts LLP                                   Michael G. Andrews (BBO# 663452)
600 Atlantic Avenue                                           Business Litigation Associates, P.C.
Boston, Massachusetts 02210                                   500 Boylston Street, Suite 1860
(617) 523-6655                                                Boston, Massachusetts 02116
(617) 248-9877 (fax)                                          (617) 421-1800
                                                              (617) 421-1810 (fax)