UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : | Civil Action No. |
| Plaintiff, | : | 05-11639 NG |
| v. | : | |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, | : | |
| Defendant. | : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the address for undersigned counsel for Plaintiff iRacing.Com Motorsport Simulations, LLC has changed to 225 Franklin Street, 26th Floor, Boston, MA 02110. The telephone and facsimile numbers remain the same.

Dated:  September 7, 2007            Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　 /s/ Michael G. Andrews
　　　　　　　　　　　　　　　　　　　　　Irwin B. Schwartz (BBO # 548763)
　　　　　　　　　　　　　　　　　　　　　Michael G. Andrews (BBO # 663452)
　　　　　　　　　　　　　　　　　　　　　Business Litigation Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　225 Franklin Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　　Phone:  617-421-1800
　　　　　　　　　　　　　　　　　　　　　Fax:  617-421-1810

　　　　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff
　　　　　　　　　　　　　　　　　　　　　iRacing.Com Motorsport
　　　　　　　　　　　　　　　　　　　　　Simulations, LLC

**Certificate of Service**

    I, Michael G. Andrews, attorney for Plaintiff iRacing.com Motorsport Simulations, LLC, hereby certify that on this 7th day of September, 2007, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Joseph F. Ryan, Lyne Woodworth & Evarts LLP, 600 Atlantic Avenue, Boston, MA 02210, counsel for Defendant Tim Robinson.

                                                     /s/ Michael G. Andrews
                                                     Michael G. Andrews