UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | ASSENTED TO MOTION TO RESCHEDULE STATUS CONFERENCE |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, | : : : | |
| Defendant. | : | |

Plaintiff iRacing.com Motorsport Simulations, LLC ("iRacing"), with the assent of Defendant Tim Robinson ("Robinson"), respectfully requests that the Court reschedule the status conference currently scheduled for 11:00 a.m. on September 11, 2007 to a date convenient to the Court in October 2007.[1]  As grounds for this motion, iRacing states:

1. On June 21, 2007, iRacing, with the assent of Robinson, moved to schedule a status conference in October 2007, after the Court advised counsel for iRacing that October was the earliest available time to schedule a status conference.  At that time, counsel for iRacing and Robinson were both fully available in September and October.

2. On August 29, 2007, the Court granted the motion and scheduled the status conference for September 11, 2007, at 11:00 a.m.

3. iRacing's counsel, Irwin B. Schwartz and Michael G. Andrews, are not

---

[1] Counsel for iRacing conferred with counsel for Robinson in attempt to find dates that both parties are available for a rescheduled hearing.  Counsel for Robinson is generally unavailable for the remainder of September, but both parties are available on the following dates: October 1-2, 9-10, 16-19, 22, 24-26, and 29-31.

available to attend the status conference as presently scheduled on September 11, 2007, because both Mr. Schwartz and Mr. Andrews are required to attend a previously-scheduled hearing in the United States District Court in Springfield, Massachusetts at 10:30 a.m. on September 11, 2007.  In addition, on the afternoon of September 11, 2007, Mr. Schwartz and Mr. Andrews are required to attend a previously scheduled hearing in Suffolk County Superior Court at 2:00 p.m.

WHEREFORE, based on the foregoing reasons, iRacing respectfully requests that this Court reschedule the status conference that is currently scheduled for September 11, 2007 at 11:00 a.m. to a date convenient to the Court in October among the dates that counsel for both parties are available as delineated above.

DATED:  September 7, 2007                    Respectfully submitted,

ASSENTED TO:                                 iRacing.com Motorsport Simulations, LLC
Tim Robinson

By his attorney,                             By its attorneys,

 /S/  Joseph F. Ryan                          /S/   Michael G. Andrews
Joseph F. Ryan (BBO# 435720)                 Irwin B. Schwartz (BBO# 548763)
Lyne Woodworth & Evarts LLP                  Michael G. Andrews (BBO# 663452)
600 Atlantic Avenue                          Business Litigation Associates, P.C.
Boston, Massachusetts 02210                  225 Franklin Street, 26th Floor
(617) 523-6655                               Boston, Massachusetts 02110
(617) 248-9877 (fax)                         (617) 421-1800
                                             (617) 421-1810 (fax)