UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

iRACING.COM MOTORSPORT SIMULATIONS  LLC,  )
a Delaware Limited Liability Company, Plaintiff          )
                                                                                        )
                          V.                                                         )          Civil Action No.
                                                                                        )          05-11639 NG
TIM ROBINSON, individually and d/b/a                    )
www.ow-racing.com and www.torn8oalley.com,    )
Defendant                                                                     )
---------------------------------------------------------------------

MOTION TO EXTEND TIME WITHIN WHICH
DEFENDANT MAY RESPOND TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT (ASSENTED TO)

The undersigned counsel moves that the time within which the defendant may respond to Plaintiff's Motion for Summary Judgment, filed December 18, 2007, be extended to and including Monday January 28, 2008.

In support of this motion the undersigned counsel respectfully submits that the disposition of this motion will have serious consequences to defendant, and the additional time is reasonably required to complete analysis of the issues raised by the motion, in view of this Court's prior grant of partial summary judgment, and to confer with the out-of-state client, who in part due to the holidays, has not been available to counsel.

Plaintiff's counsel has assented to this motion.

WHEREFORE the undersigned counsel respectfully requests of the Court that the time within which defendant may respond to Plaintiff's Motion for Summary Judgment be extended to and including Monday, January 28, 2008.

By his attorneys,


Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com