# BUSINESS | LITIGATION | ASSOCIATES PC

MICHAEL G. ANDREWS
mandrews@blapc.net

March 19, 2008

<u>By CM/ECF</u>

The Honorable Judge Nancy Gertner
John Joseph Moakley United States Courthouse
1 Courthouse Way – Courtroom #2 – 3rd Floor
Boston, Massachusetts 02210
(617) 748-9152

    Re:   *iRacing Motorsport Simulations, LLC v. Robinson,*
            No. 05-11639-NG (D. Mass.)

Dear Judge Gertner:

    I represent iRacing Motorsport Simulations, LLC ("iRacing") in the above-captioned action. A bench trial is presently scheduled in this matter for April 8-9, 2008.

    On December 18, 2007, iRacing filed a motion for summary judgment that may significantly limit the issues that need to be addressed at trial in this action. The Defendant Tim Robinson ("Robinson") filed an opposition to this motion on January 28, 2007, and iRacing filed a reply brief on February 12, 2008. The motion is still pending before the Court. Limited additional discovery may also be necessary depending on the Court's ruling on this motion.

    The purpose of this letter is to seek guidance as to whether the Court desires to move forward with the April trial date.

                                                       Very truly yours,

                                                         Michael Andrews

*CC by CM/ECF:*
Joseph F. Ryan
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210