UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iRACING.COM MOTORSPORT SIMULATIONS LLC,  )<br>a Delaware Limited Liability Company, Plaintiff   )<br>                                                                             )<br>                          V.                                                 )<br>                                                                             )<br>TIM ROBINSON, individually and d/b/a               )<br>www.ow-racing.com and www.torn8oalley.com,  )<br>Defendant                                                             )<br>------------------------------------------------------------------- | Civil Action No.<br>05-11639 NG |

NOTICE OF CHANGE OF ADDRESS

To the Clerk:

    PLEASE TAKE NOTICE that the undersigned counsel for defendant Tim Robinson has changed his address to:

        12 Post Office Square
        Boston, MA 02109

    The telephone numbers and email address remain unchanged.

        Joseph F. Ryan BBO# 435720
        Lyne Woodworth & Evarts LLP
        12 Post Office Square
        Boston, MA 02109
        Telephone 617/523-6655
        Telecopy 617/248-9877
        E-mail: JRyan@LWELaw.com

August 20, 2008