UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRACING.COM MOTORSPORT SIMULATIONS, LLC, a Delaware Limited Liability Company, | : : : | Civil Action No. 05-11639 NG |
| Plaintiff, | : : | |
| v. | : : | Motion to Withdraw as Counsel of Record for <u>Plaintiff</u> |
| TIM ROBINSON, individually and d/b/a www.ow-racing.com and www.torn8oalley.com, | : : : | |
| Defendant. | : | |

Lisa Lee Jordan respectfully requests that this Court allow her to withdraw her appearance as counsel of record for Plaintiff iRacing.com MotorSport Simulations, LLC. As grounds for this motion, Lisa Lee Jordan states:

1. On August 20, 2005, the Court granted leave to Lisa Lee Jordan of Petrie Schwartz LLP to appear *pro hac vice* on behalf of Plaintiff.

2. Petrie Schwartz LLP was dissolved effective November 1, 2006 and, at Plaintiff's request, permanently transferred all files related to this case to Irwin B. Schwartz and the law firm of Business Litigation Associates, P.C.

3. Irwin B. Schwartz and Michael G. Andrews also of Business Litigation Associates, P.C. continue to represent iRacing.com Motorsport Simulations.

WHEREFORE, Lisa Lee Jordan respectfully requests that this Court enter its Order allowing her to withdraw as counsel of record for Plaintiff iRacing Motorsport Simulations.

DATED:  January 14, 2009.            Respectfully submitted,


  /s/ Lisa Lee Jordan
Lisa Lee Jordan (*pro hac vice*)
FEATHERSTONE PETRIE DESISTO LLP
600 Seventeenth Street, Suite 2400-S
Denver, Colorado  80202
Telephone:  303-626-7100
Facsimile:  303-626-7128
ljordan@featherstonelaw.com


## CERTIFICATE OF SERVICE

I, Lisa Lee Jordan hereby certify that on this 14th day of January, 2009, I filed the foregoing document with this Court, using the CM/ECF filing system which will send notification of such filing to all counsel of record.


  /s/  Lisa Lee Jordan