# EXHIBIT   1

**From:**      "Stan Allen" <stanallen@optushome.com.au>
**Date:**      Friday, September 12, 2003 6:46 PM
**To:**        "Jan Kohl" <jkohl@nc.rr.com>
**Subject:**   [Fwd: [OfficialPits] *** CLASSIFIED *** NEWS *** CLASSIFIED *** NEWS *** CLASSIFIED ***
               NEWS ***]

-------- Original Message --------
**Subject:**[OfficialPits] *** CLASSIFIED *** NEWS *** CLASSIFIED *** NEWS *** CLASSIFIED
            *** NEWS ***
   **Date:**Thu, 5 Jun 2003 20:02:43 -0400
   **From:**"Jan Kohl" <jkohl@nc.rr.com>
     **To:**<OfficialPits@thenorwaypits.com>


OK, guys, this is PITS INFO ONLY!

Well, on the tail of talking to Papyrus about the tracks, guess who called me?  Jay Taylor called work to tell me
about the Papy patch and some other items, including why he's working on Papy tracks as well...

First off, the patch is a few weeks away for N2003.  It will incorperate substancial changes, to include more qual
time, different physics (more on that in a min), bug fixes, the ***ABILITY TO ADD DIFFERENT SERIES TO
N2003 WITH NEW PHYSICS***, cheat protection for each added series...and so on.

Jay and friends have been working on this:  http://www.projectwildfire.com/pr/  It will be released on the tail of the
patch, and it will be both the BGN and CTS series.

Tools will be distributed from Papyrus, including the "Sandbox" tool.  We will get a copy of the new tools PRIOR to
general release to the public.  This is not 100% sure yet, but it's pretty certain.

Sooooo...on the tail of this, go ahead, Scott and Gilles, with the 3do shapes! :)  The new patch will allow us to
modify physics for our new patches, and they will be allows to run online!!!!!  Jay said nobody is doing a vintage
NASCAR patch yet, so we're first out the door, but apparently they may be working on some sort of full-bodied
road-racing series, so I'd like to be first on that one.

Anyhow, any further questions, post to the list and I'll try to answer.  Don't release any of this info outside of The
Pits!

Cheers!

Jan

--
Stan Allen.
        Member of ThePits Team.
        ThePits  >http://www.theuspits.com<
        StanAllen<stanallen@optushome.com.au>
        ICQ  68372701

# EXHIBIT   2



**Welcome to Project Wildfire!**

home | faq | screenshots | forum

**pwf** navigate

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

**Project Wildfire (PWF) Mission Statement**

Papyrus racing simulations have provided the ultimate sim racing experience both off and online over the past 10 years. Papyrus will no longer be producing racing simulations using the NASCAR Racing platform. However, they provided the sim racing community the ability to modify the simulation having added 3 new physics engines, a track making tool, and initialization files that can be modified in countless ways. Project Wildfire is dedicated to exploiting those capabilities in an effort to provide a very close and passionate sim racing community further and continued enjoyment of the NASCAR Racing Series platform. PWF has a compliment of talented personnel in almost all areas required to further enhance both the on and offline racing experience. We're extremely motivated and dedicated to this effort and see no limits or end in sight in regard to the future of simulation racing using the Papyrus NASCAR Racing platform. While PWF and simulation racing will evolve, the best may well be yet to come.

**Setups**

California, Las Vegas and Rockingham setups are now available. Cup, GNS and CTS race lap replays are included.

Setups page

**Past and Present Setups**

I've downloaded and tried Daytona and Dega setups from both www.teamrcr.com and www.wildassmotorsports created by RCR-Cater and Intimidator_WAM respectively. Both have produced quality setups and I recommend visiting those sites and trying out thier fine work. I won't be posting setups for either of those tracks.

Maybe, I'll go back and work on Vegas and Rockingham this week.

Past Projects file Q/A Section

Project Wildfire :: The Tradition Continues

Martinsville setups are up and I've included replays this time as well as possible tweaks for tuning the setup.

Martinsville Setups

These setups are designed for very experienced drivers and can be found under the setups link to the left or below.

Please post any questions to the setups forum (link at top)

Mansfield Setups

We are pleased to release Mansfield Motorsports Speedway for Nascar Racing 2003 Season. Official patch from Papyrus required.

PWF Open CTS, GNS, and Cup setups can be found under the setups link to the left.

Hope they help...

PWF Texas Open Setups

This week we've included 2 versions of race and qualifying setups for the CTS, GNS, and Cup series. This is a good example of how you can use fairly different methods of tuning the chassis to achieve the same results. Both versions are loose the first few laps so be prepared to use the throttle judiciously on exit.

PWF Bristol Open Setups

## PWF PTA Mod Utility Version 1.2 Released

Danny Willis has added a lit of new features including allowing multiple sound packs, carsets, dashboards, etc...c as well as beefing up the backup and restore functions. Please check the readme.txt file for instructions on how to modify the utility to your personal preference...

The utility is located under the "Tools" link on the left...

PWF PTA Mod Utility 1.2

## Riverside Beta

Riverside Beta is now available on our tracks page. As always this track requires the official patch from papyrus for Nascar Racing 2003 Season.

## Higher Resolution

Due to public demand, we've now posted new models with higher cockpits and views, you can snag them in the Trans-Am section of the site - *a premium based on the Trans Am series* **mod** *is required.*

## PWF Trans Am

Project Wildfire is pleased to announce the release of the Papyrus Trans Am mod.

Please read all the way through the readme file as there is important information pertaining to the installation of the mod and the operation of the PTA Mod Utility.

You can download the mod by using the Trans Am link on the left side of the page.

We've also released Trois Rivieres and it will be available to the public tonight on two servers, PWF and VRW-3

Project Wildfire :: The Tradition Continues

Also look for the Project Wildfire Team on Paltalk tonight under
Sports and Hobbies - Project Wildfire Hangout

R........ 2.7 p...... ..... [V.... ..... f... S... f...
.............. .................. ....... ................. ....

Aspyr Media

Aspyr Media has converted the last patch from Papyrus as well as
the PWF CTS, GNS, & IROC mod's for the Macintosh. They're
located in PWF for Macs on the left.

---

PWF ... Features
.......... .. ... ..... ........ ........ ........ ..... ....

- Models: Chevrolet Corvette, Dodge Viper, Ford Cobra Mustang,
Jaguar XKR

- Vertex Damage and 10 Levels of Detail (LOD) providing excellent
collision representation and graphical detail while maximizing frame
rates.

- Models are scaled so that collision detection is as accurately
portrayed as possible for online multiplayer games. Depending on
latency, there may be slight morphing of one car into another
before physical contact is made.

- Trans Am type physics including different tire & aero models,
weight, horsepower, torque, RPM's, suspension & steering
geometry, and 6 speed gearbox.

- Trans Am cockpits including custom dashboard, gauges, switches,
steering wheel, driver orientation, mirror perspective, chassis/roll
cage, shifter knob, ventilation hoses, and other cockpit items.

- Enhanced windshield reflections of objects in the cockpit.

- Two Selectable cockpits

- Ability to have separate wheel colors per model (Built into each
model's template.)

- Rollbar color is derived from the base template color.

- Wheels and BF Goodrich tires have multiple LOD's to increase framerates and are textured for low, medium, and high speeds.

- Wheels and tires also have enhanced damage, white lettering can be rubbed off and tires look marred.

- Each model now has it's own shiny map. (Allows external light sources to display correctly on each model.)

- Over 20 Trans Am series drivers and teams are represented. Additionally, Project Wildfire fictional and default multiplayer cars are provided.

- External Sound Swapper tool (Allows you to pick Trans Am engine and transmission sounds and starts the sim. Starting the sim without using the Sound Swapper tool will retain the original NASCAR Cup sounds)

- Pace Car: Convertible Camaro

Known Issue: While driving, all cars will appear to be at the correct ride height. However, when viewing the player car from a replay or out of cockpit view, the player car may appear to sit too low.

You can see some of these features in the new PTA movie. See the PWF Movies link on the left.

**Homestead 2003**
We added the high banked version of Homestead

The 2003 high banked version of Homestead is now available on our tracks page. Enjoy.

**IROC Series logos available on this page**
[illegible]
[illegible]

You can find the IROC model in the IROC Series section to the left.

Project Wildfire :: The Tradition Continues

Just wanted to point out that the templates posted on this site work with Paintshop Pro version 7.02 and up. If you are using 7 please update and you should be all clear. Also, the fonts being used are Arial Black for the numbers and Futura MD BT for the names on the side. You can find that font here.

http://www.fontesgratis.com.br/f_6.htm

Sorry for the confusion.

## PSP IROC TEMPLATES NOW POSTED
[illegible subheading]

We have posted a PSP compatible template on the site in both the IROC section and the templates section. If you are having trouble reading the temp in the export folder please use this one. Alot of features were left out due to PSP's way of reading photoshop files but as none of us use PSP its the best we can do. Sorry.

## IROC MOD RELEASED
[illegible subheading]

The IROC mod for Nascar Racing 2003 is now available on the IROC Series page.

