# EXHIBIT   1

# Papyrus Design Group

From Wikipedia, the free encyclopedia

**Papyrus Design Group, Inc.** was a computer game developer founded in 1987 by David Kaemmer and CEO Omar Khudari. It is best known for its series of realistic racing games based on the NASCAR and IndyCar leagues, as well as the unique Grand Prix Legends. Papyrus was acquired by Sierra, a division of Vivendi Universal in 1995 and Omar Khudari left Papyrus soon after that. Dave Kaemmer left Papyrus in late 2002, just before the release of NASCAR Racing 2003 Season (NR2003).

On June 5, 2003, PWF announced that many of their members would be joining a new group called FIRST.

At the end of the first quarter of 2004, NR2003 was pulled from the shelves due to license expiration. This is when FIRST (later to become iRacing) started its acquisition of the NR2003 code from Vivendi Universal.



Papyrus Design Group Logo.

The Papyrus web site was shut down on April 5, 2004.

On May 28, 2004 Vivendi and Papyrus sold copyrights to FIRST.net, LLC and became the registered owner of the copyrights for NASCAR Racing 2003 Season.

## Games developed by Papyrus

- *Indianapolis 500: The Simulation* (1989)
- *IndyCar Racing* (1993)
- *Project Nomad* (1993)
- *NASCAR Racing* (1994)
- *IndyCar Racing II* (1995)
- *Road Rash* (1996) (with Buzz Puppet Productions)
- *NASCAR Racing* for the Sony Playstation (1996)
- *NASCAR Racing 2* (1996)
- *NASCAR Grand National Series Expansion Pack* (1997) (add-on for NASCAR Racing 2)
- *SODA Off-Road Racing* (1997)
- *Grand Prix Legends* (1998)
- *NASCAR Legends* (1999)
- *NASCAR Racing 1999 Edition* (1999)
- *NASCAR Craftsman Truck Racing* (1999)
- *NASCAR Racing 3* (1999)
- *NASCAR Racing 4* (2001)
- *NASCAR Racing 2002 Season* (2002)
- *NASCAR Racing 2003 Season* (2003)

## External links

- History of the company (http://www.gamespot.com/features/6103365/)

- iRacing, home of most of the former Papyrus staff now (http://www.iracing.com/)
- MobyGames' entry on Papyrus (http://www.mobygames.com/company/papyrus-design-group-inc/)

Retrieved from "http://en.wikipedia.org/wiki/Papyrus_Design_Group"
Categories: Video game company stubs | Defunct video game companies
Hidden categories: All articles with unsourced statements | Articles with unsourced statements since February 2007

- This page was last modified on 7 January 2009, at 22:34.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT   2

Welcome to Project Wildfire!

home | faq | screenshots | forum

## Project Wildfire (PWF) Mission Statement

Papyrus racing simulations have provided the ultimate sim racing experience both off and online over the past 10 years. Papyrus will no longer be producing racing simulations using the NASCAR Racing platform. However, they provided the sim racing community the ability to modify the simulation having added 3 new physics engines, a track making tool, and initialization files that can be modified in countless ways. Project Wildfire is dedicated to exploiting those capabilities in an effort to provide a very close and passionate sim racing community further and continued enjoyment of the NASCAR Racing Series platform. PWF has a compliment of talented personnel in almost all areas required to further enhance both the on and offline racing experience. We're extremely motivated and dedicated to this effort and see no limits or end in sight in regard to the future of simulation racing using the Papyrus NASCAR Racing platform. While PWF and simulation racing will evolve, the best may well be yet to come.

### Setups for your Easter basket
posted by Bob Stanley on Sunday, April 11, 2004

California, Las Vegas and Rockingham setups are now available. Cup, GNS and CTS race lap replays are included.

[ Setups page ]

### Dega and Daytona Setups
posted by Bob Stanley on Monday, April 05, 2004

I've downloaded and tried Daytona and Dega setups from both www.teamrcr.com and www.wildassmotorsports.com created by RCR-Cater and Intimidator_WAM respectively. Both have produced quality setups and I recommend visiting those sites and trying out thier fine work. I won't be posting setups for either of those tracks.

Maybe, I'll go back and work on Vegas and Rockingham this week.

## PWF Martinsville Open Setups

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

posted by Bob Stanley on Monday, April 05, 2004

Martinsville setups are up and I've included replays this time as well as possible tweaks for tuning the setup.

[ Martinsville Setups ]

**Mansfield Expert and Open Setups**
posted by Bob Stanley on Saturday, April 03, 2004

These setups are designed for very experienced drivers and can be found under the setups link to the left or below.

Please post any questions to the setups forum (link at top)

[ Mansfield Setups ]

**Mansfield Motorsports Speedway**
posted by Jay Taylor on Friday, April 02, 2004

We are pleased to release Mansfield Motorsports Speedway for Nascar Racing 2003 Season. Official patch from Papyrus required.

**PWF Texas Open Setups Posted**
posted by Bob Stanley on Monday, March 29, 2004

PWF Open CTS, GNS, and Cup setups can be found under the setups link to the left.

Hope they help....

[ PWF Texas Open Setups ]

**Bristol Open Setups Posted**
posted by Bob Stanley on Monday, March 22, 2004

This week we've included 2 versions of race and qualifying setups for the CTS, GNS, and Cup series. This is a good example of how you can use fairly different methods of tuning the chassis to achieve the same results. Both versions are loose the first few laps so be prepared to use the throttle judicioulsy on exit.

[ PWF Bristol Open Setups ]

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 6 of 46

Case 1:05-cv-11639-NG Document 96-2 Filed 02/02/09 Page 7 of 46

## PWF PTA Mod Utility Version 1.2 Released
posted by Bob Stanley on Saturday, March 20, 2004

Danny Willis has added a lit of new features including allowing multiple sound packs, carsets, dashboards, etc...c as well as beefing up the backup and restore functions. Please check the readme.txt file for instructions on how to modify the utility to your personal preference...

The utility is located under the "Tools" link on the left...

[ PWF PTA Mod Utility 1.2 ]

## Riverside Beta
posted by Jay Taylor on Friday, March 19, 2004

Riverside Beta is now available on our tracks page. As always this track requires the official patch from papyrus for Nascar Racing 2003 Season.

