# EXHBIT   7

OW-Racing.com

Welcome to OW-Racing.com



# EVERYTHING OPEN WHEEL RELATED! Welcome to OW-Racing.com, the OFFICIAL

Recent Forum Posts

# Site for anything related to the OWR Mod for Nascar Racing 2003 and the upcoming SPRINT CAR (SC) mod. All support for both mods

OW-Racing
Home

- Home – News
- Contact Us
- Content
- Download Area
- Forums
- Private Messages
- Recommend Us
- Search
- Statistics
- Surveys
- Links
- Your Account

User
Info

**Welcome Anonymous**

Nickname

Password

(Register)    [ Login ]

**Membership:**
Latest: **braintez**
New Today: **0**
New Yesterday: **6**
Overall: **105**

Donations
Appreciated!

**Your donations are greatly appreciated, and help OW-Racing.com continue to expand and provide quality support**

[x] Make payments with PayPal - it's fast, free and secure!

OWR Online
Chat

| Room name | online |
| --- | --- |
| General Discussion | 0 |
| NASCAR Talk | 0 |
| Open Wheel Chat | 0 |
| Developers Only | 0 |

[ OW-Racing Chat ]

OW-Racing.com

**People Online:**
Members: **0**
Visitors: **1**
Total: **1**

■ **Who Is Where:**
**Visitors:**
01 : News

■ **Staff Online:**

*No staff members are online!*

Survey

**What do you think about this site?**

○ Ummmm, not bad
○ Cool
○ Terrific
○ The best one!
○ what the hell is this?

[ Vote ]

**Results**
**Polls**

Votes 46

will be done through this site. Whether it is OWR Tracks, OWR Mod Updates, OWR Graphics updates, SC Tracks, SC Mod Updates, or SC Graphics

OW-Racing
Time

News/Sports/Strange

 The page c

The page you are lookin might be experiencing tr your browser settings.

Please try the following:

Latest Virus
Info

**Latest Threats:**
▣ W32.Myfip.A

▣ W32.Evaman.C - Discovered: 08/04/04

▣ W32.Gaobot.BAJ - Discovered: 08/03/04

# Updates, this is the place.

**Some of what you can expect from OW-Racing.com**



**Sprint Car Progress Pics**

sc- sc- sc-
6.jpg 7.jpg 5.jpg

[2]W32.Korgo.AD — Discovered: 08/02/04

— Discovered: 08/02/04
More...

**Top Threats:**
[3]W32.Mydoom.M

[3]W32.Beagle.AG — Discovered: 07/26/04

— Discovered: 07/19/04

**Security Advisories:**

-> Microsoft Windows Task Scheduler
Remote Buffer Overflow Vulnerability

-> Microsoft DirectX DirectPlay Remote
Malformed Packet Denial Of Service
Vulnerability

-> Microsoft Windows HSC DVD Driver
Upgrade Code Execution Vulnerability
More...

© JAG

OW-Racing.com

Click to check if this page is realy HTML 4.01 compliant for speed :)

Privacy Policy All logos and trademarks in this site are property of the CPG-Nuke team.
The comments are property of their posters, all the rest © 2004 by OW-Racing.com
You can syndicate our news using the file backend.php or ultramode.txt
Page Generation: 0.3711 Seconds and 42 DB Queries in 0.0807 Seconds
Interactive software released under GNU GPL 2, Code Credits

OW-Racing.com - Downloads



Recent Forum
Posts

Donations
Appreciated!

**Your donations are greatly appreciated, and help
OW-Racing.com continue to expand and provide
quality support**

☒ Make payments with PayPal - it's fast, free and secure!

OWR Online
Chat

| Room name | online |
|---|---|
| General Discussion | 0 |
| NASCAR Talk | 0 |
| Open Wheel Chat | 0 |

OW-Racing
Home

■ Home - News
■ Contact Us
■ Content
■ Download Area
■ Forums
■ Private Messages
■ Recommend Us
■ Search
■ Statistics
■ Surveys
■ Links
■ Your Account

User
Info

Welcome **Anonymous**

[ Add Download | New | Popular | Top Rated ]            Search

**Downloads Main Categories**

**Misc Downloads** (0)            **OW-Racing Files**

Nickname

Password

(Register) [ Login ]

**Membership:**
Latest: **braintez**
New Today: **0**
New Yesterday: **6**
Overall: **105**

**People Online:**
Members: **0**
Visitors: **2**
Total: **2**

**Who Is Where:**
**Visitors:**
01: Download Area
02: News

■ **Staff Online:**

*No staff members are online!*

Survey

**What do you think about this site?**
○ Ummmm, not bad
○ Cool

**Project Wildfire** (0)
PWF Expert Setups (3), PWF Open Setups (0), PWF Tracks (1)

There are **27** Downloads and **11** Categories in our database

New Downloads

| | |
|---|---|
| Z-Mod Files | 65 |
| OWR 3d Steering Wheel for 3ds Max and Z-Mod | 50 |
| OWR Indianapolis Track.ini FIX | 88 |
| OWR Track.ini FIX | 72 |
| OWR Championship FIX | 67 |
| OWR Hi-Res Mod | 374 |
| OWR Lo-Res Mod | 101 |
| OWR Black Guages | 61 |
| OWR Lo-Res Shadow Fix | 49 |
| OWR Sarah Fisher | 80 |

(0)
OW-Racing Add-Ons (3), OW-Racing Graphics (6), OW-Racing Mods (2)

Most Popular - Top 10

| | |
|---|---|
| OWR Hi-Res Mod | 374 |
| OWR Lo-Res Mod | 101 |
| OWR Indianapolis Track.ini FIX | 88 |
| OWR Sarah Fisher Car | 80 |
| OWR Homestead | 74 |
| OWR Track.ini FIX | 72 |
| OWR Championship FIX | 67 |
| Z-Mod Files | 65 |
| OWR Black Guages | 61 |
| OWR Indianapolis | 56 |

[[ Most Popular - Top Downloads ]]

Developers Only    0

[ OW-Racing Chat ]

OW-Racing Time

News/Sports/Strange

🔲 The page c ◄

The page you are lookin might be experiencing tr your browser settings.

Please try the following:

Latest Virus Info

**Latest Threats:**
☑W32.Myfip.A

Case 1:05-cv-11639-NG   Document 96-3   Filed 02/02/09   Page 8 of 77

OW-Racing.com - Downloads

○ Terrific
○ The best one!
○ what the hell is this?

[Vote]

**Results**
**Polls**

Votes **46**

Car

|| New Downloads ||

2 W32.Evaman.C — Discovered: 08/04/04

2 W32.Gaobot.BAJ — Discovered: 08/03/04

2 W32.Korgo.AD — Discovered: 08/02/04

More...

**Top Threats:**
3 W32.Mydoom.M

3 W32.Beagle.AG — Discovered: 07/26/04

— Discovered: 07/19/04

**Security Advisories:**
-> Microsoft Windows Task Scheduler Remote Buffer
Overflow Vulnerability

-> Microsoft DirectX DirectPlay Remote Malformed
Packet Denial Of Service Vulnerability

-> Microsoft Windows HSC DVD Driver Upgrade
Code Execution Vulnerability

More...