## MOSPORT INTERNATIONAL RACEWAY
[illegible subheading]

We are happy to release Mosport International Raceway for Nascar Racing 2003 Season. Head over to our tracks page to grab it.

## BOWMAN GRAY RELEASED
[illegible subheading]

Bowman Gray now available on our tracks page. There are AI issues so please check out the readme for details.

## MILWAUKEE MILE RELEASED
[illegible subheading]

We are now releasing our newest track, the Milwaukee Mile. Like the rest of our tracks, it requires the official patch from Papyrus to

work. Head over to our tracks page to download it. Enjoy.

**3rd BETA released**

We have just posted our 3rd BETA roadcourse for the TA series.
Head over to our tracks page to grab it. As will all our tracks it
requires the official patch from papyrus.

**Road BETA track release**

Here is our second beta road course for the Trans Am series. This
track is a beta and many features, and graphics are not final. The
official patch from papyrus for Nascar Racing 2003 Season is
required for this track to work correctly.

**I 70 Speedway**

We are happy to bring you I 70 Speedway for Nascar Racing 2003
Season. This track requires the official patch from Papyrus. Head
over to our tracks page to grab this one.

**Kyalami beta released**

We are releasing Kyalami as an unsupported beta for people who
want to try the TA mod at some roadcourses. We will have a final
finished version done around the time of the TA mods release. This
track requires the 1.2.0.1 patch for Nascar Racing 2003 season. Its
available on our tracks page.

**Craftsman Truck Models released**

PWF's Craftsman Truck models for 3DSmax 4 and up are now
available in the Templates section.

**New release**

Project Wildfire is happy to bring you the long awaited Craftsman Truck mod for Nascar Racing 2003 Season. In order for this mod to work you need to already have the 1.2.0.1 patch from papyrus installed. Also if you are installing both the GNS and CTS mods, make sure that you install the CTS mod AFTER the GNS mod. Head over to our CTS page to grab the mod in a choice of 512 ( normal res) or the Hi Res 1024 version.

### Mesa Marin Raceway released

We have just posted Mesa Marin Raceway for Nascar 2003 season. Head over to our tracks page to download it, and all of our other tracks.

### Sandbox Updated

Sandbox has been updated. Grab it now in the Tools section

OpenGL renderer to fix a crashing bug at some tracks, removed registry keys required to edit.

### Final Templates posted for the site.

For all you painters out there, you can now get back to work on pre-release templates. These have various updates from the originals posted and should be the final versions. Grab them in the templates section of the site. Enjoy.

### Nashville Fairgrounds Speedway released

We are happy to be releasing the Nashville Fairgrounds tracks for N2k3. Head on over to our tracks page to grab the track.

### Sandbox 1 - New Release

Sandbox, the Track Editor for Nascar Racing 2003, can now be downloaded in the Tools section. Enjoy!

SPEED3 IS (NSUPPORTED BY FLE US RACING CAMES,
WITENDED TO WEED WITH GAMES, OR MEDIO CREATE, DO NOT
CONTACT THEM FOR TECH. CALL SUPPORT CONCERNING THE
USE OF SPEED3.

**Thompson Speedway released**
posted by ail initia on HFP, AUG 1 2003

Thompson Speedway is now available. Check it and our other tracks
out on the Tracks page.

**Expert Setups Released**
posted by Tim Spaeth at fri Auc 1 AUGUST 2003

The Expert setups are designed for the experienced racer and
should be a good baseline for open setups but stable enough for
more advanced leagues to use.

All of the setups were created when it was 70 degrees, clear and no
wind.

For any issues or comments please use the setup forum (forum link
above)

**IRP released**
posted by Tim Spaeth at Sun Aug 3 AUGUST 2003

We are pleased to be releasing IRP to the public. Please check our
track section for it. Visit our forums for help or to discuss this and
any of our mods.

**Beta TA installer released**
posted by Tim Spaeth at Mon 4 AUGUST 2003

The beta installer of our TA mod is now available on the Trans-Am
page. This will only unlock the physics for the Trans-Am series.
There are no new car models or tracks included with this beta.
Please visit our forums if you have problems or questions regarding
the beta TA installer.

Project Wildfire :: The Tradition Continues

Project Wildfire's new Home

Welcome to the new home of Project Wildfire. We've put this site together fairly quickly so it's not completely functional but the important stuff is available, the latest downloads. This includes a patch for those users who are having problems with the GNS mod crashing due to an issue with volumetric shadows and the pace car.

More exciting news: We've released the first of many tracks, Evergreen Speedway. You'll now start to see tracks released on a more consistant basis.

We know that some of you have figured out how to unleash the PTA physics but we're still going to release an installer that unlocks the physics so you can start playing with them. This is basically a no frills install but we're working hard to bring you a full blown mod in the near future.

The engines are revving and the trucks are almost upon us.

Last but certainly not least, a hardy Thankyou to OnlineRacin.com for hosting us and the tremendous support we've recieved getting things ready in such a short amount of time.

http://web.archive.org/web/20040604052202/www.onlineracin.com/pwf/download.asp?cid=8

## pwf downloads

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

Welcome to Project Wildfire!

home | faq | screenshots | forum

### PWF Mod Utility Version 1.1

Please be sure to check the readme for a list of new features. There are a lot of them :)

Updated 3/21/03 to correct install error

**File Size: 0.54 mb**

## Download Sites

**Onlineracin.com** - Raleigh, NC (USA)

Downloads: 6479

[ ] download from this location

### Sandbox Track Editor for 3ds max 2003

Installed 3/15/03. Updated MentalGl renderer to fix a crashing bug at some tracks, removed register items required to edit.

Now you get to play in the sandbox :)

Also included in the Sandbox package is make3do.exe for creating track side objects (with it's 3dsmax2.5 plugin), makemip, makestp, mklib, mkstalls and view3d

File Size 1.09 mb

Download Site:

**Onlineracin.com** - Raleigh, NC (USA)

Downloads: 1505

[ ] download from this location

Welcome to Project Wildfire!

home | faq | screenshots | forum

**[::Download::]**

o Truck Series [x]

o GM Series [x]

o Cup Series [x]

o Trans-Am [x]

o IROC Series [x]

o Tracks [x]

o Setups [x]

o Tools [x]

o Templates [x]

o Wallpaper [x]

o PWF Logos [x]

o PWF Movies [x]

o PWF for Macs [x]

---

**IROC Flags** [ ]

Included are all the textures you need to render this model in 3d Studio Max 4.2 and up. Also included are the 3ds files for the model. Do not post these files in whole or part without permission from ProjectWildfire.

File Size 0.84 mb

Download Sites

Omnidreads.com - Raleigh, NC (USA)    [x] download from this location

---

**IROC Mod Fix** [x]

Fixes one of those last minute bugs that crept into the IROC mod - The undamaged model's nose very weird warpage. =( Sorry about that!

File Size 0.87 mb

Download Sites

Omnidreads.com - Raleigh, NC (USA)    [x] download from this location

---

**IROC Disc Pack** [x]

1024x1024 Textures - Recommended for users with 64meg or greater video cards. This version will not cause loss of FPS but may drop MIPS causing things to look fuzzy when using less than a 64meg video card.

A Few of the Features:
- Realistic Paint Schemes for 12 drivers and teams for the IROC 2003 season have been included.

- 3D crowds have been added to the 4 tracks of the 2003 IROC season along with numerous texture enhancements.

- The Dashboard has been modified and has a similar layout to those found in the IROC Series using 3d guages.

- IROC setups have been included for both simulation as well as arcade mode.

- The IROC setups are based on the GNS Physics. The IROC setups included have been designed to provide a unique 'softer' and less powerful feel. The setups are also balanced in accordance with the AI.

- Papyrus Trans Am fast setups have been included for both simulation and arcade mode.

- The track.ini files include the appropriate information needed to run the PTA physics and have play balanced AI.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

**File Size: 26.76 mb**

Download Sites

**Onlineracin.com** - Raleigh, NC (USA)
[x] download from this location
Download(s): 21057

---

IROC Download Mod | [...]



All the features of the 1024x1024 IROC series mod, but with lower resolution textures for users with 32meg or less video cards.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

**File Size: 21.99 mb**
Download(s): 6907

Download Sites

**Onlineracin.com** - Raleigh, NC (USA)
[x] download from this location

---

IROC Template | [...]

This template will open up in Paintshop Pro7.02 and up. Some features were disabled due to the

http://web.archive.org/web/20040420055715/www.onlineracin.com/pwf/download.asp?ctid=9

1/23/2009

Project Wildfire :: The Tradition Continues

way it reads Photoshop files. Since none of us use PaintShop Pro, this is all we will be doing.

For those of you using Photoshop, please use the template that was placed in your export folder as it has features not present in this template.

The font used for the text is Arial Black. Should be a standard font on most PC's.

File Size: 1.30 mb                                        Interface: 3607

Download Sites

Onlineracin.com - Raleigh, NC (USA)          [x]  download from this location



Welcome to Project Wildfire!

home | faq | screenshots | forum

**Transam Series Altered Cockpit View**

Due to public demand, Here's altered cockpit models with a higher point of view for Project Wildfire's Trans-Am Series for Nascar Racing 2003.