## Higher Cockpit Views
posted by KevinC on Wednesday, March 03, 2004

Due to public demand, we've now posted new models with higher cockpits and views, you can snag them in the Trans-Am section of the site - **A previous install of the Trans-Am Series mod is required.**

## PTA Mod Released!!!!
posted by Bob Stanley on Saturday, February 28, 2004

Project Wildfire is pleased to announce the release of the Papyrus Trans Am mod.

Please read all the way through the readme file as there is important information pertaining to the installation of the mod and the operation of the PTA Mod Utility.

You can download the mod by using the Trans Am link on the left side of the page.

We've also released Trois Rivieres and it will be available to the public tonight on two servers; PWF and VRW-3

Project Wildfire :: The Tradition Continues

Also look for the Project Wildfire Team on Paltalk tonight under
Sports and Hobbies - Project Wildfire Hangout

## NASCAR 1.2.7 patch and PWF mods for the Mac
posted by Bob Stanley on Thursday, January 29, 2004

Aspyr Media has converted the last patch from Papyrus as well as
the PWF CTS, GNS, & IROC mod's for the Macintosh. They're
located in PWF for Macs on the left.

[ Aspyr Media ]

## PWF PTA Features
posted by Bob Stanley on Wednesday, January 28, 2004

- Models: Chevrolet Corvette, Dodge Viper, Ford Cobra Mustang,
Jaguar XKR

- Vertex Damage and 10 Levels of Detail (LOD) providing excellent
collision representation and graphical detail while maximizing frame
rates.

- Models are scaled so that collision detection is as accurately
portrayed as possible for online multiplayer games. Depending on
latency, there may be slight morphing of one car into another
before physical contact is made.

- Trans Am type physics including different tire & aero models,
weight, horsepower, torque, RPM's, suspension & steering
geometry, and 6 speed gearbox.

- Trans Am cockpits including custom dashboard, gauges, switches,
steering wheel, driver orientation, mirror perspective, chassis/roll
cage, shifter knob, ventilation hoses, and other cockpit items.

- Enhanced windshield reflections of objects in the cockpit.

- Two Selectable cockpits

- Ability to have separate wheel colors per model (Built into each
model's template.)

- Rollbar color is derived from the base template color.

- Wheels and BF Goodrich tires have multiple LOD's to increase framerates and are textured for low, medium, and high speeds.

- Wheels and tires also have enhanced damage, white lettering can be rubbed off and tires look marred.

- Each model now has it's own shiny map (Allows external light sources to display correctly on each model.)

- Over 20 Trans Am series drivers and teams are represented. Additionally, Project Wildfire fictional and default multiplayer cars are provided.

- External Sound Swapper tool (Allows you to pick Trans Am engine and transmission sounds and starts the sim. Starting the sim without using the Sound Swapper tool will retain the original NASCAR Cup sounds)

- Pace Car: Convertible Camaro

Known Issue: While driving, all cars will appear to be at the correct ride height. However, when viewing the player car from a replay or out of cockpit view, the player car may appear to sit too low.

You can see some of these features in the new PTA movie. See the PWF Movies link on the left.

**Homestead 2003**
posted by Jay Taylor on Thursday, January 15, 2004

The 2003 high banked version of Homestead is now available on our tracks page. Enjoy.

**IROC Model now posted to the site.**
posted by on Saturday, December 20, 2003

You can find the IROC model in the IROC Series section to the left.

**IMPORTANT INFO:**
posted by on Thursday, December 18, 2003

Just wanted to point out that the templates posted on this site work with Paintshop Pro version 7.02 and up. If you are using 7 please update and you should be all clear. Also, the fonts being used are Arial Black for the numbers and Futura MD BT for the names on the side. You can find that font here.

http://www.fontesgratis.com.br/f_6.htm

Sorry for the confusion.

## PSP IROC Template now posted
posted by PWF John on Thursday, December 18, 2003

We have posted a PSP compatible template on the site in both the IROC section and the templates section. If you are having trouble reading the temp in the export folder please use this one. Alot of features were left out do to PSP's way of reading photoshop files but as none of us use PSP its the best we can do. Sorry.

## IROC mod released
posted by KevinC on Thursday, December 18, 2003

The IROC mod for Nascar Racing 2003 is now available on the IROC Series page.

## Mosport International Raceway
posted by Jay Taylor on Tuesday, November 25, 2003

We are happy to release Mosport International Raceway for Nascar Racing 2003 Season. Head over to our tracks page to grab it.

## Bowman Gray released
posted by Jay Taylor on Thursday, October 23, 2003

Bowman Gray now available on our tracks page. There are AI issues so please check out the readme for details.

## The Milwaukee Mile
posted by Jay Taylor on Friday, October 03, 2003

We are now releasing our newest track, the Milwaukee Mile. Like the rest of our tracks, it requires the official patch from Papyrus to

Project Wildfire :: The Tradition Continues

work. Head over to our tracks page to download it. Enjoy.

**Silverstone BETA released**
posted by Jay Taylor on Wednesday, October 01, 2003

We have just posted our 3rd BETA roadcourse for the TA series. Head over to our tracks page to grab it. As will all our tracks it requires the official patch from papyrus.

**Portland *BETA* track available**
posted by Jay Taylor on Friday, September 26, 2003

Here is our second beta road course for the Trans Am series. This track is a beta and many features, and graphics are not final. The official patch from papyrus for Nascar Racing 2003 Season is required for this track to work correctly.

**I 70 Speedway**
posted by Jay Taylor on Tuesday, September 23, 2003

We are happy to bring you I 70 Speedway for Nascar Racing 2003 Season. This track requires the official patch from Papyrus. Head over to our tracks page to grab this one.

**Kyalami Beta released**
posted by Jay Taylor on Tuesday, September 16, 2003

We are releasing Kyalami as an unsupported beta for people who want to try the TA mod at some roadcourses. We will have a final finished version done around the time of the TA mods release. This track requires the 1.2.0.1 patch for Nascar Racing 2003 season. Its available on our tracks page.

**Craftsman Truck Models released**
posted by Kevin Combs on Tuesday, September 16, 2003

PWF's Craftsman Truck models for 3DSmax 4 and up are now available in the Templates section.