© JAG

Click to check if this page is realy HTML 4.01 compliant for speed :)

Privacy Policy All logos and trademarks in this site are property of the CPG-Nuke team.
The comments are property of their posters, all the rest © 2004 by OW-Racing.com
You can syndicate our news using the file backend.php or ultramode.txt
Page Generation: 0.1630 Seconds and 54 DB Queries in 0.0420 Seconds
Interactive software released under GNU GPL 2, Code Credits

# EXHIBIT  8



Welcome to Project Wildfire!                    home  |  forum

## Project Wildfire (PWF) Press Release

Project Wildfire, the internet based creator of many popular NR2003 modifications, is pleased to announce that we have been signed on to help in the creation of a retail racing product.  We will begin work on an exciting new racing experience immediately.  We are very proud of what we have achieved and are equally thrilled that a development studio has recognized our talents.  We look forward to discussing our future plans with you, and when the time is right we will provide you with additional details.

Our site will remain active and our forums will remain up. However, we will be removing all downloadable content from our site.

Thanks for making this a very enjoyable experience for us all. The tradition will continue....

-The Project Wildfire Staff

# EXHIBIT   9

 ☒ Stock Car

NEWS

ARCHIVES

CONTACT US

ABOUT FIRST

# Welcome to FIRST-Racing.net!

Here at FIRST-Racing.net you will find the finest PC auto racing simulations ever produced. And, you will r have the opportunity to drive your favorite race cars on your favorite race tracks but you'll also be able to rat wheel with drivers from all over the globe.

FIRST-Racing.net was founded in June of 2004 by John Henry, principal owner of the Boston Red Sox, and Kaemmer, co-founder of Papyrus Racing Games. They set a very simple mission; to produce the finest PC a simulations ever. Regardless of your past involvement in auto racing or auto racing simulations, you'll be al all at FIRST-Racing.net. You will be able to learn the basics through a FIRST-Racing.net racing school and win races in a FIRST-Racing.net sanctioned race series.

After forming the Federation of International Racing and Sanctioning Trust, the FIRST in FIRST-Racing.ne and Kaemmer set to work by acquiring the rights to the award winning source code that Kaemmer helped to Papyrus Racing Games. An avid participant in the auto racing simulation community, Henry explains his p. with Kaemmer and the subsequent launch of FIRST-Racing.net. "Dave Kaemmer is a legend in the world of simulation. When it comes to producing realism in the driving experience, no one does it better. He has a track record in creating the best racing simulations ever produced. His Grand Prix Legends and NASCAR R 2003 titles are the standard by which all auto racing simulations are judged. FIRST-Racing.net will create t generation of what is already a highly sophisticated and exhilarating platform for open-wheel and all other f auto racing."

Join our mailing list for updates about FIRST-Racing.net

Enter your email address:

[                    ] submit

Welcome to FIRST Online Racing

For Kaemmer, an accomplished open wheel racer in his own right, this is the next step in his 15 year career racing simulation. "No one else is making true cost-effective PC-based auto racing simulations that are used effective for training real race car drivers. The Papyrus simulation code is state of the art and has already he the skills of quite a few professional and thousands of amateur racers. Working with us at FIRST-Racing.ne former Papyrus engineers and production staff who collectively have over 50 years of experience in producing world's leading racing simulations for personal computers. FIRST-Racing.net will deliver the next step."

And, that next step will incorporate new technology to heighten the realism as well as a sanctioning body to truly global online sport. FIRST-Racing.net...GET READY!

Enter your email address to join the FIRST-Racing.net mailing list and visit often for updates!

Posted on 09/26 at 08:37 AM

Page 1 of 1 pages



NEWS

ARCHIVES

CONTACT US

ABOUT FIRST

Join our mailing list for updates about FIRST-Racing.net

Enter your email address:

[ submit ]

# Beta Testers Needed

FIRST-Racing.net invites you to join our FIRST-Racing beta league. This beta, in process since October, is a testing of ideas and concepts for future products. This league will begin January 2nd and will take place Sun Monday, Wednesday and Thursday nights.

You are required to own a copy of NASCAR 2003 Season. We will provide the mods we will use if your appli accepted.

We will be running oval and road course series on all nights. You will be asked to average at least two races ] You choose the night(s) you want to race. Times are generally 9pm and midnight Eastern U.S. Time. There race time each night for European drivers to be announced.

You will be required to sign a non-disclosure agreement and also to verify all information.

If you are interested in joining us please fill out an application located at http://web.archive.org/web/20050311215343/http://www.first-racing.net/index.php?/First-Racing/applic All information is required and will be verified.

FIRST-Racing.net will call you for verification if your application is accepted and we choose to invite you int beta.

Welcome to FIRST Online Racing

Thank you,
FIRST-Racing.net

Posted on 12/08 at 02:15 PM

Member Import | Return to News | FIRST-Racing.net Open Letter to the Community

# EXHIBIT   10

Case 1:05-cv-11639-NG   Document 96-3   Filed 02/02/09   Page 18 of 77



**iRacing.com**
MOTORSPORT SIMULATIONS

The Service   Technology   Cars & Tracks   Latest News   Testimonials   Partners   Contact   M








**WORLD CUP** of iRacing

**2009 World Cup of iRacing**

**GIFT CARDS**
AVAILABLE NOW!

**iRacing Gift Certificates Available**

**NEWS**

**News Archive**

**Corvette Coming to iRacing**

### iRacing.com Enters Beta Test Phase: Web-based Racing Simulation Service Expected to Launch in June

**BEDFORD, MA (May 05, 2008)** - iRacing.com Motorsport Simulations co-principals John and David Kaemmer today announced the transition from alpha to beta testing of the con new motorsport simulation and integrated internet racing service. The announcement ma culmination of nearly four years of development work.

"For people who have been with us from the start, including the development team, teste the racing enthusiasts anticipating our launch, it has been a long road," said Henry. "But t of beta testing is an enormous milestone for us. Most importantly, for all those who have patient, it's a sign that we're nearly there. While we still have a lot of work to complete, we anticipate that beta will be measured in weeks rather than months."

Henry said that formal alpha testing of the service - which integrates new simulation softw web-based infrastructure and a professionally run sanctioning body - began a little more t year ago, but testing of the concept began even before the company was formally incorpo in fall of 2004. "A core group of us had already started working on various aspects of the and in August of 2004 we recruited about 30 veteran simracers to help us test out our ide



While test-driving the new iRacing simulation software, beta testers will be asked to experiment with and comment on the in-sim user interface,

iRacing.com Motorsport Simulations

Page 2 of 2

which has recently been completely redesigned.



**SESSION SELECTION**

A new members' website is the central platform for the iRacing simulation service, providing a seamless, integrated experience as subscribers access the simulation and interact with the community.

preliminary work. Given the complexity of this undertaking, it's a testament to the quality of people involved that we've made it to beta in less than four years."

Kaemmer, the company's CEO, has spearheaded the development of the new iRacing simulation software, which features unprecedented accuracy and authenticity. "We've had excellent balance in our alpha test group of racers who drive in the physical world and the drive in the virtual world," he noted. "Their feedback has been a very important element in engineering process - a critical one, really - and we, along with everyone who drives this simulation in the future, owe them a debt of gratitude."

The iRacing alpha testers have contributed in another fashion as well; as a group they've recruit close to 1,000 incoming beta testers, who in turn will assist in the recruitment of th wave of new iRacing members at the conclusion of beta testing.

"As eager as we are to make the iRacing experience available to everyone, the quality of members' experience is the most important factor," said Tony Gardner, iRacing's preside CFO. "So we've always planned to have a rolling launch. The service is designed to be fu scalable, so in time we'll be able to accommodate literally hundreds of thousands of mem But we'll take that one step at a time. And it shouldn't be long until we're ready to open ou to anyone with an interest in internet racing."