This requires a previous install of the Trans Am series mod

File Size: 16.91 mb

Downloads: 11135

**Download Site:**

...... - Raleigh, NC (USA)

[x] download from this location

**Project Wildfire - Trans-Am Series "Big" Pack Mod** ...

1024x1024 Textures - Recommended for users with 64meg or greater video cards. This version will not cause loss of FPS but may drop MIPS causing things to look fuzzy when using less than a 64meg video card.

The 1.2.0.1 Patch from Papyrus is required before installing this Mod.

File Size: 53.60 mb

Downloads: 22906

**Download Site:**

...... - Raleigh, NC (USA)

[x] download from this location

Project Wildfire - Trans-Am Series "Low Resolution"

**pwf downloads**

- ○ Truck Series
- ○ GN Series
- ○ Cup Series
- ○ Trans-Am
- ○ IROC Series
- ○ Tracks
- ○ Setups
- ○ Tools
- ○ Templates
- ○ Wallpaper
- ○ PWF Logos
- ○ PWF Movies
- ○ PWF for Macs

Project Wildfire :: The Tradition Continues

512x512 Textures - Recommended for users with 32meg or less video cards.

The 1.2.0.1 Patch from Papyrus is required before installing this Mod.

Fil+ Size: 44.39 mb

Downloaded: 5578

**Download Sites**

onlineracin.com - Raleigh, NC (USA)

download from this location



Welcome to Project Wildfire!

home | faq | screenshots | forum

New file bannering read update! | update or update to read of couldn't fix

This adds donuts and paint scrapes as well as new 3D wheels to the Cup Series model.

This update requires the 1.1.0.2 patch from Papyrus to be installed.

File Size: 4.57 mb

Download: 31544

Download Sites

Commercialonline, Raleigh, NC (USA)

download from this location

**PWF Commands**

○ Truck Series
○ GN Series
○ Cup Series
○ Trans-Am
○ IROC Series
○ Tracks
○ Setups
○ Tools
○ Templates
○ Wallpaper
○ PWF Logos
○ PWF Movies
○ PWF for Macs

Project Wildfire :: The Tradition Continues

Project Wildfire :: The Tradition Continues



Welcome to Project Wildfire!

home | faq | screenshots | forum

**pwf downloads**

- ○ Truck Series
- ○ GN Series
- ○ Cup Series
- ○ Trans-Am
- ○ IROC Series
- ○ Tracks
- ○ Setups
- ○ Tools
- ○ Templates
- ○ Wallpaper
- ○ PWF Logos
- ○ PWF Movies
- ○ PWF for Macs

**Grand National Series Mod v1.0.2**

1024x1024 Textures - Recommended for users with 64meg or greater video cards. This version will not cause loss of FPS but may drop MIPS causing things to look fuzzy when using less than a 64meg video card.

Also includes shadow volume fix.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

File Size: 35.58 mb       Downloads: 45746

**Download Sites**

Onlineracin.com - Raleigh, NC (USA)       [×] download from this location

**Grand National Series Mod v1.0.2**

512x512 Textures - Recommended for users with 32meg or less video cards.

Includes Shadow Volumes fix.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

File Size: 27.66 mb       Downloads: 12676

**Download Sites**

Onlineracin.com - Raleigh, NC (USA)       [×] download from this location

**Crash to Desktop & Shadow Patch**

Download this patch to fix Crash to Desktop when going to race session and shadow

http://web.archive.org/web/20040608320223/www.onlineriacin.com/pwf/download.asp?cid=1

Project Wildfire :: The Tradition Continues



volumes are enabled.

This GNS patch is only required if you installed the GNS mod the week of 8/11/2003

This patch is not the same as the Papyrus 1.1.0.2 patch.

File Size: 0.42 mb

Downloads: 10357

Download Sites

Online ra In.com - Raleigh, NC (USA)

download from this location

Project Wildfire :: The Tradition Continues

http://web.archive.org/web/20040609052155/www.onlineracin.com/pwf/download.asp?cid=4

1/23/2009

pwf downloads

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

Welcome to Project Wildfire!

home | ... | ... | forum

Mansfield Motorsports Speedway ... Nascar Racing 2003 Season

Here is Mansfield Speedway for Nascar Racing 2003 Season. This track requires the official patch from Papyrus.

If you experience "blinking" of track side objects, unzip this zip file to your Nascar2003 \tracks\mansfield_pwf directory

File Size: 7.67 mb

Downloads: 10993

Download Site:

onlineracin.com - Raleigh, NC (USA)

download from this location

Here is Riverside for Nascar Racing 2003 season. It requires the official patch from papyrus.

File Size: 8.14 mb

Downloads: 3358

Download Site:

onlineracin.com - Raleigh, NC (USA)

download from this location

Trois Rivieres

Trois Rivieres for Nascar Racing 2003. This track requires the offical patch from papyrus for Nascar Racing 2003 season.

File Size: 11.09 mb

Downloads: 18182

Download Site:

**Onlineracin.com - Raleigh, NC (USA)**

☒ download from this location

☒ [Homestead 2003 ...]
The new high banked Homestead 2003 version track for Nascar Racing 2003 season. This track requires the official patch from papyrus.

File Size: 9.82 mb

Downloads: 23551

**Download Sites**

**Onlineracin.com - Raleigh, NC (USA)**

☒ download from this location

☒ [Mosport International Raceway ...]
Mosport International Raceway for Nascar Racing 2003 Season. The track requires the official patch from Papyrus to work.

File Size: 9.03 mb

Downloads: 26474

**Download Sites**

**Onlineracin.com - Raleigh, NC (USA)**

☒ download from this location

☒ [Bowman Gray ...]
Bowman Gray for Nascar Racing 2003 Season. This track requires the official patch from papyrus. There are several AI issues, please check the readme for details.

File Size: 6.59 mb

Downloads: 19641

**Download Sites**

**Onlineracin.com - Raleigh, NC (USA)**

☒ download from this location

☒ [The Milwaukee Mile ...]
We are proud to bring you the Legendary Milwaukee Mile for Nascar Racing 2003 Season. This track requires the official patch for N2k3 from Papyrus to work.

File Size: 9.29 mb

**Download Sites**

Onlineracin.com - Raleigh, NC (USA)    [x] download from this location    Downloads: 27036

Silverstone BETA   release available since 2003-04-15.

Here is out 3rd Beta track for the Trans Am series. It is not a finished product and many things may change before its official release for our upcomming Trans Am mod. The track requires the official patch for Nascar Racing 2003 Season from papyrus.

File Size: 8.22 mb

**Download Sites**

Onlineracin.com - Raleigh, NC (USA)    [x] download from this location    Downloads: 15495

I-70 Speedway   release available since 2003-03-25.

[x]   We are happy to bring you I 70 Speedway for Nascar Racing 2003 Season. This track requires the official patch from Papyrus.

File Size: 8.17 mb

**Download Sites**

Onlineracin.com - Raleigh, NC (USA)    [x] download from this location    Downloads: 26698

Kyalami Beta   release available since 2003-03-05.

We are releasing Kyalami as an unsupported beta for people who want to try the TA mod at some roadcourses. We will have a final finished version done around the time of the TA mods release. This track requires the 1.2.0.1 patch for Nascar Racing 2003 season.

File Size: 7.27 mb

**Download Sites**

Onlineracin.com - Raleigh, NC (USA)    Downloads: 17344

[ x ]  download from this location

This track is a beta release, and requires the official patch for Nascar Racing 2003 Season from papyrus to work correctly.

**File Size: 5.86 mb**

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          Downloads: 14991          [ x ] download from this location

---

**Mesa Marin Raceway** [ ... ... ... ... ... ... ... ... ]

Mesa Marin Raceway for Nascar Racing 2003 season. This track requires the patch for NR2003 be installed first in order for it to work.

**File Size: 9.31 mb**          Downloads: 27267

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          [ x ] download from this location

---

**Nashville Fairgrounds** [ ... ... ... ... ... ... ... ... ]

This the the Nashville Fairgrounds speedway track for Nascar Racing 2003 season.

**File Size: 9.03 mb**          Downloads: 39815

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          [ x ] download from this location

---

**Thompson Speedway** [ ... ... ... ... ... ... ... ... ]

[ x ]  Thompson Speedway for Nascar Racing 2003.

To install/run this track, you must first install the Papyrus 1.1.0.2( or newer) patch.

Project Wildfire :: The Tradition Continues

**File Size:** 5.83 mb

[x] download :: 25384

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)

[x] download from this location

**Indianapolis Raceway Park** :: Nascar Racing 2003

[x]

Indianapolis Raceway Park for Nascar Racing 2003.

To install/run this track, you must first install the Papyrus 1.1.0.2 patch.

**File Size:** 7.35 mb

[x] downloads: 29181

**Download Site**

**Onlineracin.com** - Raleigh, NC (USA)

[x] download from this location

**Project Speedway** :: Nascar Racing 2003

[x]

Our first track release. We hope you enjoy it. There are many more to come.

To install/run this track, you must first install the Papyrus 1.1.0.2 patch.