**CTS mod released**
posted by Jay Taylor on Monday, September 15, 2003

Project Wildfire :: The Tradition Continues

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 12 of 46

Project Wildfire is happy to bring you the long awaited Craftsman Truck mod for Nascar Racing 2003 Season. In order for this mod to work you need to already have the 1.2.0.1 patch from papyrus installed. Also if you are installing both the GNS and CTS mods, make sure that you install the CTS mod AFTER the GNS mod. Head over to our CTS page to grab the mod in a choice of 512 ( normal res) or the Hi Res 1024 version.

**Mesa Marin Raceway released**
posted by Jay Taylor on Friday, September 12, 2003

We have just posted Mesa Marin Raceway for Nascar 2003 season. Head over to our tracks page to download it, and all of our other tracks.

**Sandbox updated**
posted by Kevin Combs on Friday, September 05, 2003

Sandbox has been updated. Grab it now in the Tools section

OpenGL renderer to fix a crashing bug at some tracks, removed registry keys required to edit.

**Truck Templates posted back to the site.**
posted by John Hughes on Thursday, September 04, 2003

For all you painters out there, you can now get back to work on pre-release templates. These have various updates from the originals posted and should be the final versions. Grab them in the templates section of the site. Enjoy.

**Nashville Fairgrounds speedway released**
posted by Jay Taylor on Tuesday, September 02, 2003

We are happy to be releasing the Nashville Fairgrounds tracks for N2k3. Head on over to our tracks page to grab the track.

**Sandbox is now Available!**
posted by Kevin Combs on Saturday, August 30, 2003

Sandbox, the Track Editor for Nascar Racing 2003, can now be downloaded in the Tools section. Enjoy!

**SANDBOX IS UNSUPPORTED BY PAPYRUS RACING GAMES, VIVENDI UNIVERSAL GAMES, OR SIERRA ONLINE, DO NOT CONTACT THEM FOR TECHNICAL SUPPORT CONCERNING THE USE OF SANDBOX.**

**Thompson Speedway released**
posted by Jay Taylor on Friday, August 29, 2003

Thompson Speedway is now available. Check it and our other tracks out on the Tracks page.

**Expert Setups Released**
posted by Bob Stanley on Wednesday, August 27, 2003

The Expert setups are designed for the experienced racer and should be a good baseline for open setups but stable enough for more advanced leagues to use.

All of the setups were created when it was 70 degrees, clear and no wind.

For any issues or comments please use the setup forum (forum link above)

**IRP released**
posted by Jay Taylor on Friday, August 22, 2003

We are pleased to be releasing IRP to the public. Please check our track section for it. Visit our forums for help or to discuss this and any of our mods.

**Beta TA installer released**
posted by Jay Taylor on Wednesday, August 20, 2003

The beta installer of our TA mod is now available on the Trans-Am page. This will only unlock the physics for the Trans-Am series. There are no new car models or tracks included with this beta. Please visit our forums if you have problems or questions regarding the beta TA installer.

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 14 of 46

## Project Wildfire's new home
posted by Bob Stanley on Wednesday, August 20, 2003

Welcome to the new home of Project Wildfire. We've put this site together fairly quickly so it's not completely functional but the important stuff is available, the latest downloads. This includes a patch for those users who are having problems with the GNS mod crashing due to an issue with volumetric shadows and the pace car.

More exciting news: We've released the first of many tracks, Evergreen Speedway. You'll now start to see tracks released on a more consistant basis.

We know that some of you have figured out how to unleash the PTA physics but we're still going to release an installer that unlocks the physics so you can start playing with them. This is basically a no frills install but we're working hard to bring you a full blown mod in the near future.

The engines are revving and the trucks are almost upon us.

Last but certainly not least, a hardy Thankyou to OnlineRacin.com for hosting us and the tremendous support we've recieved getting things ready in such a short amount of time.



Welcome to Project Wildfire!

home | faq | screenshots | forum

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

**PWF Mod Utility Version 1.2** | posted on March 20, 2004 at 7:02:19 PM

Please be sure to check the readme for a list of new features. Ther are a lot of them :)

**Updated 3/21/04 to correct install error**

File Size: 0.54 mb          Downloads: 6479

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)      download from this location

**Sandbox Track Editor for Nascar Racing 2003** | posted on August 30, 2003 at 2:55:49 AM

**Updated 9/5/03: Updated OpenGL renderer to fix a crashing bug at some tracks, removed registry keys required to edit.**

Now you get to play in the sandbox :)

Also included in the Sandbox package is make3do.exe for creating track side objects (with it's 3dsmax2.5 plugin), makemip, makestp, mkilib, mkstalls and view3d

**SANDBOX IS UNSUPPORTED BY PAPYRUS RACING GAMES, VIVENDI UNIVERSAL GAMES, OR SIERRA ONLINE, DO NOT CONTACT THEM FOR TECHNICAL SUPPORT CONCERNING THE USE OF SANDBOX.**

File Size: 1.89 mb          Downloads: 13939

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)      download from this location



Welcome to Project Wildfire!

home | faq | screenshots | forum

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

**IROC Model** | posted on December 20, 2003 at 8:16:13 PM

Included are all the textures you need to render this model in 3d Studio Max 4.2 and up. Also included are the 3ds files for the model. Do not post these files in whole or part without permission from ProjectWildfire.

File Size: 0.84 mb          Downloads: 6794

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**IROC Model Fix** | posted on December 19, 2003 at 7:08:46 PM

Fixes one of those last minute bugs that crept into the IROC mod - The undamaged model's nose very weird warpage. =( Sorry about that!

File Size: 0.87 mb          Downloads: 10784

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**IROC HiRes Mod** | posted on December 18, 2003 at 5:37:56 PM

1024x1024 Textures - Recommended for users with 64meg or greater video cards. This version will not cause loss of FPS but may drop MIPS causing things to look fuzzy when using less than a 64meg video card.

A Few of the Features:
- Realistic Paint Schemes for 12 drivers and teams for the IROC 2003 season have been included.

Project Wildfire :: The Tradition Continues

- 3D crowds have been added to the 4 tracks of the 2003 IROC season along with numerous texture enhancements.

- The Dashboard has been modified and has a similar layout to those found in the IROC Series using 3d guages.

- IROC setups have been included for both simulation as well as arcade mode.

- The IROC setups are based on the GNS Physics. The IROC setups included have been designed to provide a unique 'softer' and less powerful feel. The setups are also balanced in accordance with the AI.

- Papyrus Trans Am fast setups have been included for both simulation and arcade mode.