Gardner pointed out that while the nature of iRacing's web-based subscription service necessitates a measured pace at launch, it brings with it a host of member benefits, inclu continual improvements to the simulation software and service. "During beta we'll still be tweaking the software, but it doesn't end there. Our business model and our infrastructure us the ability to continuously develop and refine both the simulation and the service, and automatic updating system will make sure that every member benefits from those improvements."

**About iRacing.com**

iRacing.com was founded in September of 2004 by Dave Kaemmer and John Henry. Ka was co-founder of Papyrus Design Group, developers of award-winning racing simulator including NASCAR Racing: 2003 Season and Grand Prix Legends. Henry is principal own the Boston Red Sox and Fenway Sports Group – the co-owner of Roush Fenway Racing well as an avid simracer. The iRacing team combines more than 100 years of real-world i experience with more than 50 years of successful racing simulation development. The co has developed numerous corporate relationships in the motorsport industry, including agreements to develop track simulations with International Speedway Corporation, Spee Motorsports, and Panoz Motor Sports Group and vehicles with General Motors, Riley Technologies, Radical Sportscars, and 600 Racing. iRacing is the official simulation partn the Star Mazda Championship and the Skip Barber Racing School.

**Home | Privacy Policy | Site Map | FAQ | Gear Store | System Requirements | Member Site**

Copyright 2008, iRacing.com Motorsport Simulations

# EXHIBIT   11

NEWS

ARCHIVES

CONTACT US

ABOUT FIRST

# FIRST-Racing.net Application Form

All information will be verfied so please be sure to complete the entire

Full Name:

Address:

City:

Join our mailing list for updates
about FIRST-Racing.net

Enter your email address:

State:

[ submit ]

Zip:

Country:

Email Address:

Phone Number:

Occupation:

Date of Birth - Month/Day/Year:
01 ⌄  01 ⌄  1901 ⌄

Preference:
Oval Racing ⌄

Real Racing Experience (None Required):

Sim Racing Experience (None Required):



Clear   Submit

# EXHIBIT 12

| Exhibit | 2005 | Time | From |
|---------|------|------|------|
| A | Mar 04 | 01:19 P | Steve Myers |
| B | Mar 04 | 04:28 P | Tim Robinson |
| C | Mar 07 | 04:18 P | Steve Myers |
| D | Mar 15 | 09:35 A | Steve Myers |
| E | Mar 18 | 12:26 A | Tim Robinson |
|   | Mar 18 | 12:49 P | Steve Myers |
| F | Apr 01 | 01:52 P | Bret Roubinek |
| G | Apr 08 | 07:16 P | Tim Robinson |
|   | Apr 11 | 10:26 A | Bret Roubinek |
| H | May 24 | 02:32 P | Tim Robinson |
|   | May 24 | 01:56 P | Bret Roubinek |
|   | May 24 | 04:35 P | Tim Robinson |
|   | May 24 | 03:49 P | Bret Roubinek |
| I | Jun 02 | 10:10 A | Bret Roubinek |
| J | Jun 02 | 12:56 P | Tim Robinson |
|   | Jun 02 | 12:10 P | Roubinek |
| K | Jun 09 | 01:14 A | Tim Robinson |
|   | Jun 09 | 02:25 P | Bret Roubinek |
| L | Jun 09 | 04:05 P | Tim Robinson |
|   | Jun 10 | 03:30 P | Bret Roubinek |
| M | Jun 22 | 11:01 P | Tim Robinson |
|   | Jun 22 | 10:10 P | Bret Roubinek |

# EXHIBIT   A

## Tim Robinson

**From:** Steve.Myers@First-Racing.net

**Sent:** Friday, March 04, 2005 1:19 PM

**To:** n3mcx@swbell.net

**Cc:** mjc@mbbp.com; Brett.Roubinek@First-Racing.net

**Subject:** Notice of copyright violation


Mr. Robinson,

We are asking for your cooperation in removing any and all content that you have put up on the web that infringes on FIRST's copyrights, which include all rights to the source and object code of the NASCAR Racing 2003 Season PC game published by Vivendi Universal Games **not expressly granted to the end user in the End User License Agreement included with the retail version of said game.** The rights **not** granted include, without limitation, the rights to modify or create derivative works. It has come to our attention that you have willfully posted material which violates those rights and respectfully ask you to stop. Please remove all said content by 5:00 PM Eastern Daylight Time Monday, March 7, 2005, and reply to this email with confirmation that you have done so.

FIRST's policy regarding these rights is as follows:

**We will not tolerate the violation of our intellectual property rights, including the hacking of our executables, distribution of hacked executables, creating tools intended to hack our executables or distribution of such tools. We are prepared to take whatever legal action we determine is appropriate to protect our intellectual property rights. If you are hosting any files that violate these rights, we respectfully ask that you remove them immediately and ensure that they do not get put back up. If you are aware of any such files or sites we would appreciate your cooperation in helping us stop this illegal activity.**

Thank you in advance for your cooperation,

Steve Myers
Vice President of Operations, FIRST-Racing.net

10/18/2005

# EXHIBIT   B

## Tim Robinson

**From:** Tim Robinson [swdiecast@ow-racing.com]

**Sent:** Sunday, March 06, 2005 4:28 PM

**To:** maxtone@torn8oalley.net

**Cc:** swdiecast@ow-racing.com; swdiecast@torn8oalley.net

**Subject:** FW: Potential Copyright Issues with OWR05

> **From:** Tim Robinson [mailto:swdiecast@ow-racing.com]
> **Sent:** Friday, March 04, 2005 6:03 PM
> **To:** 'Steve.Myers@First-Racing.net'
> **Subject:** Potential Copyright Issues with OWR05
>
> Steve,
>
> On behalf of the entire team at OW-Racing.com I am sending this email to you.
>
> I have sent several other emails recently and all have gone unanswered. I suspect
> people are lurking in the background just waiting to drop a hammer on us, but would
> hope that is not the case.
>
> With all the controversy in the Sim Racing community, I feel it is only appropriate that I
> make one last attempt to solicit a response from FIRST-RACING.
>
> As you may or may not know, we at OW-Racing developed a mod to NR2003 which was
> released during the summer last year as a beta product. We are now at a stage in the
> development where we plan to release it as a final version.
>
> It does and will use highly modified NR2003 physics, which FIRST claims is a violation of
> their intellectual property among other things.
>
> Frankly, we disagree with that stance, as the company that originally created the code no
> longer exists, and since the EULA associated with that software doesn't mention FIRST-
> RACING, I truly doubt we are violating anything.
>
> You bought the rights to the code and objects, not the entire product. The copyright you
> purchased enables you to modify the physics which then protects your version of your
> own executable when it is completed, which I have no problem supporting.
>
> Papyrus/Vivendi/Sierra opened the door to modders when they released "the patch" and
> now FIRST is trying to squash something they legally have no control over.
>
> Regardless, I am not here to debate the merits of the argument which you have
> presented in your "Open Letter" , I am simply here to engage FIRST-RACING in an
> attempt to peacefully co-exist and not have to worry about the threats which seem to be
> running rampant.
>
> I have already engaged track owners to continue to use their track likeness, logos,
> name, etc, and all that have responded back are more than happy to allow us to continue
> to use that information in this mod. Most didn't even blink. A couple wanted more info,
> which was provided, and then approval was granted.
>
> We don't intend to sell our product, it will be distributed freely. We see it much as we see

"no-cd patches" that currently exist, that allow people to use their games without the CD in place.  Additionally, since you don't have a product, we believe we are not infringing on anything since the product we have is a Papyrus/Vivendi product, not a FIRST-RACING product.