**File Size:** 7.12 mb

[x] downloads: 27031

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)

[x] download from this location

# EXHIBIT   3



THE TRADITION WILL CONTINUE

home | forum

Welcome to Project Wildfire!

## Project Wildfire (PWF) Press Release

Project Wildfire, the internet based creator of many popular NR2003 modifications, is pleased to announce that we have been signed on to help in the creation of a retail racing product.   We will begin work on an exciting new racing experience immediately.   We are very proud of what we have achieved and are equally thrilled that a development studio has recognized our talents.   We look forward to discussing our future plans with you, and when the time is right we will provide you with additional details.

Our site will remain active and our forums will remain up. However, we will be removing all downloadable content from our site.

Thanks for making this a very enjoyable experience for us all. The tradition will continue...

-The Project Wildfire Staff

# EXHIBIT   4



The Service   Technology   Cars & Tracks   Latest News   Testimonials   Partners   Contact   Membership



F        A        Q



**Company Overview**



**Contact**



**Register for Updates**



**FAQ**



Select a Question

**I am interested. How do I do get involved?**
Register for updates on the iRacing.com Web site. We will invite you to subscribe and participate as we expand the service. Shortly the service will be available to everyone and at that point you can click on the "Subscribe" button and follow the directions to join.

**Is this a game?**
No, iRacing.com is not a video game. It is a subscription-based simulation service for real-world racers and racing enthusiasts, as well as a platform for a new branch of global motorsport - known as internet racing - which is the sport of real-time, online racing.

**Where do I buy it?**
iRacing.com Motorsport Simulations is only available at www.iracing.com.

**What do I need to get started?**
A relatively current home PC, broadband Internet connection, and basic steering wheel and pedals (computer version, not out of a friend's car), which can be purchased from any major electronics retailer, is all you need. iRacing.com provides information for recommended computer setups as well as links to purchase wheels and pedals. Full instructions are provided on the iRacing.com member site to help you configure your computer and controls and get started driving.

**How expensive will this be?**
A basic subscription for one year is $13/mo. ($156), which comes with a variety of content -- two cars with two specifications each and seven tracks with 15 different configurations -- to get you started. It also includes $60 of iRacing Credit that can be used for additional cars and tracks, which are between $15 and $25 each. Volume discounts are also available: 10% for any three pieces of content purchased at the same time and 20% for any six pieces of content purchased at the same time.

**What forms of payments does iRacing accept?**
Payment options include Mastercard, Visa, Discover and American Express debit or credit cards. Other alternatives are prepaid bank debit/credit cards. Paypal will be accepted in the near future.

**What kind of computer will I need?**
In general, the simulation is designed to work on most home PCs currently available in stores. You may also choose to upgrade to a mid-range, dedicated 3D video card.
The minimum specs for a PC are:

**System Requirements**
- Windows XP or Windows Vista
- Hyperthreaded Intel CPU, AMD Athlon 64 CPU, or any dual-core CPU
- 128MB Pixel Shader 2.0 (ATI 9700Pro or nVidia 6600 or better); 256 MB Pixel Shader 3.0 (ATI X1800 or nVidia 6800 GT/GS or better recommended) graphics adapter
- 1 GB system RAM
- 3Gb free hard disk space
- Steering wheel and pedals required
- Microphone optional, required for voice chat

**Internet Browser Requirements**
- Firefox 1.5, Internet Explorer 6, or newer
- Javascript enabled
- Cookies enabled
- Flash Player

**Internet Connection Speed**
- 56K dial-up at a minimum, Broadband (DSL or Cable) highly recommended. Satellite broadband excluded.

**Will the iRacing.com simulation work on an Apple Mac?**
The simulation will not work on the Mac Operating system, but it will run on a Mac that has Windows XP or Vista natively installed, provided the Mac hardware meets the simulation's minimum requirements.

**Will the iRacing.com simulation work with Linux?**
Not at this time.

**When/how often will you provide updates?**
New partner announcements, feature updates, updates on track and car development, as well as other news will be posted frequently on both the public site and member site. Although frequency will vary, we expect to have updates at least twice each month.

**How do cars/tracks get chosen?**
Cars and tracks are added through partnerships between iRacing.com and other entities within the motorsport industry. They are selected to enhance the breadth and depth of our offering, covering multiple ladders of advancement based on the various disciplines within the sport (e.g., road racing, oval-track racing, stockcars, formula cars, sports cars and sedans). For more information about partnerships with iRacing.com, please contact Steve Myers.

**Will you sponsor my racing/driving efforts?**
While we encourage everyone in their on-track endeavors, we are not offering any sponsorship at this time.

**Will I be able to drive all of the cars and tracks offered by iRacing.com?**
Yes. Just as in real-world racing, iRacing.com features talent ladders that drivers can climb, based on their experience, the skills they have acquired and their record of on-track safety. iRacing.com also offers you the opportunity to drive cars and tracks you would never have access to in the real world. And while for organized competition drivers need to progress through increasingly demanding license levels, all members have access to unlimited test sessions with any content, cars or tracks, that they've purchased.

**Will iRacing.com support private leagues, allowing groups of friends to run invitation-only races?**
One of our highest priorities is to develop ways to fulfill requests for individual races and leagues.

**Will iRacing.com have racing clubs and competition among clubs?**
Yes, iRacing.com will be starting out with 10 different geographically based clubs, which will add a team element to competition. With many different ways for members to contribute to their club's success, the clubs will provide everyone an opportunity to get involved in the community, regardless of their skill level or particular area of interest.

**How did the relationship between John Henry and Dave Kaemmer come about?**
John got into simracing back in 1990, when he bought Dave's first title, "Indianapolis 500, The Simulation," and a set of controls for his PC. He loved road racing and spent a lot of time with Geoff Crammond's "Grand Prix," getting progressively more involved with the sport over the years. After he bought the Red Sox in 2002, John remembered hearing that Papyrus was located in the Boston area, so he stopped in to introduce himself to Dave, and while he was there the team showed him an early version of NASCAR Racing: 2003 Season. John had so much fun driving it that he decided to form a league and eventually 50 or 60 of his friends were racing in it. That was the genesis of iRacing. Dave and John both shared a passion for simracing - what it was and what they both thought it could be.

**Will development of iRacing continue beyond your public launch?**
Yes, as a subscription-based service with digital distribution, iRacing - including the simulation software and the member website - will be continually expanded and enhanced. We'll add content, features and functionality regularly, and, of course, the community will grow and evolve.

**Will iRacing feature only licensed products?**
Yes, all of our cars and tracks are officially licensed. Authenticity and realism are our touchstones, so fantasy properties wouldn't really fit. And we respect the right of manufacturers, constructors and track owners to control what's theirs: their names, logos, likenesses and reputations. We will never model anything without the owner's permission to do so. That said, all of our licenses are non-exclusive, leaving our partners free to do business with anyone they choose. Locking up properties doesn't serve our interest, that of our partners or internet racing in general.

**Will there be any place for modders, league admins, etc. in the future of iRacing?**
Our service is highly integrated; it's the only way we know that we can ensure the kind of seamless, user-friendly, high-quality experience that we believe is necessary to expand the simracing community beyond its current boundaries. But we will address our customers' desires for individualization. From the start, they'll be able to paint their cars and customize their driving suits and helmets, and we're looking into ways to support leagues and pick-up races within the iRacing structure. If by "modders" you mean people who create their own cars and tracks, at this point we don't have a way for them to build content that would work within our simulation. We understand that to some members of the simracing community modding is as important - if not more so - as the actual racing. We're glad that the community is broad

enough to support that approach as well as ours.

**What is FIRST versus iRacing?**
iRacing.com Motorsport Simulations, LLC is the name of the company; iRacing (or
iRacing.com) is the name of our online simulation service, and FIRST is the sanctioning body
that presides over all internet racing at iRacing.com. In much the same way that the
International Motor Sports Association (IMSA) oversees the American Le Mans Series, FIRST
will manage all sporting aspects of iRacing.com. The objective of FIRST is to create a fair,
rewarding and competitive environment for all iRacing members.

**Is iRacing solely an online simulation, or can it be driven offline?**
iRacing is an online-only simulation service and an internet racing community. That said, our
members will have virtually unlimited opportunities to test - any car on any track.

**Will there be new, licensed cars in the future?**
Yes, as we go forward there will be a great deal more content. We've licensed more than 60
tracks; with the painstaking way we build them, that's going to keep us busy for awhile. But
we're already talking to other tracks about licenses. So far our focus has been on North
America, but we expect significant international expansion in the next several months. And
we're in licensing discussions for a number of other cars and will begin announcing some of
them in the near future.

**Will iRacing accept requests for new cars and tracks?**
One of the advantages of being a community is that we develop a regular dialog and a
relationship with our members. So long as we're able to secure the appropriate licenses, we'll
deliver what our customers tell us they want.

**Can members re-sell content licenses (cars and tracks) when they are done with them?**
We have no plans to create a secondary market in "used" cars, and we're not looking to create
a virtual economy inside the community. Your car won't wear out. And while it may get
damaged in a wreck, all that means is it won't drive right - or at all, depending on how hard you
crashed. But in the next session your car will be good as new, and you won't have had to "pay"
for the repairs.