- The track.ini files include the appropriate information needed to run the PTA physics and have play balanced AI.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

**File Size:** 26.76 mb                    **Downloads:** 21057

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**IROC LowRes Mod** | posted on December 18, 2003 at 5:40:00 PM

All the features of the 1024x1024 IROC series mod, but with lower resolution textures for users with 32meg or less video cards.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

**File Size:** 21.99 mb                    **Downloads:** 6907

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**IROC PSP compatible Template** | posted on December 18, 2003 at 8:34:07 PM

This template will open up in Paintshop Pro7.02 and up. Some features were disabled due to the

way it reads Photoshop files. Since none of us use PaintShop Pro, this is all we will be doing.

For those of you using Photoshop, please use the template that was placed in your export folder as it has features not present in this template.

The font used for the text is Arial Black. Should be a standard font on most PC's.

**File Size:** 1.30 mb                    **Downloads:** 3607

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)        [x] download from this location

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 19 of 46

Project Wildfire :: The Tradition Continues

Welcome to Project Wildfire!

home | faq | screenshots | forum

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

**Transam Series Altered Cockpit View** | posted on March 3, 2004 at 5:29:03 PM

Due to public demand, Here's altered cockpit models with a higher point of view for Project Wildfire's Trans-Am Series for Nascar Racing 2003.

**This requires a previous install of the Trans Am series mod**

**File Size:** 16.91 mb          **Downloads:** 11135

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**Project Wildfire Trans-Am Series *High Resolution*** | posted on February 28, 2004 at 10:46:33 PM

1024x1024 Textures - Recommended for users with 64meg or greater video cards. This version will not cause loss of FPS but may drop MIPS causing things to look fuzzy when using less than a 64meg video card.

The 1.2.0.1 Patch from Papyrus is required before installing this Mod.

**File Size:** 53.60 mb          **Downloads:** 22906

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**Project Wildfire Trans-Am Series *Low Resolution*** | posted on February 28, 2004 at 10:48:31 PM

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 20 of 46

512x512 Textures - Recommended for users with 32meg or less video cards.

The 1.2.0.1 Patch from Papyrus is required before installing this Mod.

**File Size:** 44.39 mb                    **Downloads:** 5578

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)      download from this location



Welcome to Project Wildfire!

home | faq | screenshots | forum

**New Cup Damage and Wheels** | posted on August 19, 2003 at 10:18:26 PM

This adds donuts and paint scrapes as well as new 3D wheels to the Cup Series model.

This update requires the 1.1.0.2 patch from Papyrus to be installed.

**File Size:** 4.57 mb                    **Downloads:** 31544

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)           download from this location

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

Project Wildfire :: The Tradition Continues

Project Wildfire :: The Tradition Continues

Welcome to Project Wildfire!

home | faq | screenshots | forum

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

**Grand National Series Hi-Res Mod** | posted on August 19, 2003 at 3:31:50 PM

1024x1024 Textures - Recommended for users with 64meg or greater video cards. This version will not cause loss of FPS but may drop MIPS causing things to look fuzzy when using less than a 64meg video card.

Also includes shadow volume fix.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

**File Size:** 35.58 mb                **Downloads:** 45746

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)      [x] download from this location

**Grand National Series Lo-Res Mod** | posted on August 19, 2003 at 3:31:50 PM

512x512 Textures - Recommended for users with 32meg or less video cards.

Includes Shadow Volumes fix.

The 1.1.0.2 Patch from Papyrus is required before installing this Mod.

**File Size:** 27.66 mb                **Downloads:** 12676

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)      [x] download from this location

**Grand National Series Mod Patch** | posted on August 19, 2003 at 3:32:35 PM

Download this patch to fix Crash to Desktop when going to race session and shadow

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 24 of 46

Project Wildfire :: The Tradition Continues

volumes are enabled.

This GNS patch is only required if you installed the GNS mod the week of 8/11/2003

This patch is not the same as the Papyrus 1.1.0.2 patch.

**File Size:** 0.42 mb                    **Downloads:** 10357

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

Case 1:05-cv-11639-NG   Document 96-2   Filed 02/02/09   Page 25 of 46

Project Wildfire :: The Tradition Continues



Welcome to Project Wildfire!

home | faq | screenshots | forum

**pwf downloads**

- Truck Series
- GN Series
- Cup Series
- Trans-Am
- IROC Series
- Tracks
- Setups
- Tools
- Templates
- Wallpaper
- PWF Logos
- PWF Movies
- PWF for Macs

**Mansfield Motorsports Speedway** | posted on April 2, 2004 at 4:19:59 PM

Here is Mansfield Speedway for Nascar Racing 2003 Season. This track requires the official patch from Papyrus.

If you experience "blinking" of track side objects, unzip this zip file to your Nascar2003 \tracks\mansfield_pwf directory

**File Size:** 7.67 mb          **Downloads:** 10993

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**Riverside Beta** | posted on March 19, 2004 at 5:13:51 PM

Here is Riverside for Nascar Racing 2003 season. It requires the official patch from papyrus.

**File Size:** 8.14 mb          **Downloads:** 8258

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          download from this location

**Trois Rivieres** | posted on February 28, 2004 at 9:44:41 PM

Trois Rivieres for Nascar Racing 2003. This track requires the offcial patch from papyrus for Nascar Racing 2003 season.

**File Size:** 11.09 mb          **Downloads:** 18182

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          [x] download from this location

**Homestead 2003** | posted on January 15, 2004 at 4:10:53 PM

[x]  The new high banked Homestead 2003 version track for Nascar Racing 2003 season.
This track requires the official patch from papyrus.

**File Size:** 9.82 mb          **Downloads:** 23551

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          [x] download from this location

**Mosport International Raceway** | posted on November 25, 2003 at 5:13:14 PM

[x]  Mosport International Raceway for Nascar Racing 2003 Season. The track requires the
official patch from Papyrus to work.

**File Size:** 9.03 mb          **Downloads:** 26474

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          [x] download from this location

**Bowman Gray** | posted on October 23, 2003 at 6:09:34 PM

[x]  Bowman Gray for Nascar Racing 2003 Season. This track requires the official patch from
papyrus. There are several AI issues, please check the readme for details.