In any event, we are willing to work with FIRST-RACING in whatever way necessary to peacefully co-exist in this sim racing world.  I can think of numerous ways and opportunities where we can be complimentary to each other rather than having to be enemies.  Hopefully you can appreciate and see some of the same opportunities.

I look forward to hearing from you in this matter.

Thanks for your consideration and time reading my ramblings.

Respectfully,


Tim Robinson
Owner
OW-Racing.com
www.ow-racing.com

# EXHIBIT   C

## Tim Robinson

**From:** Steve.Myers@First-Racing.net

**Sent:** Monday, March 07, 2005 4:18 PM

**To:** swdiecast@ow-racing.com

**Cc:** mjc@mbbp.com; Brett.Roubinek@First-Racing.net

**Subject:** Re: Potential Copyright Issues with OWR05

Tim,

I have not heard back from you regarding this issue and I have not seen you comply with our request. Please call me, I can be reached at 781-541-6360 x103. If I have left for the evening please leave me a number that I can reach you at during the day tomorrow.

-Steve

Tim,

This was sent to you today at another email address that was linked to your site. Despite what you may believe, these rights have been transferred to FIRST. We are requesting that you remove any "mods" that hack our exe from your website and stop development on any such "mods" in the works. I am not sure how you have tried to contact us, but I have never received any email or messages regarding your site.

Sincerely,

Steve Myers

**Steve Myers/FIRST-Racing**

03/04/2005 02:19 PM

To n3mox@swbell.net

cc mjc@mbbp.com, Brett.Roubinek@First-Racing.net

Subject Notice of copyright violation

Mr. Robinson,

We are asking for your cooperation in removing any and all content that you have put up on the web that infringes on FIRST's copyrights, which include all rights to the source and object code of the NASCAR Racing 2003 Season PC game published by Vivendi Universal Games **not expressly granted to the end user in the End User License Agreement included with the retail version of said game.** The rights **not** granted include, without limitation, the rights to modify or create derivative works. It has come to our attention that you have willfully posted material which violates those rights and respectfully ask you to stop. Please remove all said content by 5:00 PM Eastern Daylight Time Monday, March 7, 2005, and reply to this email with confirmation that you have done so.

FIRST's policy regarding these rights is as follows:

**We will not tolerate the violation of our intellectual property rights, including the hacking of our executables, distribution of hacked executables, creating tools intended to hack our executables or distribution of such tools.  We are prepared to take whatever legal action we determine is appropriate to protect our intellectual property rights.  If you are hosting any files that violate these rights, we respectfully ask that you remove them immediately and ensure that they do not get put back up.  If you are aware of any such files or sites we would appreciate your cooperation in helping us stop this illegal activity.**

Thank you in advance for your cooperation,

Steve Myers
Vice President of Operations, FIRST-Racing.net

# EXHIBIT   D

## Tim Robinson

**From:**   Steve.Myers@First-Racing.net

**Sent:**   Tuesday, March 15, 2005 9:35 AM

**To:**   swdiecast@ow-racing.com

**Subject:** RE: Potential Copyright Issues with OWR05

Tim,

I hope you had safe trip. I think I have been pretty fair with you Tim, but time is running out. I need to know pretty quickly what your going to do regarding your mods and the mods you are hosting with hacked physics. I don't want to put a time limit on you but if I don't hear from you soon you will force me too.

Regards,

Steve

# EXHIBIT   E

## Tim Robinson

**From:** Steve.Myers@First-Racing.net

**Sent:** Friday, March 18, 2005 12:49 PM

**To:** swdiecast@ow-racing.com

**Subject:** RE: Potential Copyright Issues with OWR05


Tim,

I have seen that you have taken it down, thank you.  I thought it would be best if you have your lawyer contact my lawyer.

Michael J. Cavaretta, Esq.
Morse, Barnes-Brown & Pendleton, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
Phone: (781) 622-5930 ext. 263
Fax: (781) 622-5933
E-Mail: mjc@mbbp.com
Website: www.mbbp.com

Thanks,

Steve


"Tim Robinson" <swdiecast@ow-racing.com>

03/18/2005 12:28 AM

Please respond to
<swdiecast@ow-racing.com>

To <Steve.Myers@First-Racing.net>
cc
Subject RE: Potential Copyright Issues with OWR05


Steve,

Hopefully you will have seen that I have temporarily removed the OWSC mod and Kiddie Mod from being downloaded at OW-Racing.com.  I did that as a good faith gesture to prove to you guys that I am not a complete jerk, and until this issue is resolved.

However, on advice from my lawyer, we would like concrete proof that the assignment of rights for Nascar Racing 2003 Season have been fully transferred to FIRST-RACING.net as you have said.  Currently, there exists no Assignment Document or Copyright registration numbers for us to verify your claim, and without those terms and conditions, we will not proceed any further at this point.

Accordingly, please provide as quickly as possible, Certified True copies of the Assignment Documents and/or Copyright registration #'s associated with NR2003 showing the terms and conditions of the rights transfer, and

that the rights have been legally transferred to you and your team.

Once we have those document copies, we will be better able to proceed.

Once again, I believe there is an amicable solution possible that we briefly discussed when we spoke last week. I am still more than open to that type of solution if you are interested. You have already proven that you are willing to let some people mod the game with your involvement, therefore the precedent has already been established.

If you need a fax number to send the above documents, please let me know, and I will gladly provide it.

tks,

Tim Robinson
www.ow-racing.com

---

**From:** Steve.Myers@First-Racing.net [mailto:Steve.Myers@First-Racing.net]
**Sent:** Tuesday, March 15, 2005 9:35 AM
**To:** swdiecast@ow-racing.com
**Subject:** RE: Potential Copyright Issues with OWR05

Tim,

I hope you had safe trip. I think I have been pretty fair with you Tim, but time is running out. I need to know pretty quickly what your going to do regarding your mods and the mods you are hosting with hacked physics. I don't want to put a time limit on you but if I don't hear from you soon you will force me too.

Regards,

Steve

# EXHBIT   F

## Tim Robinson

**From:** Brett.Roubinek@First-Racing.net

**Sent:** Friday, April 01, 2005 1:52 PM

**To:** swdiecast@ow-racing.com

**Subject:** Fw: art tests

Hi Tim,

Sorry for disappearing, but Osi and I welcomed our first child into the world last Friday at 1:02am.
Both baby and Mom are doing well though Mom is recovering from a C-Section.

Rather than have you and your guys take the art tests that we discussed last week, I would like to
get together again via phone on Tuesday afternoon of next week at 4pm.  Would you be available?
Let me know.
Thanks
Brett
PS.  I enjoyed the April Fools history lesson.

**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford, MA 01730
781.541.6360x106

-----Forwarded by Brett Roubinek/FIRST-Racing on 04/01/2005 02:47PM -----

To: Brett Roubinek/FIRST-Racing@FIRST-Racing
From: Greg Hill/FIRST-Racing
Date: 03/23/2005 04:03PM
Subject: art tests

# EXHBIT   G

## Tim Robinson

**From:** Brett.Roubinek@First-Racing.net

**Sent:** Monday, April 11, 2005 10:26 AM

**To:** swdiecast@ow-racing.com

**Subject:** RE: art tests

Tim,
Would you be available Tuesday at 3pm (your time)?
Brett

-----"Tim Robinson" <swdiecast@ow-racing.com> wrote: -----

To: <Brett.Roubinek@First-Racing.net>
From: "Tim Robinson" <swdiecast@ow-racing.com>
Date: 04/08/2005 07:16PM
Subject: RE: art tests

Brett,

Sorry for not replying, as I have been out of town again.