**Is there any guarantee that iRacing will continue to develop and support this product into the
future?**
There are no guarantees, but we are in this for the long haul. Dave Kaemmer has dedicated 20
years, basically his entire professional career, to making the most authentic simulations
possible, and the core of our company is made up of people who have worked with Dave for
much of that time. John Henry, meanwhile, is absolutely passionate about internet racing and is
motivated by his desire to build a community where racers can get together, compete and
share their common bond, which is a love of motorsport.

**Is there any content that we are allowed to mod?**
No. As clearly stated in the End User License Agreement, iRacing.com content cannot be
modded. To even attempt to do so is a direct violation of the agreement. Again, the content
can only be used by registered members within the iRacing service.

**Do I "own" the content (cars and tracks) I have purchased?**
No. You have purchased a license for use of the content on your personal computer, and then
only per the Terms of Use and End User License Agreement. Once you purchase the license
for the content, we anticipate that it will be in service for many years in the simulation.

**Will I ever lose use of the content/property that I have purchased licenses for?**
As iRacing officially licenses all of the content in the sim, there is a chance iRacing could lose a
license to distribute a certain piece of content or property. That means you will still have
access to that content but iRacing will no longer be able to sell it to new members or to
actively market it. Because of that, a property could conceivably get phased out of active
racing, although you would still be able to test and time trial with that property. Please also
keep in mind that all of the iRacing licenses are long-term in nature or are "in-perpetuity." We
hope never to lose a property, but it is possible.

**Is there a minimum guarantee that the content will be available for racing for a certain amount
of time?**
We currently have no plans to do that. However, if we have to completely rescan and
reproduce a track because it has changed dramatically we do reserve that right. You currently
get normal updates for your tracks and cars for free.

**Would iRacing ever want to charge me again for a property I already purchased?**
Normally, you will never be subject to additional charges once you've purchased a piece of
content, including for the normal revisions to tracks and cars as their physical-world
counterparts change. The only scenario in which we anticipate the possibility of additional
charges would be if a race track has been so substantially changed that the facility must be
entirely or almost entirely re-scanned and our model of it reconstructed.

**Can I send suggestions and feedback to iRacing about the product and service?**
Yes, you can send feedback on the product and service from the Support Section of our
member site. We view this as simple feedback. We appreciate the time and energy people put
into this feedback to improve the service. Please understand that any ideas you suggest might
already be under consideration and that any feedback or suggestions offered will be deemed
to be unsolicited and voluntary and that no consideration will be given for such feedback or
suggestions.

**Can I copy iRacing content off the iRacing websites or materials and use for other purposes?**
iRacing.com's images, marks or trademarks may only be used for any purpose with written
permission from an authorized iRacing employee.

**If I purchase a membership, how many people can use it?**
Just you; it is a single-user license.

**Can I download iRacing onto a second computer if I am a member?**
Yes. Each license is a single-user license, but if you have other computers that you personally
use for conveniences sake to log onto the iRacing.com service, you are permitted to download
and install the service on additional computers for your personal use as a member of iRacing.
e.g., you may have one computer at home and a second computer that you use for travel, at
work or a second residence.

**What if I buy a new computer? Do I need to inform iRacing?**
No. You may download and install all of the iRacing software for which you are licensed onto
your new computer at no additional charge.

**I am familiar with NASCAR Racing: 2003, is this a mod of NASCAR Racing: 2003 Season?**
No. We used the NR2003 code as a starting point, taking advantage of its greatest strengths,
such as the net code, which allows full fields of drivers to race online in real time, and the
replay system, which enables drivers to review their on-track performance. But every major
section of the code has been substantially improved for the iRacing.com simulation, and large
portions are all new.

**Do you sell or support the NASCAR Racing: 2003 simulation?**
No. While we own the NASCAR Racing: 2003 engine, neither we nor any other commercial
entity has a legal right to distribute or derive profit from NR2003. After the license that Vivendi
(the publisher that owned NASCAR Racing: 2003 before we purchased the rights) had to use
the trademarks involved in NR2003 expired in 2004, any remaining copies had to be removed
from shelves.

Home | Privacy Policy | Site Map | FAQ | Gear Store | System Requirements | Member Site

Copyright 2008, iRacing.com Motorsport Simulations



# EXHIBIT   5



**Manage risk, cut costs, deliver value**

Read the new Economist Intelligence Report on Information Governance


**EMC²** where information lives·

Xconomy National | About | Contact Us | Archives | Advertise | Reprints | E-mail · RSS    Xconomy Network: Select City

# Xconomy Boston
Business + Technology in the Exponential Economy

Boston Home    Local Events    Blogroll    Resources    Jobs    Xconomists        SEARCH

SOFTWARE, STARTUPS, SIMULATION

## Red Sox Owner's Simulation Startup, iRacing.com, Waves the Green Flag
Wade Roush 8/28/08



In Boston and Seattle, the professional sports teams aren't just for entertainment—they're managed by some of the biggest movers and shakers in the two regions' high-tech economies. In the Seattle area, the Seahawks and the Portland Trail Blazers are part of Vulcan Inc., owned by Microsoft co-founder Paul Allen. The Kraft Group, owner of the New England Patriots, has built one of the NFL's most advanced websites and has spun off a startup, Matchmine, that's doing pathbreaking work in the area of online content and shopping recommendations. Many of the Banner 17, the group of financiers that owns the Boston Celtics, are partners at Boston-area venture capital and private equity firms. Over at the Red Sox, pitcher Curt Schilling is the founder of 38 Studios, which is building a massively multiplayer online (MMO) adventure game set to debut in 2011.

And now you can add one more connection between the sports and high-tech worlds. Yesterday marked the public debut of iRacing.com, an Internet-based auto racing simulation system created by John Henry, principal owner of the Red Sox and co-owner of Roush (no relation to me) Fenway Racing, and Dave Kaemmer, co-founder of Papyrus Design Group, which developed several of the best known PC racing games, including *NASCAR Racing: 2003 Season* and *Grand Prix Legends*. (In 1995 Papyrus became part of Sierra Entertainment, which was long headquartered in Bellevue, WA.)

### Related Posts

- The Parking Spot Wars
- 38 Studios to Boston Game Developers: Munch on This
- Test Driving the Tesla Roadster, and Glimpsing the Future of Electric Cars
- Local Motors Tackles Carbon Crisis with Lightweight, Crowdsourced Cars
- No More Lost Tools: Ford and ThingMagic Team Up on RFID Tracking System for Truck Beds

The Bedford, MA, company has been working on its simulation—which combines PC-based software with a subscription-based Internet service that allows participants to race against each other—since 2004. The company has a staff of 42, half in Bedford and half (primarily digital artists and software engineers) working remotely, according to Scott McKee, iRacing's vice president of marketing. If you're familiar with the way most big commercial videogames are developed these days, you'll realize that 42 is a tiny number; major console and PC games like 2K Boston's *Bioshock* or Electronic Arts' *Spore* (which comes out September 7) involve hundreds of developers and artists and have Hollywood-scale production and marketing budgets.



But iRacing goes out of its way to explain that its simulation system is not a game, and isn't being produced or marketed like one. "I wouldn't go so far as to say that 'game' is a four-letter word to us, but we don't think of ourselves as a game company," says McKee. "What we offer is really the world's most sophisticated commercially available racing simulation, conceived and designed with a very discriminating customer in mind—professional racers. We want to create a software package that will help them learn new tracks, hone their skills, or knock off the rust if they've been out of the car for a while. It's really a driver development tool."

McKee says he used iRacing to learn his way around Virginia International Raceway—one of two dozen tracks currently available in the simulation—before going there to participate in an amateur race. "I'd never driven the track before," McKee says. "I spent about half an hour a day for three weeks driving the sim in a comparable car, and when I got there I was immediately up to speed." So to speak.

Of course, you don't have to be a real-world racer to use iRacing.com. On Tuesday, after a month of beta testing and two months in invitation-only mode, the company opened its simulations to anyone 13 or over who has a credit card, a Windows PC (sorry, Mac users), a broadband Internet connection, and a wheel-and-pedal set. (These PC accessories are available from joystick and mouse manufacturers such as Logitech and Microsoft.) Subscriptions cost ...NEXT PAGE »

*Wade Roush is Xconomy's chief correspondent. You can e-mail him at wroush@xconomy.com or call (617) 252-7323.*

Comments (8) | Permalink | Share | E-mail

PAGE: 1 2 ❯

---

UNDERWRITERS AND PARTNERS

Visit a city in our network or go to Xconomy National for network highlights



 JONES LANG LASALLE  Real value in a changing world
 **EMC²** where information lives·

 WILMERHALE
 Homeland Security  Science and Technology

 POLARIS VENTURE PARTNERS

 Explore AT&T Small Business


 biogen idec
 Sun microsystems

 ALEXANDRIA
 MFA MOODY, FAMIGLIETTI & ANDRONICO



ADVERTISEMENT


SYMANTEC IS
**COMPREHENSIVE
ENDPOINT PROTECTION.**

 symantec.