**File Size:** 6.59 mb          **Downloads:** 19641

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)          [x] download from this location

**The Milwaukee Mile** | posted on October 3, 2003 at 6:18:55 PM

[x]  We are proud to bring you the Legendary Milwaukee Mile for Nascar Racing 2003
Season. This track requires the official patch for N2k3 from Papyrus to work.

**File Size:** 9.29 mb                    **Downloads:** 27036

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)        [x] download from this location

---

**Silverstone BETA** | posted on October 1, 2003 at 5:40:36 PM

Here is out 3rd Beta track for the Trans Am series. It is not a finished product and many things may change before its official release for our upcomming Trans Am mod. The track requires the official patch for Nascar Racing 2003 Season from papyrus.

**File Size:** 8.22 mb                    **Downloads:** 15495

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)        [x] download from this location

---

**I-70 Speedway** | posted on September 23, 2003 at 5:27:11 PM

[x] We are happy to bring you I 70 Speedway for Nascar Racing 2003 Season. This track requires the official patch from Papyrus.

**File Size:** 8.17 mb                    **Downloads:** 26698

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)        [x] download from this location

---

**Kyalami Beta** | posted on September 16, 2003 at 5:03:01 PM

We are releasing Kyalami as an unsupported beta for people who want to try the TA mod at some roadcourses. We will have a final finished version done around the time of the TA mods release. This track requires the 1.2.0.1 patch for Nascar Racing 2003 season.

**File Size:** 7.27 mb                    **Downloads:** 17344

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)

☒ download from this location

**Portland *BETA*** | posted on September 26, 2003 at 2:30:34 PM

This track is a beta release, and requires the official patch for Nascar Racing 2003 Season from papyrus to work correctly.

**File Size:** 5.86 mb          **Downloads:** 14991

**Download Sites**

☒ download from this location

**Onlineracin.com** - Raleigh, NC (USA)

**Mesa Marin Raceway** | posted on September 12, 2003 at 8:34:56 PM

☒  Mesa Marin Raceway for Nascar Racing 2003 season. This track requires the patch for NR2003 be installed first in order for it to work.

**File Size:** 9.31 mb          **Downloads:** 27267

**Download Sites**

☒ download from this location

**Onlineracin.com** - Raleigh, NC (USA)

**Nashville Fairgrounds** | posted on September 2, 2003 at 3:03:41 PM

☒  This the the Nashville Fairgrounds speedway track for Nascar Racing 2003 season.

**File Size:** 9.03 mb          **Downloads:** 29855

**Download Sites**

☒ download from this location

**Onlineracin.com** - Raleigh, NC (USA)

**Thompson** | posted on August 29, 2003 at 11:20:39 AM

☒  Thompson Speedway for Nascar Racing 2003.

To install/run this track, you must first install the Papyrus 1.1.0.2( or newer) patch.

**File Size:** 5.83 mb                    **Downloads:** 25384

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)       download from this location

**Indianapolis Raceway Park** | posted on August 22, 2003 at 4:01:23 PM

Indianapolis Raceway Park for Nascar Racing 2003.

To install/run this track, you must first install the Papyrus 1.1.0.2 patch.

**File Size:** 7.35 mb                    **Downloads:** 29181

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)       download from this location

**Evergreen Speedway** | posted on August 19, 2003 at 11:37:36 PM

Our first track release. We hope you enjoy it. There are many more to come.

To install/run this track, you must first install the Papyrus 1.1.0.2 patch.

**File Size:** 7.12 mb                    **Downloads:** 27031

**Download Sites**

**Onlineracin.com** - Raleigh, NC (USA)       download from this location

# EXHIBIT 3

# Nascar Racing 2003 Season Facts :

Developer: Papyrus
Publisher: Sierra
Simulated Series: Nascar
Article Author: Jure Zagoricnik

User's Article Rating: 6.45
Number of votes: 128
Users's Comments / Reviews: 3
Date posted: 22-07-2003

# Project Wildfire Interview

First off, I would like to thank you guys for doing the interview. We all know you are
very busy so I will try to keep it as short and to the point as possible.

**PWF:** Thanks Jure, fire away.

**BHMS:** We always like to begin with introduction. So can you tell us a little bit about
the history of the Wildfire project? How it all started, how big is the team, what does
each person do...?

**PWF:** The history of Project Wildfire itself is fairly short. Not long after NR2003S was
released, we were contacted and informed that Papyrus was going to be unlocking
the physics models for the Busch and Craftsman Truck models. We were provided the
patches during beta testing & received some preliminary help from some of the folks
that work for Papyrus during their own time. We were well into creating the GNS and
CTS mod's when we were informed or I guess I should say surprised to learn of the
TA type physics. That's how it started, as we know it. At what point in time Papyrus
decided to make the physics models available via this last patch, I really don't know.
I'm under the impression that those models have been in the game for sometime
now. As far as who does what, John Hughes, John Beatty, Kevin Combs, Jay Taylor,
Sean Thompson, and Brian Simpson all do 2 and 3D art for both the car models and
tracks. It's pretty hard to break it up to exactly who does what because they all seem
to get involved with most of it. Jay does the AI balancing and puts out the 'raw'
version of the tracks. All of those guys then get their creative juices flowing and put
in the finishing touches. Bob Stanley does the setup work, some of the administrative
stuff and most of the PR work. In addition to artwork, John Beatty manages the
website and Kevin seems to be the general technical go to guy. John Henry acts as
our Sr. Advisor and we have some great beta testers; Rodney Arndt, Brian Tate, Billy
Murphy, Chad Fales, Jon Nelson, Shannon Whitmore, & Joe Tamborski

**BHMS:** What gave you guys the idea to do this and what is Papyrus' position on what
your doing?

**PWF:** I guess the idea came from our secret contact Other than providing us the
patch, Papyrus as a company does not have any involvement, but I think everyone
realizes that the individual people who've worked at Papyrus for a number of years
now would like to see the NR Series platform live on awhile longer. It's amazing to us
what a very small group of guys and gals have done for the sim community. I'd bet
that most people have no idea just how few people worked at Papyrus on the last
couple of titles and how hard they had to work to pull it off.

**BHMS:** Who approached whom? Did you approach Papyrus or did Papyrus approach
you about doing a mod to NR2003?

**PWF:** Neither. We (the members of Project Wildfire) were approached by an
individual with the right contacts.

**BHMS:** What was the hardest thing for the group to develop in the mod's?

**PWF:** Probably the Levels of Detail and the damage model.

**BHMS:** What modifications will be done to the damage model? Will damage model be
different for each mod (BGN/CTS/Trans-Am)?