I am on vacation next week, as it is TMS Week, which means I will be camping at track most of the week.

I will be available via cell phone if you still want to talk.

tks,

Tim Robinson

www.ow-racing.com

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Friday, April 01, 2005 1:52 PM
**To:** swdiecast@ow-racing.com

**Subject:** Fw: art tests

Hi Tim,

Sorry for disappearing, but Osi and I welcomed our first child into the world last Friday at 1:02am.  Both baby and Mom are doing well though Mom is recovering from a C-Section.

Rather than have you and your guys take the art tests that we discussed last week, I would like to get together again via phone on Tuesday afternoon of next week at 4pm.  Would you be available?  Let me know.

Thanks

Brett

PS.  I enjoyed the April Fools history lesson.

**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford, MA 01730
781.541.6360x106

-----Forwarded by Brett Roubinek/FIRST-Racing on 04/01/2005 02:47PM -----

To: Brett Roubinek/FIRST-Racing@FIRST-Racing
From: Greg Hill/FIRST-Racing
Date: 03/23/2005 04:03PM
Subject: art tests

# EXHIBIT   H

## Tim Robinson

**From:** Brett.Roubinek@First-Racing.net

**Sent:** Tuesday, May 24, 2005 3:49 PM

**To:** swdiecast@ow-racing.com

**Subject:** RE: art tests

Tim,
Let's plan on Friday at 10:30 eastern.  Where can I reach you?
Best,
Brett
**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford, MA 01730
781.541.6360x106
860.805.9968-cell

-----"Tim Robinson" <swdiecast@ow-racing.com> wrote: -----

To: <Brett.Roubinek@First-Racing.net>
From: "Tim Robinson" <swdiecast@ow-racing.com>
Date: 05/24/2005 04:35PM
Subject: RE: art tests

Brett,

I am available pretty much anytime tomorrow except from 10 ? 11 CDT, out of town on Thursday,
back on Friday, available anytime before 1pm CDT, and after 2pm CDT.

Look forward to hearing from you.

Tks,

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Tuesday, May 24, 2005 1:56 PM
**To:** swdiecast@ow-racing.com
**Subject:** RE: art tests

Hi Tim,

I imagined that you were doing a bit of travelling. I also did not want to impose on your vacation at TMS...I know how enjoyable those can be. And, how infrequently they happen.

I also am sorry to hear about your divorce. I never imagined that I would go through one, but I did last year. I know how difficult it can be.

I would still like to catch up at your convenience.

I appreciate you not lumping me in with anyone. I truly do. I am an individual with a broad range of interests, desires and goals. I also have my own (perhaps different from anyone else in the world, perhaps not) code of conduct.

As for someone checking in on ow-racing.com. That is definitely me. Not trying to find anything but education. I told you before that I have a great deal of respect for the work that you and your team have done. I still do. I am spending more time just browsing the forums. Remember, I do not come from a sim racing background.

As I have said, I would like to have another phone conversation, if for no other reason than for you to know that you can always reach me. We may not find any middle ground in regards to copyright infringement, etc. That also is ok with me. Unfortunately, law is an interpretive exercise in many ways.

Let me know when you would be available to speak and where I can reach you. I am pretty much available the rest of this week other than between 2 and 4 tomorrow afternoon and noon and 2 on Friday.

Thanks Tim.

Best,

Brett

PS. We still need artists and, while you have indicated no desire to associate with certain individuals here (and by association the entire organization), I would still like to discuss some

upcoming projects with you.

**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B Bedford , MA 01730 781.541.6360x106
860.805.9968-cell

-----"Tim Robinson" < swdiecast@ow-racing.com > wrote: -----

To: <Brett.Roubinek@First-Racing.net> From: "Tim Robinson" < swdiecast@ow-racing.com >
Date: 05/24/2005 02:32PM
Subject: RE: art tests

Brett,

Seems we lost touch for a variety of reasons, probably mostly me being on the road constantly traveling, getting a divorce, and a few other things. I am assuming you have all the artists you want or need, which is fine.

None of the people on my team, including myself, really want to be associated with a group of people that are intent on hiding behind aliases, making false accusations, and outright lies to make people believe their side of a particular story.

Having said that, I don?t consider you or Steve like that, as you have always been forthcoming and open with me, even if we disagree on the principle elements of the entire copyright, intellectual property issues. Some of the tactics I have seen employed by FIRST were very underhanded, and call completely into question the legitimacy and integrity of a few individuals associated with the company.

I frankly don?t agree with some of the bullying tactics employed primarily by Mr John Henry, hiding behind his alias of Razorback One on numerous message boards across the community. It is one thing to sign on using your own name to make your point, but quite another, in the same thread, hiding behind an alias. I would expect more from someone like that. I guess it simply proves that money DOES sometimes blind people from reality. He obviously lives in a different world than I do.

The most ironic thing about the whole McArthur debacle, is the notion that anything being done my

mod groups was in ?direct competition? with FIRST. As I think I told you previously, if you don?t have a product, how can anything be in competition with it? And to think for years, Dave K has been allowing mods to happen on virtually every other Papyrus title without any action, but now with a man like Henry backing things financially, he all of sudden becomes a puppet to the whims of Mr. Henry. I think the whole thing is unfortunate. A lot of hurtful things, some bordering on libel were said, and now those same ?Press Release? statements are conspicuous by their absence from your website.

I don?t really like this analogy, but I will use it anyway. The impression that one comes away from FIRST, is one that we in the mod community, or even just a member of the community, is that we are a bunch of dumb Southern hicks just like the general stereotype of a NASCAR fan from a few years ago.

I may not be a multi-millionaire, or billionaire for that matter, but I am educated, have 2 advanced degrees, one in engineering, and one in management, both earned while serving 20 years in the US Navy. I am not intimidated by guys like Mr Henry, in fact, the more I get to ?know? guys like him, the more I despise them. Don?t get me wrong, I can fully appreciate what Mr Henry has accomplished in his lifetime, but I think in this case his judgment has been clouded by down right greed, and in this case, it will come back to haunt him.

Again, and I think I have told you this before, if FIRST had this to do all over again, I think they would have taken a radically different approach, and we probably would not even be having this discussion, but it is too late for that now. FIRST has made it?s bed, and now has to sleep in it. I only hope that the bed is warm for you all, although I suspect it will rather cold for the most part

I also think it is funny, that someone from the Boston area, I can only assume someone from FIRST-Racing.net, checks OW-Racing.com almost on a daily basis, sometimes more than once. I assume this is to see if anything considered illegal is being discussed or released.

Even if something were to be released, which at this point is **NOT** happening, it likely would not happen via the website. It would go underground, and all the money in the world would have a hard time stopping it.

We are moving on from NR2003, to another product, one which is much more open to the modding community, and which to this point has been nothing but supportive of our efforts.

Tks,

Tim Robinson

---

From: Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
Sent: Monday, April 11, 2005 10:26 AM
To: swdiecast@ow-racing.com Subject: RE: art tests

Tim,

Would you be available Tuesday at 3pm (your time)?

Brett

-----"Tim Robinson" < swdiecast@ow-racing.com > wrote: -----

To: < Brett.Roubinek@First-Racing.net>
From: "Tim Robinson" < swdiecast@ow-racing.com >
Date: 04/08/2005 07:16PM
Subject: RE: art tests

Brett,

Sorry for not replying, as I have been out of town again.

I am on vacation next week, as it is TMS Week, which means I will be camping at track most of the week.