## Reader Comments

**chris** 8/29/08 11:54 am
Nascar2003 and GPL (Grand Prix Legends) are NOT console games. They are for the PC platform.

**Wade Roush** 8/29/08 12:16 pm
I've corrected that information in the story. Thanks, Chris.

**Graham** 9/2/08 4:50 am
My thoughts are that after some initial interest, this expensive venture will never have enough customers to make enough money and that it will die a slow death .

**FHLH** 9/2/08 2:51 pm
With products like rfactor that allow you to race many forms of autosport for FREE via community led mods.... this will die a QUICK death... not a slow one :)
15$ bux a year... plus the addtional fees for addtional tracks, no thanks!

**JS** 9/3/08 3:46 am
This Sim Blows them out of the water hands down.(You get what you pay for).
Just ask the thousands that already signed on.My final thought,stay with the other so called sims and race with the kiddies.
And let the Bigboys Roll!!

**Andrew** 9/6/08 4:28 pm
You can continue to play inferior sims based on weak physics code and user developed add ons which are not accurate in their own right. Or you can step up and pay the money and race iRacing, its your loss. The sim is far superior to anything on the market, hands down. Been doing this since 1996 and nothing comes close. PERIOD.

**MN** 9/10/08 11:23 am
My thoughts are this if the pro's like Brad Kesolowski, AJ Almindinger, Dale Jr. think its the bomb why would you think it would die at all, I had the chance to race against AJ and it was all fun but serious at the same time. It's as close to real as real can get being an internet based racing Sim and the handle of the cars is remarkable

**John Quigley** 9/14/08 10:18 am
You know what...... I think... who cares if you like or dislike this Sim racing... be thankful you live here in the USA... just about 10 -12 years ago you guys were like me still pushing Hot wheels around a circle track made of carpet.... enough of that crap.... I just love the idea that I can at anytime sit at my computer and race... and have fun.. and pay if I want to, or NOT!! I am doing both... Lighten up guys " its still a game"..and I love Racing just like you!!! for what its worth....

## Add Your Thoughts

**Name** (required)
**E-mail** (required, won't be published)
**Website**

You will have 10 minutes to edit your post after you press publish.    | Publish |

Comments may be edited for clarity and length, rejected, or deleted. By clicking "Publish," you are agreeing to these Terms and Conditions.

**Most Popular Stories**

1. Five Bands Selected to Compete in...
2. Of Drivable Airplanes, Hair-Raising,...
3. A Different Type of Tech Giving Guide
4. $55M for Boston-Power, Sequenom Plows...
5. San Diego's CovX and Pfizer's New...
6. EMC Confirms Acquisition of Some...
7. Near Record Pace of Private Equity...
8. Taking Monday On
9. Tempest in a Tea Kettle: CO2Stats...
10. Cleantech Engine Revved In...

ADVERTISEMENT

**MEMBER**

BUSINESS & FINANCE
**Blog Network**

# EXHBIT   6



Mass High Tech: The Journal of New England Technology

**Most Popular Stories**

Mass High Tech announces "Women to Watch" award winners

Life sciences CEOs line up questions for Obama

Mozilla's JavaScript man, John Resig, simplifies coding in Somerville

FDA clears human stem cell testing

OLPC giving 5,000 laptops to Gaza children

No clear path ahead for Mass. e-health mandate

Bose to slash 1,000 jobs

Mazu Networks sold for $25M

Extreme Reach grabs $1.5M in first funding round

LaunchCapital takes off into stormy VC skies

Friday, June 27, 2008

# IRacing hopes for win with online racing sim

By Christopher Calnan

**Send this story to a friend**

Email address of friend:

Your email address:

Add a brief note:

Send Email

**Stay Informed**

Check which newsletter you'd like to receive.

| | |
|---|---|
| ☑ | TechFlash (Daily) |
| ☐ | FinanceFlash (Daily) |
| ☐ | BioFlash (Daily) |
| ☐ | GreenFlash (Weekly) |
| ☐ | Startup Report (Weekly) |
| ☐ | Breaking news, MHT events, local announcements |
| | RSS feeds |

Your email:

Submit

**Other matches for "Boston iRacing":**

**Top 10 online stories of 2008** [January 9, 2009]

**Bedford is quietly collecting tech tenants along Crosby Drive** [August 8, 2008]

**More Search Results**

After nearly four years of development, Bedford-based **iRacing.com Motorsport Simulations LLC** launched last week its online racing game, one that company officials plan to grow into a full-fledged online sport. With backers that are established winners in both games and sports, the company could be in the fast lane.

IRacing, established in 2004 by Red Sox owner **John Henry** and NASCAR racing game developer **David Kaemmer**, completed a beta test this week and is now sending invitations to 5,000 prospective subscribers. After operating for four years without a revenue source, company CFO **Anthony Gardner** said iRacing is hoping to reach cash positive status next year.

Backed with $22 million in seed funding from Henry and Kaemmer, who was co-founder of **Papyrus Design Group Inc.,** Gardner expects to avoid the need for additional rounds of financing. The online technology company already claims 20,000 people on its waiting list, and Gardner expects it to evolve into a full-time racing organization.

"It's not a game," he said. "It's Internet racing. We're trying to take real racing and bring it online."

IRacing's developers created software that generates digital versions of real-life race tracks and vehicles. Using lasers, the company scans tracks and vehicles to duplicate the racing experience in a process that can take up to five months for a single track, Gardner said.

The iRacing software currently shows 24 tracks and eight vehicles, he said.

The online game — or sport — will require members to pay a $13 per month fee in addition to the cost of controllers that could run to several hundred dollars. The technology enables drivers to earn an "i rating," depending on how they place in races, and then match up against other drivers with similar ratings in subsequent races.

Competitors include London-based **Blimey!Games**, Michigan-based **Image Space Inc.,** Indiana-based **Sim Factory LLC**, and European firm **Live For Speed**.

Kaemmer, both a real-life racer and a 20-year game developer, founded Papyrus in 1987

On-line Inc., a division of Vivendi Universal Games International, acquired Papyrus for $40 million following Papyrus' development of its string of genre-defining racing games.

In 2004, Vivendi Universal shut down Papyrus' operations, but iRacing paid $1 million to buy back the "core simulation" code, which now comprises about 15 percent of iRacing's total code, according to Kaemmer.

The company has enough capital to fund operations for at least a year and may never need additional funding, Gardner and Kaemmer said. But the company is considering angel investors just in case.

"There are a lot of wealthy people in motorsports," he said. "They would have a better appreciation and interest in what the company is doing."

Last year, Henry's company, the Fenway Sports Group, bought 50 percent of the NASCAR team Roush Racing, which was then re-named Roush Fenway Racing.

Alex Martini, editor-in-chief of AutoSimSport Magazine, a New York-based online publication devoted to sim racing, estimates about 100,000 sim racers participate globally. It's unclear if the market is growing, but he said Henry's investment in iRacing is a strong indicator that sim racing is not a passing fad.

"He's not in it to throw money into the wind," Martini said. "I'm sure he sees a market there."


## Comments

Please Login/Register to post comments.


No comments have been added or approved.


New England Tech Directory | Subscribe | Advertise | Community/Events | About Us | Search | RSS Feeds | Technorati

© 2008 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of bizjournals.

Use of, registration on, this site constitutes acceptance of our User Agreement. Please read our Privacy Policy (updated) A publishing partner with

Portfolio

EXHBIT    7



## BLACKHOLE MOTORSPORTS

> SUBMIT

- Submit News
- Submit File
- Submit Mod
- Submit Movie
- Submit Screenshots
- Submit Link
- Join Our Team

German Performance
Boston's BMW and Porsche expert Complete repair and diagnostics
www.2002racing.com

> ADVERTISING

I lost
25 lbs of
stomach fat
in only
1 month

Read My Story
Learn How I Did It

AS SEEN ON

rachaelray




> ADVERTISING

**Title: Nascar Racing 2003 Season**
Developer: Papyrus
Publisher: Sierra
Released: February 2003

Demo: Yes [123 MB]
Simulated Series: Nascar
Articles: Preview, Review
Official Website

> CATEGORIES

**Busch Grand National Series**
Files : 1
Downloads : 1735
Last Update : 28-05-2004

**GTP**
Files : 76
Downloads : 148650
Last Update : 14-10-2008

**Craftsman Truck Series**
Files : 12
Downloads : 13858
Last Update : 28-02-2005

**IROC Series**
Files : 33
Downloads : 22532
Last Update : 20-01-2004

DOWNLOADS >> Nascar Racing 2003 Season >> Mods

**Sauber C9 Mercedes Kouros Racing Nr 61**
This is the Sauber C9 with Kouros Racing sponsoring driven in the 1987 Lemans race by Mike Th
This file comes with pitcrew.