**PWF:** Since the skins are the same for the Cup and BGN cars, that damage is the
same. The damage for the CTS truck has to be done from scratch and it has to be
done for each make, Chevy, Ford, Dodge, and Toyota. All of that is currently being
tweaked and it's really a painstaking process. It'll be the same for whichever 4 TA
cars we decide to model. Right now we're looking at doing the Jaguar, Vette,

Camaro, and Mustang. So far this season, those are the 4 manufacturers that have run the most.

**BHMS:** We know physics can make or break a game/mod. What is being done to make sure, the physics are as real as possible?

**PWF:** Putting on my Papyrus Beta Tester hat, I can tell you that we worked a lot on the tweaking the physics of the Cup model. Manuel Daskalos provided Papyrus a lot more info right at the end of the cycle for the release version especially in regards to aero mapping that didn't make the release version but is in the patch. As you know, the release of NR2003S coincided with the start of the season so there was real world data specific to this year that just wasn't available in time to make the release version. I can't really comment a whole lot in regards to the overall effort that was put into the BGN and CTS mod's to insure the physics are as real as possible but I do know that there have been some real world drivers that have driven the mod's and made very positive comments in regards to how they drive. As far as the TA mod goes, it needs to be thought of as more of a 'generic' road-racing model. It's close to a Trans Am car but it's definitely not as 'realistic' as the other mod's are.**BHMS:** Tell us a little bit about the Trans-Am mod. What modifications will be done to physics, setup options and will the brake lights be functional?

**PWF:** The setup options in the garage are the same for the TA type car as the NASCAR series cars are with the exception of a 6-speed gearbox. We'll have to see about the taillights, we haven't put a whole lot of work into the TA mod yet.

**BHMS:** Is it reasonable to say that NR2003 could have the potential to have a GPL/F1/CART (open wheel) type mod?

**PWF:** Maybe but I doubt it. We have 4 physics models now to choose from for whatever mod gets made and I imagine the TA type physics would be closest to an open wheel mod but realistically, power to weight ratio would be way off as well as aero dynamics just to mention a couple of differences.

**BHMS:** Will it be possible to run the CTS, BGN and WC cars in one race with each vehicle having its own specific physics?

**PWF:** Nope.

**BHMS:** Will the in-game Paint Shop be usable for mod's, or will the paint schemes have to be painted in Paint programs?

**PWF:** Only for the GNS mod because it uses the same skin as the Cup car but you can import cars in using the opponent manager now.

**BHMS:** I know people are really looking forward to the new tracks? What can we expect? How will AI behave on this tracks using different mod's?

**PWF:** Well here's something that hasn't been talked about much yet, we have the capability to modify the AI for each series in the track.ini files. We also have the ability to change some of the parameters such as grip and tire heat for each series as well.

**BHMS:** It's been communicated that Project Wildfire GNS and Truck Mod's are being made possible by way of Papy including options for these physics in the Kernel. Can you elaborate on what other tools that Papy has made available for track creation and other aspects of the mod's? Can you disclose any information on weather or not the public will ever be able to use the tools that you acquired from Papy?

**PWF:** We don't have any tools that allow us to modify the kernel so to maintain multiplayer compatibility we'll have to use the 4 physics models we have. See below in regards to other tools.

**BHMS:** Official Nascar Racing 2003 Season patch should make the game easier to modify. Can you give us any specific details?

**PWF:** There are some tools that we're planning to release as we can support them. As you know, there are guys on the Project Wildfire team that have worked for Papyrus so they know how to work some things that even if we gave them out today would do no one any good because they wouldn't know how to use them properly.

bhmotorsports - www.bhmotorsports.com
Case 1:05-cv-11639-NG Document 96-2 Filed 02/02/09 Page 33 of 46
Page 3 of 3

**BHMS:** Can people in any way help you with these projects? Can they donate money, buy T-Shirts, caps...?

**PWF:** We're working on this and we'll let you know as soon as we figure it out. Thanks for asking.

**BHMS:** You know this one was coming up... How close are we to release?

**PWF:** Your guess is as good as mine. Sierra has it for QA and we have no idea what their schedule is.

**BHMS:** I hope you enjoyed this interview. For more information go to Project Wildfire Official Website: http://www.projectwildfire.com.

# Comments :

| Author: Wayne | 23-07-2003 |
|---|---|
| Great | |

| Author: John | 23-07-2003 |
|---|---|
| Great Article | |

| Author: Joey | 27-07-2003 |
|---|---|
| HURRAY...long live the Papy Nascar racing series...Thanks PWF. | |

published at : www.bhmotorsports.com © copyright 1999 - 2002

# EXHIBIT   4

**From:**    &lt;steve@myersracing.com&gt;
**Date:**    Thursday, October 16, 2003 2:36 PM
**To:**    "Fred Anderson" &lt;fred@wolfnettech.com&gt;
**Cc:**    &lt;jkohl@nc.rr.com&gt;
**Subject:**    Re: First Contact...

I nor anyone at Papyrus has any involvement in what is happening at PWF at this time. If you are looking for feedback from them then you should ask them. My own personal opinion from reading your posts in the shared info forum is that you are not getting answers because you seem to be posting with an attitude. I am not really sure if this is your intention or not, but if I perceive this than I am sure others must as well.

I would kindly ask that you change your readme for the tool on how you obtained the source code, we gave it to you so it's not a mystery as to how you got it. The way you have it worded currently sounds like someone stole it which is not a good thing. I personally have not checked out the tool, and I honestly would have no clue if it works since I have no real experience with Max. Glad you got something put together though, I am sure there will be some very happy people out there.

Steve

-----"Fred Anderson" &lt;fred@wolfnettech.com&gt; wrote: -----

To: &lt;steve@myersracing.com&gt;
From: "Fred Anderson" &lt;fred@wolfnettech.com&gt;
Date: 10/16/2003 11:52AM
Subject: Re: First Contact...

Steve, I found out that you were the one who had supplied the source code for the Plugin, I wanted to thank you for that. I am not sure what all went on behind the scenes for that to happen but I appreciate your help.

Now, on to the real question, what's going on? I am trying to get som efeedback from people in your camp and noone will reply to my posts in the "Shared" section or my personal email attempts.