I will be available via cell phone if you still want to talk.

tks,

Tim Robinson

www.ow-racing.com

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Friday, April 01, 2005 1:52 PM
**To:** swdiecast@ow-racing.com
**Subject:** Fw: art tests

Hi Tim,

Sorry for disappearing, but Osi and I welcomed our first child into the world last Friday at 1:02am.  Both baby and Mom are doing well though Mom is recovering from a C-Section.

Rather than have you and your guys take the art tests that we discussed last week, I would like to get together again via phone on Tuesday afternoon of next week at 4pm.  Would you be available?  Let me know.

Thanks

Brett

PS.  I enjoyed the April Fools history lesson.

**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford , MA 01730
781.541.6360x106

-----Forwarded by Brett Roubinek/FIRST-Racing on 04/01/2005 02:47PM -----

To: Brett Roubinek/FIRST-Racing@FIRST-Racing
From: Greg Hill/FIRST-Racing
Date: 03/23/2005 04:03PM
Subject: art tests

=

=

-

# EXHIBIT   I

## Tim Robinson

**From:** Brett.Roubinek@First-Racing.net

**Sent:** Thursday, June 02, 2005 10:10 AM

**To:** Tim Robinson

**Subject:** question...

Hi Tim,

Tony Gentile has emailed me. I am not sure that I understand exactly what he is asking so I have asked if he would like to speak briefly tomorrow. Is he one of your guys?

It was good to catch up the other day. Let's stay in touch soon.

Best,

Brett

**Brett Roubinek**
**VP, Marketing**
**FIRST-Racing.net**
**175 Middlesex Turnpike**
**Suite 2B**
**Bedford, MA 01730**
**781.541.6360x106**

860.805.9968-cell

# EXHIBIT   J

# EXHIBIT   K

## Tim Robinson

**From:** Brett.Roubinek@First-Racing.net
**Sent:** Thursday, June 02, 2005 12:10 PM
**To:** swdiecast@ow-racing.com
**Subject:** RE: question...

Actually, I didn't know that you own Torn8oAlley.com. Thanks for the update. I hope he takes me up on my offer.

Thanks again, Tim.
Brett

Also, here is a quick screen from the sim that we did for Jim Beam. This was one of the development shots. Please keep it to yourself...brett

"Tim Robinson" <swdiecast@ow-racing.com>

06/02/2005 12:56 PM

| Please respond to |
| <swdiecast@ow-racing.com> |

To <Brett.Roubinek@First-Racing.net>

cc

Subject RE: question...

He is not one of my development guys, however, he is a member of OW-Racing and Torn8oAlley.com. He is/was a beta-tester for OW-Racing, a very nice, knowledgeable sim racer that has been around awhile.

At Torn8oAlley.com, he is "Board Member" of mine responsible for ensuring and assisting with day-to-day operations.

I own both organizations, which I think you knew.

OW-Racing is the development side, and I run several leagues at Torn8oAlley.com

Let me know is you need anything else.

Tks,

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Thursday, June 02, 2005 10:10 AM
**To:** Tim Robinson
**Subject:** question...

Hi Tim,
Tony Gentile has emailed me.  I am not sure that I understand exactly what he is asking so I have asked if he
would like to speak briefly tomorrow.  Is he one of your guys?

It was good to catch up the other day.  Let's stay in touch soon.
Best,
Brett

**Brett Roubinek**
**VP, Marketing**
**FIRST-Racing.net**
**175 Middlesex Turnpike**
**Suite 2B**
**Bedford, MA 01730**
**781.541.6360x106**

**860.805.9968-cell**

## Tim Robinson

**From:** Brett.Roubinek@First-Racing.net

**Sent:** Thursday, June 09, 2005 2:25 PM

**To:** swdiecast@ow-racing.com

**Subject:** RE: question...

Tim,

Hey, I am (as usual) up to my eyeballs.  Got your email (obviously) and can either talk or respond tomorrow sometime.

Thanks

Brett

---

**"Tim Robinson" <swdiecast@ow-racing.com>**

06/09/2005 01:14 AM

> Please respond to
> <swdiecast@ow-racing.com>

To <Brett.Roubinek@First-Racing.net>

cc

Subject RE: question...

Brett,

Ok, I admit, I am just a dumb old country boy from Texas, but am completely befuddled by the latest statement from DK, posted earlier this evening on the First website.

Quote:

"First, our upcoming release will not be a mod of NASCAR Racing 2003 Season and was never planned to be."

If that is truly the case, then please explain all the nonsense with people modding NR2003?  If it is not planned to be used, then why on earth would anyone care what the heck happens with it?  What exactly are you protecting, if you have no plans to use it?  Why go through all the crap with Tim McArthur?  You guys made a big production of "shutting down a mis-guided modder" and now you come out with this??  This, in short, says we weren't really protecting anything since we aren't going to use it anyway!

I actually think I knew this, which is why I had the beef to begin with.  Anything I would have done couldn't possibly complete with anything you guys are doing, and this is proof!  It is unconscionable to me that this might just turn out to be nothing more than harassment, and an attempt to drive the NR2003 into non-existence.  If your attempt to stop modders was simply to ensure that NR2003 died a slow death, then I am quite sure you could be sued for collusion.  Hard to prove, but certainly plausible.

I think this has now backfired even worse than you could have imagined.  DK just shot himself in the other foot!  No amount of damage control can possibly turn this around now.  DK will have no credibility, if he has any left at all.

Again, I struggle to understand the timing and even the meaning of putting something like this up?  It makes me want to completely rethink my position about releasing a mod.

10/18/2005

Help me out here??

tks,

Tim Robinson
www.ow-racing.com

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Thursday, June 02, 2005 12:10 PM
**To:** swdiecast@ow-racing.com
**Subject:** RE: question...

Actually, I didn't know that you own Torn8oAlley.com.  Thanks for the update.  I hope he takes me up on my offer.

Thanks again, Tim.
Brett

Also, here is a quick screen from the sim that we did for Jim Beam.   This was one of the development shots.
 Please keep it to yourself...brett

**"Tim Robinson"** <swdiecast@ow-racing.com>

06/02/2005 12:56 PM

To <Brett.Roubinek@First-Racing.net>
cc

Subject RE: question...

| Please respond to |
| <swdiecast@ow-racing.com> |

He is not one of my development guys, however, he is a member of OW-Racing and Torn8oAlley.com.
 He is/was a beta-tester for OW-Racing, a very nice, knowledgeable sim racer that has been around
awhile.

At Torn8oAlley.com, he is "Board Member" of mine responsible for ensuring and assisting with day-to-
day operations.

I own both organizations, which I think you knew.

OW-Racing is the development side, and I run several leagues at Torn8oAlley.com

Let me know is you need anything else.

10/18/2005

Tks,

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Thursday, June 02, 2005 10:10 AM
**To:** Tim Robinson
**Subject:** question...

Hi Tim,
Tony Gentile has emailed me.  I am not sure that I understand exactly what he is asking so I have asked if he would like to speak briefly tomorrow.  Is he one of your guys?

It was good to catch up the other day.  Let's stay in touch soon.
Best,
Brett

**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford, MA 01730
781.541.6360x106
860.805.9968-cell

# EXHIBIT   L

**Tim Robinson**

| | |
|---|---|
| **From:** | Brett.Roubinek@First-Racing.net |
| **Sent:** | Friday, June 10, 2005 3:30 PM |
| **To:** | swdiecast@ow-racing.com |
| **Subject:** | RE: question... |

Tim,
Still up to my ass in alligators.  And, yes, they're hungry.  Call me over the weekend when you have time?
860.805.9968.
Best,
Brett

"Tim Robinson" <swdiecast@ow-racing.com>

06/09/2005 04:05 PM

> Please respond to
> <swdiecast@ow-racing.com>

To  <Brett.Roubinek@First-Racing.net>
cc
Subject RE: question...