| Developer: nezeiges | Preview: picture | Size: 374.8 KB | Dow |

**Minolta Toyota 88 C-V**
Minolta Toyota 88 C-V driven by J.Dumfries and R. Ravaglia

| Developer: nezeiges | Preview: picture | Size: 500.5 KB | Dow |

**Compri Aluminium Toyota**
Fictional Compri Aluminium Toyota including team graphics.

| Developer: nezeiges | Preview: picture | Size: 572.3 KB | Dow |

**1989 Hydro Aluminium Porsche**
Hydro Aluminium Porsche driven at Le Mans in 1989.

| Developer: nezeiges | Preview: picture | Size: 532.8 KB | Dow |

**52 AEG Olympia Sauber**
Added a picture and changed Powerd by Mercedes Benz V8 from black to white as it originaly wa

| Developer: nezeiges | Preview: picture | Size: 701.2 KB | Dow |

**1988 Mercedes Sauber C9**
1988 Mercedes Sauber C9 driven by K.Acheson - M.Baldi and K.Niedwiedz



**The page**

The page you are loo
changed, or is tempc

_____

Please try the followi

- If you typed t
  that it is spell
- Open the goo
  look for links
- Click the ⇦ B

| | | | |
|---|---|---|---|
| **Developer:** nezeiges | | **Size:** 614.6 KB | **Dow** |

**Realistic Day Time Car Reflections**

Here are some realistic day time car reflections that I have created for NR2003. I remade the re
with the original ?spotlight? style of reflection. I have tried other various reflection maps that ot
because...

| **Developer:** Gamester | **Preview:** picture | **Size:** 923.8 KB | **Dow** |
|---|---|---|---|

**1983**

Just put it in the Aerowar/Cars section.

| **Developer:** Maxipads1441 | **Preview:** picture | **Size:** 46 MB | **Dow** |
|---|---|---|---|

**GTP Menu Update Set 1**

Track Logos & Maps for the GTP Mod Menu Page.

LOGOS & INFO MAPS for:
Daytona_RC & Daytona_RC24, Mexico City (Autodromo Hermanos Rodriguez), Mosport PWF (Da
Tunlanta v1 (Petit LeMans)

INFO MAPS for:
La Colina & La Colina Internacional (Fictional...

| **Developer:** Kris | **Preview:** picture | **Size:** 1.2 MB | **Dow** |
|---|---|---|---|

**Small updates**

These are some files that will change some things in NR2003. You will get a new sunglare, new :
and menu, an improved interior teture and my newest version of the realistic reflections update

-Chris17

| **Developer:** Christopher Thoms | **Preview:** picture | **Size:** 3.5 MB | **Dow** |
|---|---|---|---|

**#3 Fedex HP Sauber GTP**

Thanks to Redline and Wardog, render by mpgdigest, daytime version.

| **Developer:** DeaDPool0088 | **Preview:** picture | **Size:** 1.3 MB | **Dow** |
|---|---|---|---|

**GTP Menu Update Set 2**

Track Logos & Maps for the GTP Mod Menu Page.

TRACK LOGOS & INFO MAPS for: Daytona_RC & Daytona_RC24, Donington Park, Falkenberg, H(
Hermanos Rodriguez), Mosport PWF (Day & Night), Phillip Island HR & Road America HR (Modifi

| **Developer:** Kris | **Preview:** picture | **Size:** 1.3 MB | **Dow** |
|---|---|---|---|

**Updated Citgo Mazda**

I apologize for posting the first Citgo Mazda with the incorrect .tga file for the car. This is the co

| **Developer:** Discpad | **Preview:** picture | **Size:** 290.2 KB | **Dow** |
|---|---|---|---|

**#19 Porsche 1988 Le Mans**

| **Developer:** Normski | **Preview:** picture | **Size:** 474.9 KB | **Dow** |
|---|---|---|---|

**#18 Porsche**

#18 Porsche, 1988 Le Mans

| **Developer:** Normski | **Preview:** picture | **Size:** 458.4 KB | **Dow** |
|---|---|---|---|

**#32 Nissan**

My attempt to paint the #32 Nissan R88C that finished 14th in the 1988 Le Mans 24hr.

| **Developer:** Normski | **Preview:** picture | **Size:** 346.2 KB | **Dow** |
|---|---|---|---|

**#36 Toms Toyota**

My attempt to paint the #36 Team Toms Toyota 88C that finished 12th in the 1988 Le Mans 24h

| **Developer:** Normski | **Preview:** picture | **Size:** 408.6 KB | **Dow** |
|---|---|---|---|

**#37 Taka-Q Toyota**

My attempt to paint the #37 taka-Q Team Toms Toyota 88c that finished 24th in the 1988 Le M.

| **Developer:** Normski | **Preview:** picture | **Size:** 379.2 KB | **Dow** |
|---|---|---|---|

**#8 Joest Porsche**

my attempt to paint the #8 Blaupunkt Joest Porsche 962C that finished 3rd in the 1988 Le Mans

| **Developer:** Normski | **Preview:** picture | **Size:** 365.8 KB | **Dow** |
|---|---|---|---|

**#11 leyton Huse Kremmer Porsche**
My attempt to paint the #11 Leyton House Kremmer Porsche 962C that finished 8th in the 1988

**Developer:** Normski                    **Preview:** picture          **Size:** 336.2 KB          **Dow**

1 | 2 | 3 | 4 | next >>

ABOUT US | CONTACT | ADVERTISING | LINK US | RSS                    Blackhole Motorsports C



# BLACKHOLE MOTORSPORTS

**SUBMIT**
- ►Submit News
- ►Submit File
- ►Submit Mod
- ►Submit Movie
- ►Submit Screenshots
- ►Submit Link
- ►Join Our Team

**Nascar Racing 2003 Season**
Everything to do with Nascar Racing 2003 Season items.
Yahoo.com

**Papyrus 2003 Nascar**
Papyrus 2003 Nascar available. Don't just Buy it - Win it!
www.eBay.com

**ADVERTISING**



Save $100 on a Sylvan math program.

**Start now!**



A+

**ADVERTISING**

Title: **Nascar Racing 2003 Season**
Developer: Papyrus
Publisher: Sierra
Released: February 2003

Demo: Yes [123 MB]
Simulated Series: Nascar
Articles: Preview, Review
Official Website

| TOP RATED DOWNLOADS | | POPULAR DOWNLOADS | |
|---|---|---|---|
| DEH Engine Sound Pack V2.... | 8.71 | Real Life Engine Soundpac... | 7397 |
| 2006 NASCAR V8 Sounds | 8.57 | Dale Earnhardt Jr 2007 Co... | 7152 |
| DEH Engine Sound Pack V.3 | 8.56 | Official Patch 1.2.0.1 | 6540 |
| 39 Skoal Bandit Chevrolet | 7.97 | Weakly Racing Fire Suit T... | 5818 |
| 4 Completely New Ri-res C... | 7.85 | Magny Cours Track | 3036 |
| BrunoBs Tweaked GTP Sound... | 7.54 | Nascar Racing 2003 Season... | 3034 |
| Mach42 Transmission Whine... | 7.53 | Soundpack - Misc Sounds | 2339 |
| #25 Dietech.com Monte Car... | 7.47 | Sandbox v1.2.0.1 | 2236 |
| XBOX car | 7.41 | GTP Mod 1.0 | 2170 |
| #53 Cadillac Racing | 7.4 | Official Track Pack | 2165 |

## CATEGORIES

**DOWNLOADS** >> Nascar Racing 2003 Season

**BHMS Setups**
Files : 37
Downloads : 178756
Last Update : 31-07-2008

**Mods**
Files : 169
Downloads : 290820
Last Update : 14-10-2008

**Camera Updates**
Files : 2
Downloads : 4620
Last Update : 08-03-2008

**Patches**
Files : 5
Downloads : 144408
Last Update : 06-08-2008

**Carsets**
Files : 21
Downloads : 46363
Last Update : 25-02-2008

**Replays**
Files : 8
Downloads : 17052
Last Update : 23-01-2006

**Cockpit Updates**
Files : 9
Downloads : 27541
Last Update : 24-11-2006

**Schedule Updates**
Files : 16
Downloads : 48523
Last Update : 12-02-2008

**Demo**
Files : 1
Downloads : 30346
Last Update : 04-02-2003

**Single Cars**
Files : 971
Downloads : 712784
Last Update : 19-01-2009



**The page**

The page you are loo
changed, or is tempo

**Game Art**
Files : 3
Downloads : 8643
Last Update : 18-04-2005

Please try the followi

- If you typed t
  that it is spell
- Open the goo
  look for links
- Click the ⇐ B

**ABOUT US | CONTACT | ADVERTISING | LINK US | RSS**

Blackhole Motorsports C



## BLACKHOLE MOTORSPORTS



**SUBMIT**

◼◼Submit News
◼◼Submit File
◼◼Submit Mod
◼◼Submit Movie
◼◼Submit Screenshots
◼◼Submit Link
◼◼Join Our Team

**Realistic Racing Action**
Fully Experience The Game W/ Triple Monitors. Check Out The Demos!
www.Matrox.com



**ADVERTISING**



*Sylvan* Learning

Save $100 on a Sylvan reading program today!