Like I had said to JayT if you have something to say to me, please do so, being direct is the best way. I would offer the same courtesy to you.

Back to the plug, I want to release the final version but I cant find anyone to test it fully. Maybe we could play that game were I ask you -> you ask someone, they try it out, they tell you -> and then you tell someone whoe tells me or you send out a smoke signal or hold up a sign at the RedSox game ( that may only apply to today).

Thanks, Fred

    ----- Original Message -----
    **From:** steve@myersracing.com
    **To:** Fred Anderson
    **Sent:** Friday, August 01, 2003 4:37 PM
    **Subject:** Re: First Contact...

    Hi Fred,

    I am pretty sure I know who you are, fire away with what questions you have. I can't promise I can answer them all.

Steve
-----"Fred Anderson" <fred@wolfnettech.com> wrote: -----

To: <steve@myersracing.com>
From: "Fred Anderson" <fred@wolfnettech.com>
Date: 08/01/2003 11:51AM
Subject: First Contact...

Hi Steve, my name is Fred Anderson. I have been working on papy files for a couple of years (playing since n1).
I was talking with John H, and he mentioned that you would possibly be available for a few questions I might have.

Well, I have a few. Lot's actually, but I can limit them.

Let me know if you are interested in hearing them.
Also, I can send you an email with a little history if you like.

Thanks, Fred
Fred Anderson
fred@speedcircuit.com

# EXHIBIT   5



# About.com. NASCAR Racing

A faster, safer way to browse the web



Install Google Chrome



## Steve's NASCAR Racing Blog

By **Steve McCormick**, About.com Guide to NASCAR Racing since 1997

**Free NASCAR Racing Newsletter!**

Enter email address    **SIGN UP**

**Discuss** in my Forum

## Papyrus Closes Its Doors

Monday May 10, 2004

Some sad news for the millions of people who love to race NASCAR on their PCs. Papyrus, makers of the NASCAR Racing 2003 Season and a number o other great racing games has closed its doors for good. EA Sports bought the exclusive rights to NASCAR PC games last year for their NASCAR Thunde series and apparently this is the result.

I'd like to thank the folks at Papyrus Racing Games for the thousands of hours of enjoyment I have received from their products dating back to the original Indianapolis 500 title all the way to their final NASCAR Racing 2003 Season. With the work of dedicated sim enthusiasts like Project Wildfire I i sure that I will spend many more hundreds of hours with Papyrus racing products.

Thank you all, and good luck in the future. Your true talents and passion will hopefully find you back in sim racing development soon.

**Prev**    **Next**

Leave a Comm

## Comments

**(1) dennis says:**

February 27, 2007 at 4:23 pn

i had the 2002 racing sim. and sadly i lost it. is there anyway to get the nascar 2003 sim. from sierra? i would like to play again and from what i see this game is still the best simulator out there. stupid EA cant make anything right except Madden. stick with football and let the right guys d nascar...like it use to be



March 15, 2007 at 4:25 pm

**(2) deeds says:**

That pisses me off i love nascar racing 2002 and many other papyrus games ARGG

May 29, 2007 at 5:50 pm

**(3) swatcop819 says:**

I have NASCAR Racing 4 and lost the CD key. Any ideas how to locate one?

Leave a Comment

## Explore NASCAR Racing

**Free NASCAR Racing Newsletter!**

Enter email address    **SIGN UP**

**By Category**
- NASCAR 101
- 2008 NASCAR Season
- 2009 NASCAR Season
- Drivers
- Tracks
- History of NASCAR
- Cars
- Tickets
- Games and Quizzes
- Scanners / Frequencies
- Rules and Strategy
- Media
- NASCAR Culture
- Teams

**Must Reads**
- 2009 NASCAR Sprint Cup Schedule
- How To Buy NASCAR Tickets
- How do I get started in NASCAR?
- How The NASCAR Point System Works
- What is NASCAR?

**Most Popular**
2009 NASCAR Sprint Cup Series Schedule
NASCAR Race Cars - Quiz
Logitech G25 Racing Wheel
NASCAR Nickname Quiz
How To Become a NASCAR Star

# EXHBIT   6

REDACTED



**Home** ∗ **Join** ∗ **The Drivers** ∗ 🔲 ∗ 🔲 ∗ **Tips & Tricks** ∗ **Links** ∗ 🔲

# Open Wheel Racing Mod for NR2003

### By: Torn8oAlley.com and XRL/OW

### ** IMPORTANT: Read the following BEFORE download and install **

Click the images above to enlarge

## PLEASE READ AND UNDERSTAND BEFORE INSTALLING

NASCAR(r) Racing 2003 Season 1.1.0.2 - XRL/OW and Torn8oAlley.com Open Wheel Racing (OWR) Mod v1

7/09/04

TABLE OF CONTENTS:
[1] HOW TO INSTALL THE OWR MOD
[2] RUNNING THE OWR MOD FOR THE FIRST TIME
[3] FEATURES
[4] KNOWN ISSUES
[5] TROUBLE REPORTING
[6] CREDITS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE 1: The OWR Mod will only work if you have previously installed the Papyrus 1.1.0.2 Patch. The OWR mod is designed using the PTA physics. There are 9 tracks included with this mod for the OWR. Those tracks will all begin with the letters, OWR at the beginning of them in the tracks drop down screen in game. More tracks will be supplied as separate downloads on the XRL/OW site (http://xrl.home.comcast.net) site and at Torn8oAlley.com

NOTE 2: Your NR2003 installation must have the default sound folder, i.e. c:\Papyrus\NASCAR Racing 2003 Season\sound, before

REDACTED

Robinson
EXHIBIT NO. 9
1/15/05
B. PALIOTTA

REDACTED

installing OWR and using the OW Sound Switcher.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## [1] HOW TO INSTALL THE ADD-ON:
==================================

The OWR mod is supplied as a self-extracting installation. If you previously installed your game using the default installation path of C:\Papyrus\NASCAR Racing 2003 Season, simply follow the instruction/prompts for installation. If your game installed in a different location, use the Browse button on this installer to locate your NASCAR Racing 2003 folder and install to there.

## [2] RUNNING THE OWR ADD-ON FOR THE FIRST TIME:
==================================

You will notice 2 arrow buttons at the bottom of the main menu with the phrase "Active Series" to the left of the arrow buttons. Use the buttons to select "Open Wheel Racing" select a car in the Player Info, and have fun.