Brett,

I understand.

You should use one of my sayings, "I'm up to my ass in alligators, and they're hungry!"

No worries, whenever you have time.

Having had a little time to think about it, maybe I overreacted, but it still rubs me the wrong way.

Tks,

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Thursday, June 09, 2005 2:25 PM
**To:** swdiecast@ow-racing.com
**Subject:** RE: question...

Tim,
Hey, I am (as usual) up to my eyeballs.  Got your email (obviously) and can either talk or respond tomorrow
sometime.
Thanks

10/18/2005

Brett

"Tim Robinson" <swdiecast@ow-racing.com>

06/09/2005 01:14 AM

To <Brett.Roubinek@First-Racing.net>

cc

Subject RE: question...

Please respond to
<swdiecast@ow-racing.com>

Brett,

Ok, I admit, I am just a dumb old country boy from Texas, but am completely befuddled by the latest statement from DK, posted earlier this evening on the First website.

Quote:

"First, our upcoming release will not be a mod of NASCAR Racing 2003 Season and was never planned to be."

If that is truly the case, then please explain all the nonsense with people modding NR2003? If it is not planned to be used, then why on earth would anyone care what the heck happens with it? What exactly are you protecting, if you have no plans to use it? Why go through all the crap with Tim McArthur? You guys made a big production of "shutting down a mis-guided modder" and now you come out with this?? This, in short, says we weren't really protecting anything since we aren't going to use it anyway!

I actually think I knew this, which is why I had the beef to begin with. Anything I would have done couldn't possibly complete with anything you guys are doing, and this is proof! It is unconscionable to me that this might just turn out to be nothing more than harassment, and an attempt to drive the NR2003 into non-existence. If your attempt to stop modders was simply to ensure that NR2003 died a slow death, then I am quite sure you could be sued for collusion. Hard to prove, but certainly plausible.

I think this has now backfired even worse than you could have imagined. DK just shot himself in the other foot! No amount of damage control can possibly turn this around now. DK will have no credibility, if he has any left at all.

Again, I struggle to understand the timing and even the meaning of putting something like this up? It makes me want to completely rethink my position about releasing a mod.

Help me out here??

tks,

Tim Robinson
www.ow-racing.com

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Thursday, June 02, 2005 12:10 PM
**To:** swdiecast@ow-racing.com
**Subject:** RE: question...

Actually, I didn't know that you own Torn8oAlley.com. Thanks for the update. I hope he takes me up on my offer.

Thanks again, Tim.
Brett

Also, here is a quick screen from the sim that we did for Jim Beam.   This was one of the development shots.
Please keep it to yourself...brett

**"Tim Robinson" <swdiecast@ow-racing.com>**

06/02/2005 12:56 PM

To  <Brett.Roubinek@First-Racing.net>

cc

Subject RE: question...

Please respond to
<swdiecast@ow-racing.com>

He is not one of my development guys, however, he is a member of OW-Racing and Torn8oAlley.com.
He is/was a beta-tester for OW-Racing, a very nice, knowledgeable sim racer that has been around
awhile.

At Torn8oAlley.com, he is "Board Member" of mine responsible for ensuring and assisting with day-to-day operations.

I own both organizations, which I think you knew.

OW-Racing is the development side, and I run several leagues at Torn8oAlley.com

Let me know is you need anything else.

10/18/2005

Tks,

---

**From:** Brett.Roubinek@First-Racing.net [mailto:Brett.Roubinek@First-Racing.net]
**Sent:** Thursday, June 02, 2005 10:10 AM
**To:** Tim Robinson
**Subject:** question...

Hi Tim,

Tony Gentile has emailed me.  I am not sure that I understand exactly what he is asking so I have asked if he would like to speak briefly tomorrow.  Is he one of your guys?

It was good to catch up the other day.  Let's stay in touch soon.
Best,
Brett

**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford, MA 01730
781.541.6360x106

860.805.9968-cell

# EXHBIT   M

## Tim Robinson

**From:**   Brett.Roubinek@First-Racing.net

**Sent:**   Wednesday, June 22, 2005 10:10 PM

**To:**   Tim Robinson

**Subject:** Re: Yikes!!

Hey Tim,
We are not going after anyone.  We simply responded to an email from Jan.  Give me a shout tomorrow and I'll fill you in.

Saw your new contact info.  Was there a promotion?
Brett
**Brett Roubinek**
VP, Marketing
FIRST-Racing.net
175 Middlesex Turnpike
Suite 2B
Bedford, MA 01730
781.541.6360x106
860.805.9968-cell

-----"Tim Robinson" <swdiecast@torn8oalley.com> wrote: -----

To: <Brett.Roubinek@First-Racing.net>
From: "Tim Robinson" <swdiecast@torn8oalley.com>
Date: 06/22/2005 11:01PM
Subject: Yikes!!

Brett,

It is becoming increasingly difficult for me to try and spread anything good about you guys. Everytime I have someone half believing me, something comes up and you guys step on ?it.? It?s unbelievable!

I trust you are aware of this, http://www.tmcarthur.net/forum/viewtopic.php?t=52

I know you?re in marketing, and I really believe you are true and genuine.  You can?t possibly believe this is good for FIRST/Iracing, can you?

This latest bit of nonsense about going after The USPITS is absolutely incredulous to me.

Someone is making some very strong accusations, and some of it borders on slander.  It is a stretch at best to try and somehow tie Tim McArthur and The Pits together.  And just who do you consider to be a member of The Pits?  Anyone who is signed up at their site?

This smacks of someone now being nothing more than vindictive and harassing.

I am home all day tomorrow, if you have a chance to call me, call my home # listed below.

tks,

Tim Robinson

swdiecast@torn8oalley.com

Torn8oAlley.com Board Member

214.325.8293 (C)

972.889.1334 (H)

10/18/2005

# EXHIBIT   13



NEWS

ARCHIVES

CONTACT US

ABOUT FIRST

Join our mailing list for updates
about FIRST-Racing.net

Enter your email address:

[ submit ]

# FIRST-Racing.net Open Letter to the Community

This is an open letter to all who love sim racing. With recent controversies and some lingering questions, I want to offer some background on FIRST-Racing.net, discuss certain copyright and intellectual property law issues, FIRST-Racing.net's stance on these issues and offer some insights into my interest and commitment to the sim racing.

Some background: FIRST-Racing.net was formed after Vivendi Universal Games shut down Papyrus (the company that I founded, for those new to sim racing). Fortunately, I found a passionate, dedicated partner in John H Together, we were able to purchase the rights to the source and object code to NASCAR 2003 from Vivendi. significant sum of money for these rights, as we felt that it was the first step in reaching our goal of producing realistic auto racing simulations ever conceived. We are currently investing millions more to pursue this go develop a product which we hope will be enjoyed by longtime simracers as well as those new to this "sport", relatively small size of the market, this investment is risky for sure, but John, the rest of the FIRST-Racing.n and I are committed to making these sims a reality.

As for copyright laws: Why do they exist? What would happen without them? Well, first, there would be ve the way of music, literature, movies or software. Without the protections offered by these laws, musicians, a actors, directors and companies like movie studios and software developers would be unable to see a return investment. Not many people would sink considerable resources (time or money), like the resources we are into our sims, into producing a product for which there would be no potential for commercial gain. For sure

GPL nor NASCAR 2003 would have been made. The publishers wouldn't have funded either.