**Start now!**

**ADVERTISING**

**Title: Nascar Racing 2003 Season**
Developer: Papyrus
Publisher: Sierra
Released: February 2003

Demo: Yes [123 MB]
Simulated Series: Nascar
Articles:
Official Website

DON'T PAY RETAIL PRICE
EXPERIENCE   JEWELRY AUCTIONS

## DOWNLOADS

**DOWNLOADS** >> Nascar Racing 2003 Season >> Mods >> GTP

| | |
|---|---|
| **File Name:** | **GTP Mod v1.1 [Hosted Elsewhere]**<br>If the download does not start automatically in 5 seconds, click here.<br>All our files are compressed with **ZIP** or **RAR** archiver.<br><br>This file is not hosted by Blackhole Motorsports, but by another host. |
| **Description:** | There are a few things different with it this time but the mod itself is totally in departments .<br>Everything from physics to the FPS counter and graphic glitches has been imp many other small fixes to mention....and I am sure there will be a few new bu<br>We are however not releasing the tracks and the carset/paints we originally d slack and reproduce their own and any car paints they have been using or ma templates . The work we have seen has really been top notch from carpaints p continue to do so .<br>The one thing we really hope is that VROC will get some real use as of this rel many feature being added ever day . The more leagues and people using it , t become a staple of the sim racing community as the original was and has bee The GTP V 1.0.0 (old version) is now not compatible with VROC and or GTP V mentioned , will not support the first version and thus it should be considered here http://www.vroc.net |
| **Date Posted:** | 06-03-2005 |
| **File Size:** | 152.5 MB |
| **Download Time:** | 36.6K : 9.9 hours<br>56K : 7.9 hours<br>Cable/DSL : 17.4 minutes |
| **Downloaded:** | 12068 |
| **Average Rating:** | 6 |



**Total Votes:**    93

**Developer:**    Redline Developments

i| The page

The page you are loo
changed, or is tempo

Please try the followi

- If you typed t
  that it is spell
- Open the goo
  look for links
- Click the ⇦ B

We here at Team Blackhole Motorsports need your help. As you all know, the team puts in a gre
and downloads from the sim racing world. However, all of this hardwork comes at a steep cost.
but recent site popularity is making this more and more difficult. Last month alone we transferre
to provide that much bandwidth is expensive and we need your help to keep us going. We are k
button to make donations. The PayPal donation is a secure and easy way to send your donation:
help us by contributing a donation so we can continue to provide you with the latest news and d

**Author:** wrongway

I have to give it a "5" as I haven't completed the download...after installation and "ket ya know"

**Author:** Charles Sinclair

Very,very good! Better than some "other" racing games. A MUST!

**ABOUT US | CONTACT | ADVERTISING | LINK US | RSS**

Blackhole Motorsports C



# BLACKHOLE MOTORSPORTS

## SUBMIT

- ▢▢Submit News
- ▢▢Submit File
- ▢▢Submit Mod
- ▢▢Submit Movie
- ▢▢Submit Screenshots
- ▢▢Submit Link
- ▢▢Join Our Team



**Nascar Racing 2003 Season**
Great deals on everything Nascar Racing 2003 Season themed.
Yahoo.com

**Papyrus 2003 Nascar**
Papyrus 2003 Nascar available. Don't just Buy it - Win it!
www.eBay.com

## ADVERTISING



# Save $100 on a Sylvan program today!

Start now!



## ADVERTISING

**Title: Nascar Racing 2003 Season** 
Developer: Papyrus
Publisher: Sierra
Released: February 2003

Demo: Yes [123 MB]
Simulated Series: Nascar
Articles: Preview, Review
Official Website

## CATEGORIES

**Track Editors**
Files : 3
Downloads : 28461
Last Update : 24-03-2004

**DOWNLOADS** >> Nascar Racing 2003 Season >> Utilities

### Multiplayer Skin Updater
Tired of seeing the default skins of the players your race with on NASCAR Racing Season 2003? love, People like you submit their skins trough this program and we send them to you in a nifty the ri...

| | | | |
|---|---|---|---|
| **Developer:** Chris Jones | **Preview:** picture | **Size:** 1.8 MB | **Dow** |

### BrunoB GTP AI-Hacks v.1.1
Sensation - AI problems solved for GTP.
Until now the AI behaviour on Le Mans and other tracks did suck.
But now much of the issues of AI cars ramming into each other and Player are solved!
And no more AI pit entrance/exit pathfinding problems.
And remember: Most of the hacks from the included L...

| | | | |
|---|---|---|---|
| **Developer:** Brunob | **Preview:** picture | **Size:** 89.6 KB | **Dow** |

### NR2003 Camera Hack v1.0
Adjust the cameras and save up to 10 presets.

*First Release

| | | | |
|---|---|---|---|
| **Developer:** Racer_S | **Preview:** picture | **Size:** 40.2 KB | **Dow** |

### Bristol Night Track Update ini
I updated Bristol's Track ini for more Realistic AI.

| | | |
|---|---|---|
| **Developer:** kBeAnZ91 | **Size:** 3.5 KB | **Dow** |

### Cup Cars with CTS Physics
Extract this file to your C:/Papyrus/NASCAR Racing 2003 Season/series folder.

| | | |
|---|---|---|
| **Developer:** Northwest Racing | **Size:** 23.5 MB | **Dow** |

### Nascar 2003 Racelist v. 0.54f
This tool was made to be able to monitor the races on the sierra.com network, while staying in \

 **The page**

The page you are loo
changed, or is tempc

_____

Please try the followi

- If you typed t
  that it is spell
- Open the goo
  look for links
- Click the ⇦ B

every time you want to see if a good race is on. You can also join a race by double clicking on th

**Developer:** Donny Tytgat                                    **Size:** 355 KB      **Dow**

**WinMip 2**

This tool converts GPL/N2/N3/NL/NR4/NR2002/NR2003/ICR2 texture files to bmp and vice versa

**Developer:** Klaus H?and                                     **Size:** 420 KB      **Dow**

**Sandbox v1.2.0.1**

Papyrus original tool to create & modify tracks. Can be used in conjunction with many other tool
command line tools: make3do (creates 3dos from .pas files), makemip (creates mips from .tga f
(cr...

**Developer:** Papyrus                                         **Size:** 1.9 MB      **Dow**

**Centerline 4 v1.3**

**Developer:** AxaptaCoder                                     **Size:** 4.3 MB      **Dow**

**CenterLine 4 v2.0**

Centerline is a track editing program. It uses base xml files from the orginal tracks that allows y
segments, lats/alts, banking, transitions, walls, surfaces and even lp files (AI) now. T3 Superspe

Required ...

**Developer:** AxaptaCoder                                     **Size:** 770 KB      **Dow**

**Live Race Standings**

GNL.tv is a new application that enables you to broadcast the standings of a NR2003 race live tc
that gathers the data via Nascars telemetry interface and publishes that data on a PHP website \
source c...

**Developer:** Peter Dikant                                    **Size:** 150 KB      **Dow**

**Car Cameras**

To use this cameras you need the Camera Control Master. I think this cameras can be used with

**Developer:** S.Magiera              **Preview:** picture      **Size:** 32.9 KB     **Dow**

**NR2003 Car Cams**

To use this cams you need the GPL Control Master, you find it on http://gplforever.m4driving.sn

**Developer:** S.Magiera              **Preview:** picture      **Size:** 76.2 KB     **Dow**

**NR Assistant Update**

NRAssistant (Formerly N4Assistant) is a helper program for NASCAR Racing 2002/2003 and NAS
you to make all pitstop adjustments with fewer buttons than normally. This way you can prograi
on the wheel of...

**Developer:** Made By: Samuli Takala
Fixed/Posted By:XLO_Mistro                                    **Size:** 49.3 KB     **Dow**

**NRAssistant**

NRAssistant (Formerly N4Assistant) is a helper program for NASCAR Racing 2002/2003 and NAS
you to make all pitstop adjustments with fewer buttons than normally. This way you can prograi
on the wheel of...

**Developer:** Made By: Samuli Takala
Fixed/Posted By:XLO_Mistro                                    **Size:** 48 KB       **Dow**

**Keyboard Overlay Mk2 & KB Standups**

Keyboard Overlay Mk2 & KB Standups Overlay Mk2
This version corrects a text error with the Tyre Change label on the original overlay. A keyboard
include all key functions, just those that you'll need during a race. Just cut out and glue to some

**Developer:** Ian Kench             **Preview:** picture      **Size:** 488.2 KB    **Dow**

**Nascar Racing 2003 Editor v. 1.1**

NASCAR Racing 2003 Season Editor helps you to create or modify racing season schedules, and
Season by Papyrus. Backup up your game files and prevent file loss. Restore backup files with e
Homepage....

**Developer:** So Nakagawa           **Preview:** picture      **Size:** 1.6 MB      **Dow**

**Keybord Overlay**

See preview picture for details.

**Developer:** Ian Kench             **Preview:** picture      **Size:** 9.8 KB      **Dow**

**Keyboard Command File**

This Keyboard Commands file for NASCAR Racing 2003 was done in MS Excel 2000. This key list

Blackhole Motorsports

myself, and those who want a quick reference to commands without having to search for them.

**Developer:** Dennis Bouchard                                                **Size:** 7.4 KB        **Dow**

1 |

**ABOUT US | CONTACT | ADVERTISING | LINK US | RSS**                          Blackhole Motorsports C