## [3] FEATURES:
==================================

A: Paint schemes for 23 drivers and teams for the OWR 2004 season have been included.

B: Setups have been included for both simulation as well as arcade mode. The OWR setups are based on the PTA Physics. The OWR setups included have been designed to provide a unique 'softer' and less powerful feel. The setups are also balanced in accordance with the AI.

C: The OWR mod includes a sound switching utility. By double clicking the "OW Sound Switcher" icon (on desktop) after installation, the switcher will rename your original sounds folder to sound_NASCAR, and the sound_ow folder will be renamed to sound. When you are finished with the OWR mod and want to switch back to your original NR2003 sounds, simply double click the icon and everything will be returned back to it's normal configuration.

## [4] KNOWN ISSUES:
==================================

A: PAINTING YOUR OWN CAR The OWR cars can not be painted using the in-game paint booth. You must use a 3rd party application, such as Paint Shop Pro or Photoshop. The supplied templates work in both applications. Once you have painted your car with either PSP or Photoshop, simply import the new car using the Opponent Manager, much like you would with a normal Cup, GNS, CTS, or any other mod car. If you are not familiar with

painting/importing/exporting cars, there are plenty of people willing to help on several sim racing sites such as the PWF forums, or The US Pits.

**B: USING OWR MOD AT NON OWR TRACKS**
The OWR Mod is based on the PTA physics. In conjunction with that, the track.ini files for each OWR track has been modified so that the mod exhibits greater speed and grip at those tracks. If you wish to race the OWR Mod at a track other than OWR supported you will need to modify certain settings within the specific track.ini file. If you choose to modify any settings in any track.ini file, we STRONGLY suggest you make a backup copy of that file before making any changes. We suggest that you take a close look at an existing OWR track.ini files as a general guide to values that should work. To modify the track.ini file, open the file in any text editing program. Scroll down until you find the following statement:

track_asphalt_grip = X.XX ; > 1.0 means more grip. This shouldn't have to change by more than +- 0.05

where X.XX is a numerical value. By increasing the value stated in the track.ini, you will attain the necessary performance consistent with the OWR Mod. Values can range widely from one track to another. You will need to test the results of the values you use. In addition, you will need to make adjustments for tire heat build-up. In this case, look for the following statement:

track_tire_heat = 1.08 ; > modifies amount of heat going into the tire at a given track.

In almost all cases, you will want to lower the value. Make note of your tire temps during testing of the new grip value. It is suggested you aim for a tire temperature of approximately 210 degrees at 70 degrees track temperature with the new grip value combined with the new heat value.

You may also wish to edit the tire wear values as well. Again, look for the following statements:

track_tire_wear = 0.51 ; > 1.0 means more wear, i.e. 2.0 is twice normal wear, 0.5 is half normal wear
track_tire_wear_loss = 0.29 ; percentage of grip lost at full tire wear

It is strongly recommended that any changes you consider making to these values be done after using a complete tank of gas. You will need to experiment with values that will cause tire wear to coincide with fuel consumption. In all cases, any changes to track.ini files are done at your own risk. Do not contact us for the original

REDACTED

track.ini files in the event of errors.

C: It is recommended that you create a separate Player for this mod.

## [5] TROUBLE REPORTING:
===================================
Torn8oAlley.com and eXtreme Racing League (www.fzeri.com/xrl), (www.xrl.home.comcast.net) are not supported by or affiliated with Vivendi Universal Games, Sierra Online, or Papyrus Racing Games so please do not call or email the above for technical support with OWR Mod issues. You may use the support forums at torn8oalley.com. Direct link: http://torn8oalley.com/cgi-bin/yabb/YaBB.pl

## [6] CREDITS:
===================================
{Development Team}
Joe Barlow
Glen Cambell
Rob Peterson
David Kesterson
Kerm Fehlhaber

{Beta Testers}
Joe Barlow
Sam Barlow
Francesco Zeri
Glen Campbell
Rob Peterson
David Kesterson
Tim Robinson
Tony Gentile
Todd Diessner
Raymond Haynes
Jimmy Monteiro
John Radford
Teddy Welch
Bernie Dessoye
Andrew Smith
Robert Cope
Gary Antel
Rich Leyer
Tommy Owings

Torn8oAlley.com -
http://www.Torn8oAlley.com
Contact E-Mail: theboard@Torn8oAlley.com

REDACTED

**eXtreme Racing League -**
**www.fzeri.com/xrl**
**http://xrl.home.comcast.net**
**Contact E-Mail: xrl@comcast.net**

**Special thanks to the members of the EDITING forum at**
**TheUSPits.com. Without their assistance, this would not be**
**possible.**

**Thanks to Klaus Horbrand for WINMIP tools. Get WINMIP2 at**
**http://www.horbra.de/winmip/**

**Thanks to Fred "White Falcon"Anderson and Don "AxaptaCoder"**
**Price, and The US Pits for the CarViewer utility TheUSPits.com.**

# Open Wheel Racing (OWR) Mod Files

### These are Mod .exe files.
It is recommended that you only install the Hi-Res if you have a very fast computer and getting

great framerates (fps)

| FILE NAME | BY: | WEBSITE | FILE SIZE | DOWNLOAD |
|---|---|---|---|---|
| Low Res 512 X 512 | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 14.8 Megs | Torn8oAlley.com |
| High Res 1024 X 1024 | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 31 Megs | Torn8oAlley.com |
| Low Res 512 X 512 | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 14.8 Megs | http://xrl.home.comcast.net/ |
| High Res 1024 X 1024 | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 31 Megs | http://xrl.home.comcast.net/ |

REDACTED

REDACTED

# Open Wheel Racing (OWR) Graphics / Painting

**\*These are zip files. Just download and unzip to a folder of your choice.**

| FILE NAME | BY: | WEBSITE | FILE SIZE | DOWNLOAD |
|---|---|---|---|---|
| Templates PSP | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 789 KB | Download Here |
| Templates PSD | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 881 KB | Download Here |
| Car Viewer | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 831 KB | Download Here |
| Black Gauges | Torn8oAlley.com / xrl.home.comcast.net | Torn8oAlley.com | 100 KB | Download Here |

# Open Wheel Racing (OWR) Tracks Coming soon

REDACTED