Copyrights in entertainment and software are particularly difficult for people to understand. It is hard to in unauthorized duplication and distribution is thievery. However, it is not at all different than the following e

First, what if automobiles could be copied as easily as software? What if we could drive a BMW M3 into a ca and drive two out? What if we could make several copies so that we could use one during the week, one on v one for leisure driving and one for going to the market? At that point, since we have already made several co what if we decided to make several more for our family and, heck, even our friends? How would BMW react

My second example involves the railroad. Building a railroad requires considerable investment and risk, bu assume that a railroad company dedicated the resources to building its network of tracks. What if some ing person living near the tracks discovered that he could produce a rail car to run on these tracks? What if he c spend his free time moving goods and, even, passengers back and forth on these rails as a hobby? What wo reaction of the rail company be?

Certainly, BMW and the rail company would take issue with these activities.

These scenarios are similar to the situation that FIRST-Racing.net finds itself in. We have made, and contin make, substantial investments in producing what we believe will be the most realistic auto racing simulation made. But we cannot continue to do so if others' unauthorized activities erode the value of our software.

We are passionate about our sims and are driven to achieve our goal. We can not, and will not, sit back and prevent us from achieving this goal. As a result, we are prepared to take whatever legal action we deem appr enforce our intellectual property rights.

Many have asked about the line between acceptable modding and hacking, which is unacceptable. Hacking, term is used in this letter, is any act involving our intellectual property not expressly permitted in our end u: agreement (or otherwise expressly authorized by us). Without limitation, hacking includes reverse engineer disassembling, or modifying the object code for any executable.

Acceptable activities are those that don't violate copyrights and other intellectual property rights. As it relat NR2003, creating new car graphics and tracks is ok-so long as the executable isn't hacked in the process. In creating new artwork or sounds is also not a violation of copyrights. All of this, of course, is acceptable only doesn't violate third party trademarks or other intellectual property rights (such as logos, car designs or trac by other parties).

**We will not tolerate the violation of our intellectual property rights, including the hacking of executables, distribution of hacked executables, creating tools intended to hack our executal distribution of such tools. We are prepared to take whatever legal action we determine is ap to protect our intellectual property rights. If you are hosting any files that violate these right respectfully ask that you remove them immediately and ensure that they do not get put back you are aware of any such files or sites we would appreciate your cooperation in helping us s illegal activity.**

We at FIRST-Racing.net plan on creating terrific experiences for racers and racing enthusiasts, but to do thi operate a profitable company. We will act accordingly to do this and we will deliver spectacular products. T be a home for modders in our products. As for me? I have spent my entire adult life building what I am pas about—auto racing simulations. I have always appreciated, and even marveled at, the mod community for it commitment and desire. Likewise, I am passionate about sim racing. I will continue to be. And, I will striv the most realistic auto racing simulations possible.

Dave Kaemmer

P.S. We appreciate the cooperation of those of you who have reacted respectfully and appropriately when in our rights and those who inquired with us before beginning any action that could possibly violate our rights appreciate your respect for our property.

In the next several days, GTP will be re-released. This is being released under a one-time license granted to Developments.

Posted on 03/03/03 at 06:35 PM

# Beta Testers Needed

FIRST-Racing.net invites you to join our FIRST-Racing beta league. This beta, in process since October, is ; testing of ideas and concepts for future products. This league will begin January 2nd and will take place Sun Monday, Wednesday and Thursday nights.

You are required to own a copy of NASCAR 2003 Season. We will provide the mods we will use if your appli accepted.

We will be running oval and road course series on all nights. You choose the night(s) you want to race. Time generally 9pm and midnight Eastern U.S. Time. There will be a race time each night for European drivers t announced.

# EXHIBIT   14

```
Type of Work:        Recorded Document

Document Number:     V3526D291

Date of Recordation:
                     2005-06-28

Entire Copyright Document:
                     V3526 D291 P1-4

Date of Execution: as of 28May04

Registration Number Not Verified:
                     PA 1-266-286 (2003)

Title:               NASCAR racing 2003 season : PC game / by Sierra
                        Entertainment, Inc.  PA 1-266-286 (2003)

Notes:               Bill of sale.

Party 1:             Papyrus Design Group, Inc.

Party 2:             Sierra On-Line, Inc. & First, LLC.

Names:               Papyrus Design Group, Inc.
                     Sierra On-Line, Inc.
                     First, LLC.
```

================================================================================

# EXHIBIT   15

# The Pits

racing realism for the PC!

**?** FAQ   **Q** Search   **▦** Memberlist   **▤** Usergroups   **☑** Register
**▣** Profile   **@** Log in to check your private messages   **@** Log in

## Another Open Letter From First (May be good news)



**▨** newtopic   **▨** postreply     The Pits Forum Index -> Sim Racing

View previous topic :: View next topic

| Author | Message |
|---|---|
| **24jgordon**<br>Crew Chief<br><br>● ● ● ● ●<br>● ● ● ● ●<br><br>Joined: 10 May 2005<br>Posts: 54 | **D** Posted: Fri Jun 10, 2005 2:59 pm   Post subject: Another Open Letter From First (May be good news)   <br><br>This could be big. Found it at first racing.net<br><br>**Quote:**<br><br>In an effort to clear up some of the rumors surrounding our upcoming release, we would like to offer the following factual information. We know that until now there have been more questions than answers. We appreciate and understand the concerns of the community as they relate to the future of sim racing. Our aim was, is and always will be to produce a product worthy of the dedication you offered to Papyrus.<br><br>First, our upcoming release will not be a mod of NASCAR Racing 2003 Season and was never planned to be. While this title is being used in our current Beta, we are testing mainly scoring and community concepts. The physics and technology are not being tested as a part of our upcoming release.<br><br>In regards to NR2003, neither Vivendi nor FIRST-Racing.net are benefiting from the escalating prices of the game. The title was pulled from the shelves at the end of the first quarter of '04 when the in-game licensing expired. After that time, Vivendi was no longer able to sell the title. At no time has FIRST-Racing.net been able to sell NR2003.<br><br>Finally, our upcoming release will offer physics models not seen before. We are also using a new track building technology that will offer accuracy within millimeters. As we have said in the past, we will offer many types of racing other than stock cars. There will be a solid place for modding in our upcoming release. It will be easier to |

mod than Papyrus titles and modders will finally be rewarded for their hard work.

In the end, our upcoming release will present the most visually and physically accurate real world cars, real world tracks and realistic driving experiences ever produced in an auto racing simulation.

We are a team who are passionate about our hobby and our job and are working to create a revolutionary simulation that is bigger, better and exponentially more realistic.

We will now be offering future updates at FIRST-Racing.net.

Dave Kaemmer

**Back to top**

**Ender**
Tirechanger

Joined: 06 May 2005
Posts: 27

[ **profile** ] [ **pm** ]

D Posted: Fri Jun 10, 2005 5:22 pm    Post subject:

forgive me for asking but where is the good news ?

... or better yet, where's the NEWS ?

[ **quote** ]

**Back to top**

**altstiff**
Driver

[ **profile** ] [ **pm** ]

D Posted: Fri Jun 10, 2005 5:23 pm    Post subject:

BAH! I'm making the most realistic racing simulator ever. I already have a guy working on a fan site.

Think I'm full of it? Just ask the West Bros.........

[ **quote** ]